UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

AGA Medical Corp.,

    Plaintiff,

v.                                                Civil No. 10-3734 (JNE/JSM)
                                                ORDER

W. L. Gore & Associates, Inc.,

    Defendant.

In an Order dated October 18, 2011, the Honorable Janie S. Mayeron, United States Magistrate Judge, ordered AGA Medical Corp. to disclose certain information referred to in a Deferred Prosecution Agreement: the name of AGA Medical's Officer A, the products that were involved with the kickbacks to physicians, and the patent at issue. AGA Medical objected, and W. L. Gore & Associates, Inc., responded. The Court has reviewed the record. Based on that review, the Court affirms the magistrate judge's Order because it is neither "clearly erroneous" nor "contrary to law." *See* 28 U.S.C. § 636(b)(1)(A) (2006); Fed. R. Civ. P. 72(a); D. Minn. LR 72.2(a). Therefore, IT IS ORDERED THAT:

    1.    The magistrate judge's October 18 Order [Docket No. 180] is AFFIRMED.

Dated: November 23, 2011

                                                          s/ Joan N. Ericksen
                                                          JOAN N. ERICKSEN
                                                          United States District Judge