UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

|  |  |
|---|---|
| AGA Medical Corp., ) | |
| ) | |
| Plaintiff, ) | No. 0:10-cv-03734 (JNE/JSM) |
| v. ) | |
| ) | |
| W. L. Gore & Associates, Inc., ) | |
| ) | |
| Defendant. ) | |

## JOINT CLAIM CONSTRUCTION APPENDIX

Plaintiff AGA Medical, Corporation ("AGA") and Defendant W.L. Gore & Associates, Inc. ("Gore") submit this Joint Claim Construction Appendix in association with the parties' claim construction briefing in the above-captioned case.

The below exhibits include the intrinsic and extrinsic evidence cited by the parties in the Joint Claim Construction Statement dated April 23, 2012 (D.I. 232.)  The inclusion of any exhibit should not be construed as an admission that such exhibit is relevant and nonobjectionable.  Both parties reserve all rights to object for any reason to any exhibit contained herein.

| Ex. No. | Description | Appendix Pages |
|---|---|---|
| 1 | U.S. Patent No. 5,944,738 | A0001 – A0012 |
| 2 | The file history of U.S. Patent No. 5,944,738 | A0013 – A0148 |
| 3 | U.S. Patent No. 3,874,388 (King) | A0149 – A0168 |
| 4 | U.S. Patent No. 4,836,204 (Landymore) | A0169 – A0176 |
| 5 | U.S. Patent No. 4,917,089 (Sideris) | A0177 – A0182 |
| 6 | U.S. Patent No. 4,991,602 (Amplatz) | A0183 – A0187 |
| 7 | U.S. Patent No. 5,067,489 (Lind) | A0188 – A0192 |
| 8 | U.S. Patent No. 5,108,420 (Marks) | A0193 – A0205 |
| 9 | U.S. Patent No. 5,192,301 (Kamiya) | A0206 – A0218 |
| 10 | U.S. Patent No. 5,284,488 (Sideris) | A0219 – A0225 |
| 11 | U.S. Patent No. 5,334,217 (Das) | A0226 – A0245 |
| 12 | U.S. Patent No. 5,342,393 (Stack) | A0246 – A0255 |
| 13 | U.S. Patent No. 5,425,744 (Fagan) | A0256 – A0267 |

| Ex. No. | Description | Appendix Pages |
|---|---|---|
| 14 | U.S. Patent No. 5,433,727 (Sideris) | A0268 – A0275 |
| 15 | U.S. Patent No. 5,451,235 (Lock) | A0276 – A0289 |
| 16 | U.S. Patent No. 5,536,274 (Neuss) | A0290 – A0301 |
| 17 | U.S. Patent No. 5,634,936 (Linden) | A0302 – A0319 |
| 18 | U.S. Patent No. 5,725,552 (Kotula, et al.) | A0320 – A0347 |
| 19 | The file history of U.S. Patent No. 5,725,552 | A0348 – A0570 |
| 20 | U.S. Patent No. 5,733,294 (Forber) | A0571 – A0582 |
| 21 | U.S. Patent No. 5,861,003 (Latson) | A0583 – A0595 |
| 22 | U.S. Patent No. 5,879,366 (Shaw) | A0596 – A0618 |
| 23 | U.S. Patent No. 6,080,182 (Shaw) | A0619 – A0669 |
| 24 | U.S. Patent No. 6,123,715 (Amplatz, C.) | A0670 – A0693 |
| 25 | EP Patent Application No. 0541,063 | A0694 – A0706 |
| 26 | German Patent DD 4222291 (Krmek) [English Translation] | A0707 – A0712 |
| 27 | PCT Publication WO 1995/27448 (Kavteladze) | A0713 – A0737 |
| 28 | PCT Publication WO 1996/01591 | A0738 – A0805 |
| 29 | PCT Publication WO 1998/2100 (Anson) | A0806 – A0838 |
| 30 | WO 1998/27868 (Shaw) | A0839 – A0914 |
| 31 | "Atrial septal thickness and area in normal heart specimens and in those with ostium secundum atrial septal defects", GC Rosenquist, et al. *J. Clin. Ultrasound* 7:354-348 (1979). | A0915 – A0919 |
| 32 | "Nonsurgical closure of patent ductus arteriosus: clinical application of the Rashkind PDA Occluder System," W.J. Rashkind, et al, *Therapy and Prevention*; 1987 75(3):583-592. | A0920 – A0929 |
| 33 | "The anatomy of the interatrial septum: a transesophageal echocardiographic study", ME Schwinger, *American Heart Journal*, 119(6):1401-1405 (1990). | A0930 – A0936 |
| 34 | "Experimental atrial septal defect closure with a new, transcatheter, self-centering device," Das et al., *Circulation*, 1993(88):1754-64. | A0937 – A0948 |
| 35 | "Morpho-functional assessment of interatrial septum: a transesophageal echocardiographic study", D. Galzerano, et al., *International Journal of Cardiology*, 51:73-77 (1995). | A0949 – A0953 |
| 36 | "Effectiveness of a thermal shape-memory patent ductus arteriosus occlusion coil," Liu et al., *Am. Heart J.*; 1996(131):1018-23. | A0954 – A0959 |
| 37 | "Secundum-ASD Closure with a New Self-Expanding Prosthesis in Swine," Sharafuddin et al., Abstracts From the 69th Scientific Sessions, New Orleans Convention Center, New Orleans, Louisiana, Oct. 15, 1996, *Circulation* 1996(94):I56. | A0960 – A0963 |

