**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| **AGA Medical Corp.,**<br><br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>**W. L. Gore & Associates, Inc.,**<br><br>Defendant/Counterclaim-Plaintiff. | No. 0:10-cv-3734 (JNE/JSM)<br><br>**DECLARATION OF MATTHEW K. BLACKBURN AND EXHIBITS IN SUPPORT OF DEFENDANT AND COUNTERCLAIM-PLAINTIFF W. L. GORE & ASSOCIATES, INC.'S OPENING CLAIM CONSTRUCTION BRIEF** |

1.      I, Matthew K. Blackburn, am an attorney at the law firm of Locke Lord

LLP and I represent Defendant and Counter-Claim Plaintiff, W.L. Gore & Associates,

Inc. ("Gore") in this action.  I submit this Declaration in support of *Defendant And*

*Counterclaim-Plaintiff W. L. Gore & Associates, Inc.'s Opening Claim Construction*

*Brief*.

2.      Attached hereto as Exhibit A is a true and correct copy of U.S. Patent

Number 5,879,366 entitled *Self-Expanding Defect Closure Device and Method of Making*

*and Using* and naming Edward E. Shaw, Nitin V. Salunke, and Gregory T. Mace as

inventors.

3.      Attached hereto as Exhibit B is a true and correct copy of U.S. Patent

Number 6,080,182 entitled *Self-Expanding Defect Closure Device and Method of Making*

*and Using* and naming Edward E. Shaw, Nitin V. Salunke, and Gregory T. Mace as

inventors.

4.      Attached hereto as Exhibit C is a true and correct copy of U.S. Patent

Number 6,171,329 entitled *Self-Expanding Defect Closure Device and Method of Making and Using* and naming Edward E. Shaw and Robert C. Farnan as inventors.

     5.     Attached hereto as Exhibit D is a true and correct copy of U.S. Patent Number 6,623,508 entitled *Self-Expanding Defect Closure Device and Method of Making and Using* and naming Edward E. Shaw and Robert C. Farnan as inventors.

     6.     Attached hereto as Exhibit E is a true and correct copy of the document produced in the above reference case at Bates numbers WLG01100056-7, which includes *Performing a Mechanical Ballet*: HELEX septal occluder (Medical Design Excellence Awards 2001).

     7.     Attached hereto as Exhibit F and filed **UNDER SEAL** is a true and correct copy of Plaintiff AGA Medical Corporation's Final Claim Chart, served February 6, 2012.

     8.     Attached hereto as Exhibit G and filed **UNDER SEAL** is a true and correct copy of Gore's Final Noninfringement Claim Chart, served February 23, 2012.

     Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct.

     Executed this 5th day of June, 2012.

               /s/ *Matthew K. Blackburn*
               Matthew K. Blackburn
               LOCKE LORD LLP
               44 Montgomery St., Suite 2400
               San Francisco, CA 94104
               Phone: (415) 318-8810

3

Fax: (415) 676-5816
E-mail: mblackburn@lockelord.com

Attorney for Defendant
W.L. GORE & ASSOCIATES, INC.