# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

**PLACEHOLDER FOR**
*PLAINTIFF AGA MEDICAL CORPORATION'S OPENING CLAIM CONSTRUCTION BRIEF*

*AGA Medical Corp.*

      Plaintiff(s)

v.             Case Number: *0:10-cv-03734 (JNE/JSM)*

*W. L. Gore & Associates, Inc.,*

      Defendant(s)

---

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

  *Plaintiff AGA Medical Corporation's Opening Claim Construction Brief*

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

___ Voluminous Document* (Document number of order granting leave to file conventionally: ___ )

___ Unable to Scan Documents (e.g., PDF file size of one page larger than 15MB, illegible when scanned)

___ Physical Object (description):

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

X___ Item Under Seal pursuant to a court order* (Document number of protective order: <u>204</u>)

___ Item Under Seal pursuant to the Fed. R. Civ. P. 5.2 and Fed. R. Crim. P. 49.1
  (Document number of redacted version: ___ )

___ Other (description):

* Filing of these items requires Judicial Approval.

E-file this place holder in ECF in place of the documents filed conventionally. File a copy of this Placeholder and a copy of the NEF with the Clerk's Office along with the conventionally filed item(s).