UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| AGA MEDICAL CORPORATION,<br><br>  Plaintiff,<br><br>v.<br><br>W. L. GORE & ASSOCIATES, INC.,<br><br>  Defendant. | Civil 10-3734 (JNE/JSM)<br><br>SUPPLEMENTAL DECLARATION OF JAMES W. PORADEK IN SUPPORT OF GORE'S MOTION TO DISMISS AGA'S INFRINGEMENT CLAIMS |

1.  I am an attorney at Faegre Baker Daniels LLP in Minneapolis, Minnesota and counsel for Defendant W.L. Gore & Associates, Inc. ("Gore") in the above-captioned action. This supplemental declaration is submitted on behalf of Gore in support of Gore's Motion to Dismiss AGA's Infringement Claims. This declaration is made on my own personal knowledge, except where otherwise indicated. For the sake of clarity, the exhibits to this declaration begin with "Exhibit M," so that the designations do not overlap my previous declaration in support of Gore's Motion to Dismiss (Dkt. 302).

2.  Attached hereto as **EXHIBIT M** is a true and accurate copy of the letter sent from AGA to Gore's counsel on January 23, 2013.

3.  Attached hereto as **EXHIBIT N** is a true and accurate copy of the letter and motion served by AGA on Gore on January 24, 2013.

4.  Attached hereto as **EXHIBIT O** is a true and accurate copy of the letter sent from Gore to AGA on January 29, 2013.

1

2

     5.     Attached hereto as **EXHIBIT P** is a true and accurate copy of the letter sent from AGA to Gore on January 30, 2013.

I hereby declare upon penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  February 1, 2013                             **W.L. GORE & ASSOCIATES, INC.**

                                                                    /s/  *James W. Poradek*