# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| AGA Medical Corp., | ) |
| | ) |
| Plaintiff, | ) No. 0:10-cv-03734-JNE-JSM |
| | ) |
| v. | ) |
| | ) |
| W. L. Gore & Associates, Inc., | ) |
| | ) |
| Defendant. | ) |

## DECLARATION OF MARLEE A. JANSEN
## IN SUPPORT OF AGA'S MOTION TO STRIKE
## PORTIONS OF GORE'S INVALIDITY REPORT OF DR. ROBERT C. GORMAN

I, Marlee A. Jansen, hereby declare as follows:

1. I am an attorney with the law firm of Carlson, Caspers, Vandenburgh, Lindquist & Schuman, counsel for plaintiff AGA Medical Corporation ("AGA") in the above-referenced action. This declaration is submitted on behalf of AGA in support of its Motion to Strike Portions of Gore's Invalidity Expert Report of Dr. Robert C. Gorman. This declaration is made on my own personal knowledge, except as otherwise indicated.

2. Attached hereto as Exhibit A is a true and correct copy of a letter from me to Nina Y. Wang, counsel for Defendant Gore, dated January 22, 2013.

3. Attached hereto as Exhibit B is a true and correct copy of a letter from Nina Y. Wang, counsel for Defendant Gore, to me, dated January 25, 2013.

2

    4.    Attached hereto as Exhibit C is a true and correct copy of a letter from me to Nina Y. Wang, counsel for Defendant Gore, dated January 29, 2013.

    5.    Attached hereto as Exhibit D is a true and correct copy of a letter from Nina Y. Wang, counsel for Defendant Gore, to me, dated January 31, 2013.

    6.    Attached hereto as Exhibit E is a true and correct copy of a letter from me to Nina Y. Wang, counsel for Defendant Gore, dated February 1, 2013.

    7.    Attached hereto as Exhibit F is a true and correct copy of a letter from Nina Y. Wang, counsel for Defendant Gore, to me, dated February 4, 2013.

I state under penalty of perjury that the foregoing is true and correct.

Dated: February 6, 2013                               s/ *Marlee A. Jansen*
                                                            Marlee A. Jansen