# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| AGA MEDICAL CORPORATION,<br><br>　　Plaintiff,<br><br>　v.<br><br>W. L. GORE & ASSOCIATES, INC.,<br><br>　　Defendant. | ) Civil 10-3734 (JNE/JSM)<br>)<br>) DECLARATION OF NINA Y.<br>) WANG IN SUPPORT OF GORE'S<br>) MOTION TO STRIKE PORTIONS<br>) OF AGA'S RESPONSE TO GORE'S<br>) AMENDED FINAL PRIOR ART<br>) STATEMENT |

　　1.　　I am an attorney at Faegre Baker Daniels LLP in Denver, Colorado, and counsel for Defendant W.L. Gore & Associates, Inc. ("Gore") in the above-captioned action.  This declaration is submitted on behalf of Gore in support of Gore's Motion to Strike Portions of AGA's Response to Gore's Amended Final Prior Art Statement.  This declaration is made on my own personal knowledge, except where otherwise indicated.

　　2.　　The documents listed below and attached hereto as exhibits contain only the pages of each exhibit which were referenced in Gore's Memorandum in Support of its Motion to Strike Portions of AGA's Response to Gore's Amended Final Prior Art Statement, in addition to the cover and signature pages.

　　3.　　Attached hereto as **EXHIBIT A** is a true and accurate copy of the referenced pages of AGA's February 27, 2012, Final Prior Art Statement.

4.      Attached hereto as **EXHIBIT B** is a true and accurate copy of the referenced pages of AGA's December 14, 2012, Response to Gore's Amended Final Prior Art Statement.

5.      Attached hereto as **EXHIBIT C** is a true and accurate copy of the referenced pages of Gore's February 13, 2012, Final Prior Art Statement.

6.      Attached hereto as **EXHIBIT D** is a true and accurate copy of the referenced pages of Gore's March 1, 2011, Preliminary Prior Art Statement.

7.      Attached hereto as **EXHIBIT E** is a true and accurate copy of the referenced pages of Gore's First Supplemental Responses to Interrogatory Nos. 3, 5, 10-13 and 15, served on April 15, 2011.

8.      Attached hereto as **EXHIBIT F** is a true and accurate copy of the referenced pages of AGA's April 1, 2011, Preliminary Prior Art Statement.

9.      Attached hereto as **EXHIBIT G** is a true and accurate copy of the referenced pages of the prosecution history for United States Patent No. 5,944,738 ('738 Patent).

Dated: February 6, 2013

*/s/ Nina Y. Wang*

Nina Y. Wang

dms.us.51541360.01