UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| AGA Medical Corp., ) | |
| ) | |
| Plaintiff, ) | No. 0:10-cv-03734-JNE-JSM |
| ) | |
| v. ) | |
| ) | |
| W. L. Gore & Associates, Inc., ) | |
| ) | |
| Defendant. ) | |

**DECLARATION OF MARLEE A. JANSEN
IN SUPPORT OF AGA'S OPPOSITION TO
GORE'S MOTION TO STRIKE PORTIONS OF AGA'S RESPONSE TO GORE'S
AMENDED FINAL PRIOR ART STATEMENT**

I, Marlee A. Jansen, hereby declare as follows:

1.  I am an attorney with the law firm of Carlson, Caspers, Vandenburgh, Lindquist & Schuman, counsel for plaintiff AGA Medical Corporation ("AGA") in the above-referenced action. This declaration is submitted on behalf of AGA in support of its Opposition to Gore's Motion to Strike Portions of AGA's Response to Gore's Amended Final Prior Art Statement. This declaration is made on my own personal knowledge, except as otherwise indicated.

2.  Attached hereto as Exhibit 1 is a true and correct copy of a letter from Jonathan Carpenter, counsel for Plaintiff AGA, to James Poradek, counsel for Defendant Gore, dated March 11, 2011.

3.  Attached hereto as Exhibit 2 is a true and correct copy of a letter from Kate Razavi, counsel for Defendant Gore, to counsel for Plaintiff AGA, dated March 18, 2011.

2

4. Attached hereto as Exhibit 3 is a true and correct copy of the referenced portions of the transcript of the Markman hearing in this case, which occurred on July 20, 2012.

I state under penalty of perjury that the foregoing is true and correct.

Dated: February 13, 2013              s/ *Marlee A. Jansen*
                                      Marlee A. Jansen