| Ex. No. | Description | Appendix Pages |
|---|---|---|
| 38 | "Total UK multi-centre experience with a novel arterial occlusion device (Duct Occlud pfm)," Tometzki et al., *Heart*; 1996(76): 520-24. | A0964 – A0968 |
| 39 | "Transvenous closure of secundum atrial septal defects", Sharafuddin et al., *Circulation* 1997:95, 2162-68. | A0969 – A0977 |
| 40 | *Dorland's Illustrated Medical Dictionary*, 28th Edition (1994), pages 298, 557. | A0978 – A0981 |
| 41 | *McGraw-Hill Dictionary of Scientific and Technical Terms*, 5th Edition (1994), page 1113. | A0982 – A0985 |
| 42 | *Random House Webster's College Dictionary*, 2nd Edition (1997), pages 36, 257, 363, 380, 434, 496, 680, 1106, 1170, 1179, 1188. | A0986 – A0998 |
| 43 | *Webster's New Universal Unabridged Dictionary,* Deluxe Second Edition (1983), pages 120, 294, 1404, 1641. | A0999 – A1005 |
| 44 | *Webster's Third New International Dictionary of the English Language,* Unabridged (1993), pages 140, 363. | A1006 – A1010 |
| 45 | *Random House Unabridged Dictionary*, 2nd Edition (1993), pages 403, 733, 1638, 1759. | A1011 – A1016 |
| 46 | *The New Shorter Oxford English Dictionary*, (1993), pages 438, 973, 2562, 2812. | A1017 – A1022 |
| 47 | *The American Heritage Dictionary*, 3rd Edition, (1992), pages 171, 322, 701, 752. | A1023 – A1028 |
| 48 | *Webster's New World Dictionary*, 3rd Edition, (1990), pages 98, 118, 227, 310, 501, 540. | A1029 – A1036 |
| 49 | HELEX Deployment Training manual (March 21, 2001) **FILED UNDER SEAL** | A1037 – A1124 |
| 50 | HELEX Septal Occluder Instructions for Use (July 2007) | A1125 – A1142 |
| 51 | Gore Training Manual for the HELEX Septal Occluder (October 2005) | A1143 – A1181 |
| 52 | Key Learning Points for HELEX Septal Occluder (October 3, 2002) **FILED UNDER SEAL** | A1182 – A1184 |
| 53 | Excerpt from Instructions for Use (pgs 2-3) **FILED UNDER SEAL** | A1185 – A1186 |
| 54 | Meeting Agenda for HELEX Septal Occluder Data Safety Monitoring Board Meeting in Vail, CO (February 25, 2000) **FILED UNDER SEAL** | A1187 – A1193 |

Dated: June 5, 2012                              Respectfully submitted,

**AGA Medical Corp.**

*s/J. Derek Vandenburgh*
Alan G. Carlson (MN Bar No. 14,801)
J. Derek Vandenburgh (MN Bar No. 224,145)
R.J. Zayed (MN Bar No. 309,849)
Tara C. Norgard (MN Bar No. 307,683)
Samuel T. Lockner (MN Bar No. 341,095)
Jonathan D. Carpenter (MN Bar No. 387,511)
CARLSON, CASPERS, VANDENBURGH
LINDQUIST & SCHUMAN P.A.
225 South Sixth Street
Suite 4200
Minneapolis, Minnesota 55402
Phone:  612-436-9600
Fax:  612-436-9605
E-mail:  slockner@carlsoncaspers.com

Respectfully submitted,

**W.L. GORE & ASSOCIATES, INC.**


*s/Matthew K. Blackburn*
Matthew K. Blackburn (CA #261959)
LOCKE LORD LLP
44 Montgomery Street
Suite 2400
San Francisco, CA  94104
Phone: (415) 318-8810
Fax: (415) 676-5816
E-mail: mblackburn@lockelord.com

John F. Sweeney (NY #1394568)
Andrea L. Wayda (NY #2524932)
Steven M. Purdy (NY #4406823)
LOCKE LORD LLP
Three World Financial Center
New York, New York  10281-2101
Phone: (212) 415-8600
Fax: (212) 303-2754
Email: jsweeney@lockelord.com
Email: awayda@lockelord.com
Email: spurdy@lockelord.com


Myoka Kim Goodin (CA #229073)
Patrick C. Gallagher (IL #6294674)
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL  60606-4410
Phone: (312) 443-0700
Fax: (312) 443-0336
Email: mkgoodin@lockelord.com
Email: pgallagher@lockelord.com
James W. Poradek (#290488)

                Katherine S. Razavi (#388958)
                FAEGRE & BENSON LLP
                2200 Wells Fargo Center
                90 South Seventh Street
                Minneapolis, MN  55402-3901
                Telephone:  612-766-7000
                Facsimile:  612-766-1600
                E-mail: jporadek@faegre.com
                E-mail: krazavi@faegre.com