# Exhibit 10

# EXHIBIT 1

January 2013

# Robert C. Gorman, M.D.

**Home Address:**
734 Meadowcreek Circle
Lower Gwynedd, PA  19002
(215) 641-1476

**Office Address:**
Glenolden Research Laboratories
University of Pennsylvania
500 S. Ridgeway Avenue Glenolden, PA 19036
Office: 267-350-9614
FAX: 267-350-9627
e-mail: gormanr@uphs.upenn.edu

**Date and Place of Birth:**
July 30, 1962
Montclair, New Jersey

**Spouse:**
Marisa A. Graziano (1990)
Director, Marketing Development
Commercial Analytics, Development and Operations
Janssen Pharmaceutical Companies of
Johnson and Johnson
MBA-Wharton School, University of Pennsylvania (1994)

**Children:**
Robert C. Gorman, Jr. (1994)
Olivia M. Gorman (1996)
Matthew J. Gorman (1999)

**Education:**
B.S.Ch.E., *summa cum laude*, 1984
Department of Chemical Engineering and Chemistry,
Newark College of Engineering, New Jersey Institute of Technology, Newark, New Jersey

M. D., *summa cum laude*, 1989
Robert Wood Johnson Medical School,
University of Medicine and Dentistry of New Jersey, Piscataway, New Jersey

January 2013

**Postgraduate Training:**
Hospital of the University of Pennsylvania & Children's Hospital of Philadelphia, Philadelphia, Pennsylvania
       Intern, Surgery, 1989-90
       Junior Resident, Surgery, 1990-92
       Post Doctoral Fellowship, Harrison Department of Surgical Research, 1992-94
       Senior Resident, Surgery, 1994-95
       Chief Resident, Surgery, 1995-96
       Resident, Cardiothoracic Surgery, 1996-1999

**Board Certifications:**
American Board of Thoracic Surgery #6382 (2000-Present)
American Board of Surgery #42677 (1998-2008)
National Board of Medical Examiners, #371136

**Medical Licensure:**
State of Pennsylvania, #MD-047202-L

**Academic Appointments:**
Perlman School of Medicine, University of Pennsylvania, Philadelphia, Pennsylvania
       Assistant Instructor of Surgery, 1990-95
       Instructor of Surgery, 1995-96
       Instructor of Cardiothoracic Surgery, 1996-1999
       Assistant Professor of Surgery, 1999-2005
       Associate Professor of Surgery (Tenure), 2005-2010
       Professor of Surgery (Tenure), 2010

**Administrative Appointments:**
Committee on Appointments and Promotions, Department of Surgery, 2012-Present

Director of Cardiac Surgical Research 2003-Present

Bioengineering Graduate Group 2008- Present

Institutional Animal Care and Usage Committee, University of Pennsylvania, 2009 – 2012

Animal Program Advisory Committee, University of Pennsylvania, 2002 – Present

Animal Research Committee, University of Pennsylvania School of Medicine, 2002 – Present

Dean's Review Committee on Centers & Institutes at the University of Pennsylvania School of Medicine, 2003-2004

Cardiovascular Theme Group Committee, University of Pennsylvania School of Medicine, 2003

Educational Coordinator for Cardiothoracic Resident Education Program, University of Pennsylvania School of Medicine, 2000 – 2004

January 2013

**Research Funding (Principal Investigator or Mentor)**

**Total Research Funding to Date as PI or Mentor—$21,675,000**
**Active Support**
NIH/NHLBI (R01-HL63954) "Surgery to Prevent Post-Infarction Left Ventricular Remodeling",
2001-2014
Total Costs: $10,645,320

NIH/ NHLBI (R01-HL103723) "Echocardiography to Predict Recurrent Ischemic MR after
Valve Repair"
2011-2015
Total Costs: $2,857,555

Stealth Peptides, Inc.
"Bendavia to Prevent Myocardial reperfusion Injury", 2010-2012
Total Costs: $250,000

Medtronic
"3D Echo Assessment of Mitral Valve Repair", 2009-2012
Total Costs: $275,000

**Past Support**
American Heart Association Established Investigator Award ("A Novel Approach to Limit Post
MI Remodeling") 2007-2012
Total Costs: $500,000

National Research Service Award ("3D echocardiography to evaluate ischemic mitral
regurgitation in humans" NIH- F32 HL094123) Clayton Brinster, MD- recipient, 2009-2011
(R.C. Gorman- sponsor)
Total Costs: $136,000

National Research Service Award ("The Effects of IMR and Mitral Valve Repair in Leaflet
Stress Distribution" NIH- F32 HL099172) Chun Xu, PhD- recipient, 2009-2011 (R.C. Gorman-
sponsor)
Total Costs: $136,000

American Heart Association Post-Doctoral Research Award ("Real Time 3D-Echo to Evaluate
Efficacy of Annuloplasty and Leaflet Augmentation in Ovine Ischemic Mitral Regurgitation")
Arminder Jassar, MD recipient; July 2009 – June 2011 (R.C. Gorman, sponsor)
Total Costs: $110,000

University of Iowa (Subcontract -R01-HL07184- K.B. Chandran, PhD- PI)
"Fluid-structure simulation for Prosthetic Heart Valves", 2010-2011
Total Costs: $66,891 (Sub-contract)

January 2013

Endovalve, Inc
"Development of a Percutaneous Mitral Valve Replacement System", 2007-2010
Total Costs: $360,000

Symphony Medical ("Clinical Investigator Training for Algisyl-LVR"), 2008-2010
Total Costs: $56,000

Boston Scientific ("Pacing Strategies to Prevent Heart Failure"), 2009-2011
Total Costs: $170,000

Medtronic, Inc
"The Effect of Mitral Annuloplasty Shape on Leaflet Geometry and Ventricular Remodeling In Ischemic MR", 2008-2010
Total Costs: $165,000

Medtronic, Inc ("Does Chronic LV Pre-Excitation Pacing Following Myocardial Infarction Attenuate Cardiac Remodeling?"), 2008-2010
Total Costs: $270,000

Lartrim Medical, Inc.
"Mitral Valve Repair Device Development", 2009-2010
Total Costs: $120,000

Medtronic, Inc ("Biological Infarct Restraint Alters Post-Infarction Ventricular Remodeling", 2005-2010
Total Costs: $935,505

NIH/NHLBI (R01-HL71137)
"Modified Late Infarct Reperfusion to Prevent Post MI-CHF", 2003-2008
 Total Costs: $2,331,574

National Research Service Award ("MRI evaluation of infarction induced ventricular remodeling" NIH- F32 HL088817) Aaron Blom, MD- recipient, 2007-2009
Total Costs: 138,000

American Heart Association Post-Doctoral Research Award ("The Effects of Regurgitation and Mitral Valve Repair on Mitral Leaflet Stress Distribution: An In Vivo Study") Chun Xu recipient; July 2007 – June 2009
Total Costs: 118,000

American Heart Association Post-Doctoral Research Award ("Mitral Valve Stress Following Ring Annuloplasty on an Ovine Model of Ischemic Mitral Regurgitation") Liam Ryan  recipient; July 2006 – June 2008
Total Costs: 118,000

January 2013

Guidant Corporation
"Effect of Chronic Vagal Stimulation on the Progression of Heart Failure Due to Post Infarction
Remodeling in an Ovine LV Aneurysm Model", 2005-2008
Total Costs: $852,464

Angioblast Systems, Inc.
"Angioblasts Prevent Post-Infarction Ventricular Remodeling," 2005-2007
Total Costs:  $473,061

BioRexis Pharmaceutical Corporation
"GLP to Limit Myocardial Reperfusion Injury," January – July 2007
Total Costs:  $77,855

Bioventrix Inc.
Minimally Invasive Approach for LV Reshaping December 2007 – December 2008
Total Costs: $63,711

BioRexis Pharmaceutical Corporation
"MSH to Limit Myocardial Reperfusion Injury", October 2006 – September 2007
Total Costs:  $60,000

Johnson & Johnson (McNeil Consumer and Specialty Pharmaceuticals)
"Acetaminophen to Limit Ischemia/Reperfusion Induced Myocyte Apoptosis", 2003-2005,
 Total Costs: $120,000

Viacor, Inc.
"Percutaneous Mitral Valve Repair", 2001-2004
 Total Costs: $580,000

University of Pennsylvania School of Medicine, Retreat Support Program
 "Remodeled Myocardium: A New Concept in Heart Failure Research" 2003
Total Costs $4,000

American Surgical Association Foundation Fellowship, "Surgery to Prevent Post-Infarction Left
Ventricular Remodeling", 2000-2002
Total Costs: $80,000

National Research Service Award (NIH- F32HL010498) T. Sloane Guy- recipient, 2001
(R.C. Gorman- sponsor)
Total Costs: $68,000

University Research Foundation Award, University of Pennsylvania, "Surgery to Prevent Post-
Infarction Left Ventricular Remodeling", 1999
Total Costs: $25,000

Thomas B. McCabe & Jeannette E. Laws McCabe Fund Pilot Project Award, University of
Pennsylvania, "Surgery to Prevent Post-Infarction Left Ventricular Remodeling", 1999
Total Costs: $28,000

January 2013

National Research Service Award (NIH- F32HL008791) R.C. Gorman-recipient 1992-1994

**Research Funding (As Co- Investigator with Effort)**

**Active (as Co-I)**
NIH/NHLBI (U0-HL088957)
"Network for Cardiothoracic Surgical Investigations in Cardiovascular Research", 2007-2012
Total Costs: $587,965
(M.A. Acker, MD-PI)

NIH/NHLBI (R01-HL73021)
"Mitral Saddle Shape Improves Valvuloplasty" 2004-2014
Total Costs: $3,969,000
(J.H. Gorman, MD-PI)

Georgia Institute of Technology (NIH Subcontract)
"Annular and Sub-Valvular Repair Techniques for Ischemic Mitral Regurgitation", 2009-2012
Total Costs: $45,000
(J.H. Gorman, MD-PI)

**Past Support (as Co-I)**
NIH/NHLBI (RC1-HL100035)
 "A Novel Biomarker for Calcific Aortic Valve Diseases", 2009-2011
 Total Costs: $ 1,000,000.
(G. Ferrari, PhD – PI)

NIH/NHLBI (R01-HL90661)
 "Fluid Mechanics of the Mitral Valve: In Vitro Studies", 2009-2011
Total Costs: $100,000
(J.H. Gorman, MD-PI)

NIH/NHLBI (R01-HL76369)
"Strain Induced Myopathy in Post Infarction Heart Failure" 2004-2009
Total Costs: $1,585,000
(J.H. Gorman, MD-PI)

Medtronic, Inc.
"Development of a Percutaneous Mitral Valve Annuloplasty System," 2005-2007
Total Costs:  $235,000

W.W. Smith Charitable Trust Award For Research on Cardiovascular Disease, "Strain Induced
Myocardial Apoptosis in Post Infarction Heart Failure", 2002-2004
 Total Costs: $200,000
(J.H. Gorman, MD-PI)

January 2013

Mary L. Smith Charitable Trust Award For Research on Cardiovascular Disease, "Strain Induced Myocardial Apoptosis in Post Infarction Heart Failure", 2001 ($75,000)
(J.H. Gorman, MD-PI)

**Research Trainees**

\* National Research Service Award, National Institutes of Health
† Post Doctoral Research Fellowship, American Heart Association
¶ Pre Doctoral Research Fellowship, American Heart Association
§ French Federation of Cardiology Research Award

### Post Doctoral Trainees

| Years | Trainee | Current Position (2012) |
|-------|---------|-------------------------|
| 2000-2001 | T. Sloane Guy, MD[*] | Associate Professor of Surgery<br>Chief, Cardiothoracic Surgery<br>Temple University<br>Philadelphia, PA |
| 2000-2002 | Sina L. Moainie, MD | Cardiac Surgeon<br>Corvasc MDs, Indianapolis, IN |
| 2001-2003 | Yoshiharu Enomoto, MD, PhD | Assistant Professor, Cardiovascular Surgery<br>University of Tsukuba, Tsukuba, Japan |
| 2002-2003 | Benjamin M. Jackson, MD | Assistant Professor of Surgery<br>University of Pennsylvania<br>Philadelphia, PA |
| 2003-2005 | Bradley Leshnower, MD | Assistant Professor of Surgery<br>Emory University<br>Atlanta, GA |
| 2003-2005 | Hiroaki Sakamoto, MD | Assistant Professor, Cardiovascular Surgery<br>University of Tsukuba, Tsukuba, Japan |
| 2004-2006 | Shinya Kanemoto, MD | Assistant Professor, Cardiovascular Surgery<br>University of Tsukuba, Tsukuba, Japan |
| 2004-2006 | Hirotsugu Hamamoto, MD | Surgeon, Cardiovascular Surgery<br>Hospital of Oita University, Oita Japan |
| 2005-2007 | Muneaki Matsubara, MD | Assistant Professor, Cardiovascular Surgery<br>University of Tsukuba, Tsukuba, Japan |

January 2013

| 2005-2007 | Liam Ryan, MD[†] | Director, Complex Aortic Surgery Program<br>Sanger Heart and Vascular Institute<br>Carolinas Medical Center |
|---|---|---|
| 2006-2008 | Kanji Matsuzaki, MD, PhD | Assistant Professor, Cardiovascular Surgery<br>University of Tsukuba, Tsukuba, Japan |
| 2006- 2008 | Mio Noma MD, PhD | Assistant Professor, Cardiovascular Surgery<br>University of Tsukuba, Tsukuba, Japan |
| 2007-2008 | Aaron Blom, MD[*] | |
| 2007-2009 | Masato Morita, MD | Surgeon, Cardiovascular Surgery<br>Hospital of Oita University, Oita Japan |
| 2007-2009 | Benjamin Herdrich, MD | Vascular Surgery Fellow, University of<br>Pennsylvania, Philadelphia, PA |
| 2008-2010 | Mathieu Vergnat, MD§ | Cardiothoracic Surgery Resident<br>Hospital Cardio-vasculaire et<br>Pneumologique Louis Pradel<br>Lyons,  France |
| 2008-2010 | J. Daniel Robb, MD | Specialist Registrar, Cardiothoracic Surgery<br>Kings College Hospital<br>London, United Kingdom |
| 2008-2010 | Masahito Minakawa, MD | Professor of Surgery, Hirosaki University<br>School of Medicine, Japan |
| 2008-2010 | Clayton Brinster, MD | Surgical Resident,<br>University of Pennsylvania<br>Philadelphia, PA |
| 2005- 2011 | Chun Xu, PhD[†*] | Engineering  Consultant |
| 2008-2011 | Kevin Koomalsingh, MD | Surgical Resident,<br>Columbia University<br>New York, NY |
| 2009-2011 | Takashi Shuto, MD | Surgeon, Cardiovascular Surgery<br>Hospital of Oita University, Oita Japan |
| 2009-2011 | Arminder Jassar, MD[†] | Surgical Resident,<br>University of Pennsylvania<br>Philadelphia, PA |

8

January 2013

| 2009-2011 | Derek Nathan, MD | Surgical Resident,<br>University of Pennsylvania<br>Philadelphia, PA |
| --- | --- | --- |
| 2009-2012 | Myron Allukian, MD | Surgical Resident,<br>University of Pennsylvania<br>Philadelphia, PA |
| 2010-2012 | Norihiro Kondo, MD, PhD | Assistant Professor, Cardiovascular Surgery<br>University of Tsukuba, Tsukuba, Japan |
| 2010-2012 | Melissa Levack MD | Surgical Resident,<br>Massachusetts General Hospital<br>Philadelphia, PA |
| 2011-2013 | Walter Witschey, PhD[†] | Current Fellow |
| 2011-2013 | Chikashi Aoki, MD | Current Fellow |
| 2011-2013 | Toru Shimaoka, MD | Current Fellow |
| 2011-2013 | Satoshi Takebayashi, MD, PhD, | Current Fellow |
| 2011-2013 | Jeremy McGarvey, MD | Current Fellow |

**Pre-Doctoral Trainees**

| Year | Trainee | Current Position |
| --- | --- | --- |
| 2000 | Benjamin Jackson, MD | Assistant Professor of Surgery<br>University of Pennsylvania<br>Philadelphia, PA |
| 2000 | Aaron Blom, MD | |

January 2013

| 2004 | Landi Parish, MD | Cardiac Surgery Resident<br>University of Pennsylvania<br> Philadelphia, PA |
| 2006 | Wobbe Bouma, MD | Cardiac Surgery Resident,<br>University of Groningen<br>Groningen, Netherlands |

### Bioengineering Graduate Group (PhD Candidates)

| 2006-2010 | Jamie Ifkovits¶ | Mentor/Thesis Committee |
| 2009- | Alison Pouch¶ | Mentor/Thesis Committee |
| 2010- | Brendan Purcell | Mentor/Thesis Committee |
| 2010-2012 | Elena Tous | Mentor/Thesis Committee |
| 2011- | Shauna Dorsey | Mentor/Thesis Committee |
| 2012- | Francisco Contijoch | Advisor/Thesis Committee |

January 2013

**Honors and Awards**

New Jersey Institute of Technology Distinguished Graduate Award 2010

AHA Established Investigator Award, American Heart Association, 2007-2012

Spencer Morris Prize Examiner, University of Pennsylvania School of Medicine, 2004, 2009, 2010, 2011, 2012

Society of University Surgeons Foundation Fellowship Finalist (Declined), 2000

American Surgical Association Foundation Fellowship, 2000

Resident Scholar Award, 1996
Department of Surgery, Hospital of the University of Pennsylvania

Resident Scholar Award, 1995
Department of Surgery, Hospital of the University of Pennsylvania

Resident Scholar Award, 1994
Department of Surgery, Hospital of the University of Pennsylvania

National Research Service Award (NIH), 1993

Resident Scholar Award, 1993
Department of Surgery, Hospital of the University of Pennsylvania

National Research Service Award (NIH), 1992

Resident Scholar Award, 1992
Department of Surgery, Hospital of the University of Pennsylvania

Resident Scholar Award, 1991
Department of Surgery, Hospital of the University of Pennsylvania

Resident Scholar Award, 1990
Department of Surgery, Hospital of the University of Pennsylvania

Alpha Omega Alpha Honor Medical Society, 1988

University Fellowship, University of Pennsylvania, Department of Bioengineering, 1984-85

Valedictorian (1 of 722), New Jersey Institute of Technology (GPA 4.0/4.0), 1984

NJIT Academic Achievement Award, 1984

NJIT Alumni Association Outstanding Student Award, 1984

11

January 2013

NJIT Alumni Association Outstanding Student in Chemical Engineering Award, 1984

Dr. Charles L. Mantell Emeritus Professor of Chemical Engineering Merit Award, 1984

Dr. Joseph Joffe Distinguished Professor of Chemical Engineering Emeritus Merit Award, 1984

Stauffer Chemical Foundation Chemical Engineering Scholarship, 1983

Omega Chi Epsilon, National Chemical Engineering Honor Society, 1983

In top 1% of all Plebe Midshipmen, United States Naval Academy, Class of 1984, 1980-81

January 2013

## Professional Societies

Cardiac Surgery Biology Club, 2005

American College of Cardiology
        - Fellow, 2005

The College of Physicians of Philadelphia
        - Fellow, 2003

American Association for Thoracic Surgery, 2003
        - Committee on Scientific Affairs and Government Relations (2003-2006)
        - Web Committee (2003-2004)

Society of Thoracic Surgeons, 2002
        - Workforce on New Technology (2006-2011)

Society of University Surgeons, 2001
        - Membership Committee (2002-2004)
        - Publications Committee (2002-2004)
        - Strategic Planning Committee (2002)

American College of Surgeons
        - Fellow, 2001
        - Associate Fellow, 1999- 2001
        - Candidate Group, 1992-1999

Association for Academic Surgery, 2001

Heart Failure Society of America, 2001

International Society for Heart and Lung Transplantation, 2000

American Heart Association, 1999

Philadelphia County Medical Society, 1989

Registered Engineer in Training by the State of New Jersey (#8554), 1985

American Medical Association, 1985

Medical Society of New Jersey, 1985-89

American Institute of Chemical Engineers, 1981-85

American Society of Artificial Organs, 2006-2009

13

January 2013

## Editorial Responsibilities

Editorial Board: Annals of Thoracic Surgery 2012-

Guest Editor, Seminars in Thoracic and Cardiovascular Surgery, Innovations in Valve Surgery Fall 2006

Editorial Board (Associate Editor): Annals of Thoracic Surgery 2001- 2004

Editorial Board: Journal of Surgical Research 2003- 2009

International Advisory Board: Journal of Cardiovascular Disease 2003- 2011

Reviewer: Journal of Thoracic and Cardiovascular Surgery

Reviewer: Circulation

Reviewer: Journal of Cardiac Failure

Reviewer: Journal of Cardiovascular Surgery

Reviewer: Journal of the American College of Cardiology

Reviewer: Surgery

Reviewer: Lancet

Reviewer: Nature Medicine

Reviewer: International Journal of Cardiology

Reviewer: European Journal of Heart Failure

Abstract Grader: American College of Cardiology 2003, 2004 and 2005 Annual Meetings

Abstract Grader: Society of University Surgeons 2003 and 2004 Annual Meetings

Abstract Grader: American Heart Association 2004-2011 Annual Meetings

Abstract Grader: International Society of Heart and Lung Transplantation 2007 Annual Meeting

14

January 2013

**Study Section and Advisory Group Appointments**
**(Service on 55 NIH, AHA, VA Grant and International Review Panels)**

Standing Appointments

NIH-Clinical and Integrative Cardiovascular Sciences Study Section, 2012-Present

Qatar National Research Fund (Medical Sciences) Grant review Committee 2008- Present

NIH- Special Emphasis Panel (BTSS Conflicts) 2007-2011

NIH- Cardiovascular Sciences Small Business Activities Study Section, 2003-2011

AHA- Radiology, Imaging and Surgery Study Section (Chairman), 2008- 2010

AHA- Radiology, Imaging & Surgery Study Section, 2003- 2007

AHA-Integrative Cardiac Biology Study Section, 2004- 2007

Ad Hoc Appointments

NIH-Special Emphasis Panel (Surgery and Bioengineering) May 2002

NIH-Surgery and Bioengineering Study Section February, 2004

NIH-Special Emphasis Panel (Surgery and Bioengineering), March 2004

NIH-Special Emphasis Panel (Bioengineering Research Partnerships), April 2004

NIH- Working Group on the Future Directions in Cardiac Surgery May, 2004

NIH-Special Emphasis Panel (Bioengineering and Cardiovascular System), July 2004

NIH- Special Emphasis Panel (BTSS Conflicts), August 2004

NIH- Bioengineering, Technology and Surgical Science Study Section February, 2005

NIH- Special Emphasis Panel (Bioengineering and Cardiovascular System), April 2005

NIH- Special Emphasis Panel (Cardiovascular Imaging-Echocardiography), June 2005

BSF-US-Israel Binational Science Foundation, Grant Review "Myocardial Remodeling in Ischemic Mitral Regurgitation from Mechanisms to Potential Therapies," June 2006

NIH - Strategic Planning Process, Level I Working Group, Valvular and Congenital Diseases, July 2006

AHA- Scientific Classification Task Force, March 2007

NIH- Special Emphasis Panel (NHLBI "K" Awards), June 2007

15

January 2013

NIH- Special Emphasis Panel (BTSS Conflicts), October 2007

NIH- Bioengineering Research Partnerships and Imaging Member Conflicts, February 2010

VA-Cardiovascular Sciences, December 2010

Foundation for Scientific Research (Belgium), March 2011

January 2013

## Patents (Issued)

US Patent 8,070,802   Mitral Valve System

## Patents (Pending Applications)

| | |
|---|---|
| 10/283,761 | Non – Planar Cardiac Vascular Support Prosthesis |
| 60/974,154 | Prevention of Infarct Expansion |
| 61/041,643 | In Vivo Measurement of Mitochondrial Function |
| 61/258,331 | Valve Prosthesis |
| 61/308,127 | Automated Quantification of Mitral Valve Dynamics with Real-Type 3D Ultrasound |
| 61/356,800 | Protease Triggered Release of Molecules from Hydrogels |
| 61/468,140 | Infarction Treatment Compositions and Methods |
| 61/565,780 | Non-Blood Contacting Mechanical Device That Improves Heart Function After Injury |
| 61/565,958 | Percutaneous Mitral Valve Replacement Devices |
| 61/578,382 | Platforms for Mitral Valve Replacement |
| 61/578,492 | Mechanical Myocardial Restraint Device |
| 61/606,599 | Superabsorbent Coated Stents for Vascular Reduction And For Anchoring Valve Replacements |

January 2013

## Bibliography

1. Taher MF, Cecchini AB, Allen MA, Gobran SR, **Gorman RC**, Guthrie BL, Lingenfelter KA, Rabbany SY, Rolchigo PM, Melbin J, Noordergraaf A.  Baroreceptor Responses Derived from a Fundamental Concept.  Annals of Biomedical Engineering 16: 429-433, 1988

2. Brolin RE, Kenler HA, **Gorman RC**, Cody RP.  The Dilemma of Outcome of Assessment After Operations for Morbid Obesity.  Surgery 105: 337-346, 1989

3. Brolin RE, **Gorman RC**, Milgrim LM, Abbott JM, George S, Gocke DJ.  Use of Nutrition Support in Patients with AIDS.  A Four-Year Retrospective Review.  Nutrition 7: 19-22, 1991

4. Brolin RE, **Gorman RC**, Milgrim LM, Kenler HA.  Multivitamin Prophylaxis in Prevention of Post-Gastric Bypass Vitamin and Mineral Deficiencies.  International Journal of Obesity 15: 661-667, 1991

5. **Gorman RC**, Morris JB, Metz CA, Weltz C, Mullen JL.  The Button Jejunostomy for Long-Term Jejunal Feeding.  A Prospective Randomized Trial.  Journal of Parenteral and Enteral Nutrition 17: 428-431, 1993

6. **Gorman RC**, Jardines L, Daly J.  Enteroenteric Intussusception Due to a Metastatic Malignant Fibrous Histiocytoma.  A Case Report.  Journal of Surgical Oncology 54: 203-205, 1993

7. **Gorman RC**. Atherosclerosis and Atherogenesis in Fishman S, Savage E, and Miller L eds. Review of Surgical Basic Science, JB Lippincott, Philadelphia: 124-133, 1993

8. **Gorman RC**, Morris JB, Kaiser L.  Esophageal Disease in the Elderly: Surgery in the Elderly.  Surgical Clinics of North America 74: 93-112, 1994

9. **Gorman RC**, McCaughan JS, Ratcliffe MB, Gupta KB, Guy TS, Edmunds Jr LH.  A Three-Dimensional Analysis of Papillary Muscle Spatial Relationships in Acute Post Infarction Mitral Insufficiency.  Surgical Forum 45: 330-334, 1994

10. **Gorman RC**, Nance ML, Morris JB.  Enteral Feeding Techniques in Torosian M, ed. Clinical Nutrition.  Science and Principles of Practice, Marcel and Dekker, New York: 329-352, 1994

11. Nance ML, **Gorman RC**, Morris JB. Techniques for Long-term Jejunal Access. Contemporary Surgery 46: 21-25, 1995

12. **Gorman RC**, Buzby GP.  Difficult Access Problems in Vascular Access in Cancer Patients. Surgical Oncology Clinics of North America 4: 453-472, 1995

13. **Gorman RC**, McCaughan JS, Ratcliffe MB, Gupta KB, Streicher JT, Ferrari VA, St John-Sutton MG, Bogen DK, Edmunds LH Jr . Pathogenesis of Acute Ischemic Mitral Regurgitation in Three Dimensions. Journal of Thoracic and Cardiovascular Surgery 109: 684-693, 1995

18

January 2013

14. **Gorman RC**, Rosato, EF.  Variceal Ligation and Nonshunting Procedures for Bleeding Esophageal Varices in Ernst CB and Stanley JC, ed.  Current Therapy in Vascular Surgery, 3rd Edition, BC Decker, Philadelphia: 740-744, 1995

15. **Gorman RC**, Ziats NP, Rao AK, Gikakis NS, Sun L, Khan MM, Stenach N, Sapatnekar S, Cowhand Z, Gorman III JH, Niewiarowski S, Colman RW, Anderson JM, Edmunds Jr LH  Surface-Bound Heparin Fails to Reduce Thrombin Formation During Clinical Cardiopulmonary Bypass.  Journal of Thoracic and Cardiovascular Surgery 111: 1-11, 1996

16. Gorman III JH, Gupta KB, Streicher JT, **Gorman RC**, Jackson BM, Edmunds Jr LH.  Dynamic 3-D Imaging of the Mitral Valve Using Rapid Sonomicrometry Array Localization.  Journal of Thoracic and Cardiovascular Surgery 112: 712-725, 1996

17. Gorman III JH, **Gorman RC**, Jackson BM, Hiramatsu Y, Gikakis NS, Kelley ST, Edmunds Jr LH.  Three-dimensional Annular Changes in Acute Ischemic Mitral Regurgitation.  Surgical Forum 47: 288-290, 1996

18. **Gorman RC**, Gorman III JH, Edmunds Jr LH.  Surface-Bound Heparin Fails to Reduce Thrombin Formation during Clinical Cardiopulmonary Bypass. Journal of Thoracic and Cardiovascular Surgery 112: 557, 1996

19. **Gorman RC**, Morris JB.  Minimally Invasive Access to the Gastrointestinal Tract in Rombeau JL, Rolandelli RH, Caldwell MD, ed.  Clinical Nutrition Enteral and Tube Feeding, 2nd Edition, W.B. Saunders Company, Philadelphia: 125-145, 1996

20. Gorman III JH, **Gorman RC**, Jackson BM, Hiramatsu Y, Gikakis NS, Kelley ST, St John Sutton MG, Plappert T, Edmunds Jr LH. Distortions of the Mitral Valve in Acute Ischemic Mitral Regurgitation.  Annals of Thoracic Surgery 64: 1026-1031, 1997

21. Gorman III JH, **Gorman RC**, Jackson BM, Kelley ST, Malekan R, Edmunds Jr LH.  The Effect of Inotropic State on the Size of the Mitral Valve Annulus.  Surgical Forum 48: 275-278, 1997

22. Gorman III JH, **Gorman RC**, Jackson BM, Hiramatsu Y, Gikakis NS, Kelley, Edmunds Jr LH.  Papillary Muscle Discoordination Rather Than Increased Annular Area Facilitates Mitral Regurgitation After Acute Posterior Infarction.  Circulation 96 (Suppl II): 124-127, 1997

23. **Gorman RC**, Rosato EF, Low DW. Total Proctocolectomy for Inflammatory Bowel Disease in Nyhus JM, Baker RJ, Fischer JE, ed.  Mastery of Surgery, 3rd, Little, Brown & Co., Boston: 1481-1489, 1997

24. **Gorman RC**, Busby GP. Perioperative Nutritional Support in Shikora SA and Blackburn GL, ed.  Nutrition Support. Theory and Therapeutics, Chapman & Hall, New York: 91-112, 1997

January 2013

25. **Gorman RC**, Morris JB, Mullen JL.  Enteral Access Options in Shikora SA and Blackburn GL, ed.  Nutrition Support. Theory and Therapeutics, Chapman & Hall, New York: 241-270, 1997.

26. Gorman III JH, **Gorman RC**, Plappert T, Hiramatsu Y, Gikakis NS, St. John-Sutton MG, Edmunds Jr LH.  Infarct Size and Location Determine the Development of Ischemic Mitral Regurgitation.  Journal of Thoracic and Cardiovascular Surgery 115: 615-622, 1998

27. Brolin RE, Gorman III JH, **Gorman RC**, Petschenik AJ, Bradley LJ, Kenler HA, Cody RP. Are Vitamin B-12 and Folate Deficiency Clinically Important After Roux-en-Y Gastric Bypass? Journal of Gastrointestinal Surgery 2: 432-436, 1998

28. Brolin RE, Gorman III JH, **Gorman RC**, Petschenik AJ, Robertson LB, Kenler HA, Cody RP Prophylactic Iron Supplementation After Roux-En-Y Gastric Bypass.  A Prospective Double Blind Randomized Study.  Archives of Surgery 133: 740-744, 1998

29. **Gorman RC**, Lights V, Furth E, Torosian MH. Unique Presentation of a Granular Cell Tumor as a Paratracheal Mass. Oncology Reports 5: 1551-1554, 1998

30. Kelley ST, Malekan R, Jackson BM, Gorman III JH, Plappert T, **Gorman RC**, St John Sutton MG, Edmunds Jr LH.  Restraining Infarct Expansion Preserves Left Ventricular Geometry and Function After Acute Anteroapical Infarction.  Circulation 99: 135-142, 1999

31. Kelley ST, Malekan R, Gorman JH III, Jackson BM, **Gorman RC**, Suzuki Y, Plappert T, Bogen DK, St. John Sutton MG, Edmunds LH Jr. Restraining Infarct Expansion Preserves Left Ventricular Geometry and Function after Acute Anteroapical Infarction (letter) Circulation 100: e152-152, 1999

32. Smythe WR, **Gorman RC**, DeCampli WM, Spray TL, Kaiser LR, Acker MA.  Management of Exsanguinating Hemoptysis during Cardiopulmonary Bypass. Annals of Thoracic Surgery 67: 1288-1291, 1999

33. Jackson BM, Gorman III JH, **Gorman RC**, Kelley ST, Edmunds Jr LH. Recruitment of the Non-Infarcted Borderzone Leads to Aneurysm Formation after Anteroapical Infarction. Surgical Forum 50:171-173, 1999

34. **Gorman RC**, Gorman III JH, Jackson BM. Revascularization for Cardiogenic Shock.  New England Journal of Medicine 341: 2095-2096, 1999

35. **Gorman RC**, Gardner TJ. Myocardial Reperfusion Injury in Pillai R and Wright J, ed. Surgery for Ischemic Heart Disease, Oxford University Press, Inc., New York: 81-98, 1999

36. Bridges CR, **Gorman RC**, Stecker MM, Bavaria JE. Acute Type A Aortic Dissection. Retrograde Cerebral Perfusion with Left Superior Vena Cava. Annals of Thoracic Surgery 69: 1940-1941, 2000

37. **Gorman RC**, Gorman III JH. Revascularization Techniques in Acute Myocardial Infarction. New England Journal of Medicine 343: 1815-1816, 2000

38. Bowen FW, Narula N, Hattori T, Plappert T, Khan M, Jackson BM, Gorman III JH, **Gorman RC**, St John Sutton M, Edmunds Jr LH. Late Infarct Reperfusion Attenuates Ventricular Dilatation by Affecting Collagen Remodeling in the Infarct Zone. Surgical Forum 51: 162-164, 2000

39. Gorman III JH, **Gorman RC**, Milas BL, Acker MA. Circulatory Management in the Unstable Cardiac Patient. Seminars in Thoracic and Cardiovascular Surgery 12: 316-325, 2000

40. Milas BL, Jobes DR, **Gorman RC**. Management of Bleeding and Coagulopathy after Heart Surgery. Seminars in Thoracic and Cardiovascular Surgery 12: 316-325, 2000

41. **Gorman RC**, Gorman III JH. Mechanism Underlying Mechanical Dysfunction in the Borderzone Left Ventricular Aneurysm. A Finite Element Model Study. Invited commentary Annals of Thoracic Surgery 71:662, 2001

42. Gorman III JH, **Gorman RC**, Kaiser LR. Appropriate Indications for Single and Bilateral Lung Transplantations. Current Opinion in Organ Transplantation 6:243-247, 2001

43. Bavaria JE, Pochettino A, Brinster DR, **Gorman RC**, McGarvey ML, Gorman III JH, Escherich A, Gardner TJ. New Paradigms and Improved Results for the Surgical Treatment of Acute Type A Dissection. Annals of Surgery 234: 336-343, 2001

44. Bowen FW, Carboni AF, O'Hara ML, Pochettino A, Rosengard BR, Morris RJ, **Gorman RC**, Gorman III JH, Acker MA. Application of "Double Bridge Mechanical" Resuscitation for Profound Cardiogenic Shock Leading to Cardiac Transplantation. Annals of Thoracic Surgery 72: 86-90, 2001

45. Moainie SL, Guy TS, Jackson BM, Bowen FW, Narula J, Edmunds Jr LH, Gorman III JH, **Gorman RC**. Strain Induced Apoptosis of Borderzone Myocardium Leads to Heart Failure Following Antero-Apical Infarction. Surgical Forum 52: 97-99, 2001

46. Guy TS, Moainie SL, Jackson BM, Bowen FW, Plappert TJ, St John Sutton M, Edmunds Jr LH, Gorman III JH, **Gorman RC**. Prophylactic Mitral Annuloplasty Prevents Mitral Regurgitation But Not Heart Failure After Posterolateral Myocardial Infarction. Surgical Forum 52:102-103, 2001

47. Gorman III JH, **Gorman RC**, Morris JB. Soft Tissue Infections in Lanken PN, Manaker S, Hanson III CW, ed. The Intensive Care Manual, W.B. Saunders Company, Philadelphia: 745-753, 2001

48. Bowen FW, **Gorman RC**. Cardiovascular Physiology in Kreisel D, Krupnick AS, Kaiser LR, ed. The Surgical Review, Lippincott, Williams & Wilkins, Philadelphia: 304-313, 2001

49. **Gorman RC**, Kaiser LR. Lung Transplantation in Greenfield L, Lillemoe K, Mulholland M, Oldham K, Zelnock G, ed. Surgery. Scientific Principles and Practice, 3rd, Williams & Wilkins, Philadelphia: 608-632, 2001

50. **Gorman RC**, Gorman JH III. Cellular Myoplasty: What Are We Really Trying to Achieve? Annals of Thoracic Surgery 73: 342-343, 2002

51. Moainie SL, Guy TS, Plappert T, Gorman III JH, **Gorman RC**. Correction of Traumatic Tricuspid Regurgitation Using the Double Orifice Technique. Annals of Thoracic Surgery 73: 963-965, 2002

52. **Gorman RC**, Gorman III JH. Cellular Myoplasty: What Are We Trying to Achieve. Journal of Thoracic and Cardiovascular Surgery 123: 582-583, 2002

53. **Gorman RC**, Gorman III JH. The Role of Apoptosis in Myocardial Stunning After Open Heart Surgery. (Invited Commentary) Annals of Thoracic Surgery 73: 1235, 2002

54. Moainie SL, Guy TS, Gorman III JH, Jackson BM, Plappert T, St John Sutton M, Edmunds Jr LH, **Gorman RC**. Infarct Restraint Attenuates Remodeling and Reduces Chronic Ischemic Mitral Regurgitation after Posterolateral Infarction. Annals of Thoracic Surgery 74: 444-449, 2002

55. Moainie SL, Gorman JH III, Guy TS, Bowen III FW, Jackson BM, Plappert T, Narula N, St John Sutton MG, Edmunds Jr. LH, **Gorman RC**. An Ovine Model of Postinfarction Dilated Cardiomyopathy. Annals of Thoracic Surgery 74: 753-760, 2002

56. Stewart AS, **Gorman RC**, Pochettino A, Rosengard BR, and Acker MA. Left Ventricular Assist Device for Right Side Assistance in Patients with Transposition. Annals of Thoracic Surgery 74: 912-914, 2002

57. Salgo IS, Gorman III JH, **Gorman RC**, Jackson BM, Bowen FW, Plappert T, Edmunds Jr LH, St John Sutton MG. Effect of Annular Shape on Leaflet Curvature in Reducing Mitral Leaflet Stress. Circulation 106: 711-717, 2002

58. Jackson BM, Gorman III JH, Moainie S, Guy TS, Narula N, Narula J, St John Sutton M, Edmunds Jr LH, **Gorman RC**. Extension of Borderzone Myocardium in Postinfarction Dilated Cardiomyopathy. Journal of American College of Cardiology 40: 1160-1167, 2002

59. Pilla JJ, Blom AS, Brockman DJ, Bowen F, Yuan Q, Giammarco J, Ferrari VA, Gorman III JH, **Gorman RC**, Acker MA. Ventricular Constraint Using the Acorn Cardiac Support Device Reduces Myocardial Akinetic Area in an Ovine Model of Acute Infarction Circulation 106: I207-I211, 2002

60. **Gorman RC**, Gorman III JH. Revascularization Alone (Without Mitral Valve Repair) Suffices in Patients with Advanced Ischemic Cardiomyopathy and Mild to Moderate Mitral Regurgitation (Invited Commentary). Annals of Thoracic Surgery 74: 1481, 2002

61. Bavaria JE, Brinster DR, **Gorman RC**, Woo YJ, Gleason T, Pochettino A. Advances in the Treatment of Acute Type A Dissection: An Integrated Approach. Annals of Thoracic Surgery 74: S1848-S1852, 2002

62. Jackson BM, Gorman III JH, Salgo I, Moainie S, St John Sutton MG, Edmunds Jr LH, **Gorman RC**. Borderzone Geometry Increases Wall Stress after Myocardial Infarction: Contrast Echocardiographic Assessment. American Journal of Physiology (Heart and Circulatory Physiology) 284: H475-H479, 2003

63. Naimark WA, Lemoore JJ, Klugherz BD, Wang Z, Guy TS, Osman H, Moainie SL, Gorman III JH, **Gorman RC**, Palasis M, Parmacek MS, Wilensky RL. Adenovirus-Catheter Compatibility Increases Gene Expression After Delivery to Porcine Myocardium. Human Gene Therapy 14:161-166, 2003

64. Wilson EM, Moainie SL, Baskin JM, Lowry AS, Guy TS, St. John Sutton MG, Gorman III JH, Edmunds Jr LH, **Gorman RC**, Spinale FG. Region and Type Specific Induction of Matrix Metalloproteinases in Post Myocardial Infarction Remodeling. Circulation 107: 2857-2863, 2003

65. Gorman III JH, Jackson BM, Kolansky DM, **Gorman RC**. Emergency Mitral Valve Replacement in the Octogenarian. Annals of Thoracic Surgery. Annals of Thoracic Surgery 76: 269-270, 2003

66. Gorman III JH, Low D, Guy TS, **Gorman RC**, Rosato EF. Extended Left Colon Interposition for Esophageal Replacement Using Arterial Augmentation. Annals of Thoracic Surgery 76:933-935, 2003

67. Loren AW, Desai S, **Gorman RC**, Schuchter LM. Re-Transplantation of a Cardiac Allograft Inadvertently Harvested from a Donor with Metastatic Melanoma. Transplantation 76:741-743, 2003

68. Gorman III JH, **Gorman RC**, Jackson BM, Enomoto Y, St. John Sutton MG, and Edmunds Jr LH. Annuloplasty Ring Selection for Chronic Ischemic Mitral Regurgitation: Lessons from the Ovine Model. Annals of Thoracic Surgery 76:1556-1563, 2003

69. **Gorman RC**, Gorman III JH. Does Repair of Ischemic Mitral Regurgitation Help? Annals of Thoracic Surgery. Annals of Thoracic Surgery 76:1775, 2003

70. Edmunds LH Jr, Gorman JH III, **Gorman RC**. Sheep Models of Postinfarction Left Ventricular Remodeling in Singal PK, Dixon IMC, Kirshenbaum LA, Dhalla NS, eds. Cardiac Remodeling and Failure pp.231-244, Kluwer Academic Publishers, Boston 2003

71. **Gorman RC**, Gorman JH III, Edmunds LH Jr. Ischemic Mitral Regurgitation in Cohn LH and Edmunds LH Jr, eds. Cardiac Surgery in the Adult pp.751-769, McGraw-Hill, New York, 2003

72. Gorman III JH, **Gorman RC**. Semi-Rigid Annuloplasty Band Allows Dynamic Mitral Annular Motion and Minimizes Valvular Gradients: An Echocardiographic Study (Invited Commentary). Annals of Thoracic Surgery 77: 518, 2004

73. Gorman III JH, Jackson BM, Enomoto Y, **Gorman RC**. The Effect of Regional Ischemia on Mitral Valve Annular Saddle Shape. Annals of Thoracic Surgery 77: 544-548, 2004

74. Nasuti J, Zhang PJ, Feldman MD, Pasha T, Khurana JS, Gorman III JH, **Gorman RC**, Narula J MD, Narula N. Fibrillin and Other Matrix Proteins in Mitral Valve Prolapse Syndrome Annals of Thoracic Surgery 77: 532-536, 2004

75. Guy IV TS, Moainie SL, Gorman III JH, Jackson BM, Plappert T, Enomoto Y, St. John Sutton MG, Edmunds Jr LH, **Gorman RC**. Prevention of Ischemic Mitral Regurgitation Does Not Influence the Outcome of Remodeling After Posterolateral Myocardial Infarction. Journal of the American College of Cardiology 43: 377-383, 2004

76. Gorman III JH, Jackson BM, Moainie SL, Enomoto Y, **Gorman RC**. The Influence of Inotropy and Chronotropy on the Mitral Valve Sphincter Mechanism. Annals of Thoracic Surgery 77: 852-858, 2004

77. **Gorman RC**, Jackson BM, Gorman III JH.  Potential Role of Ventricular Compressive Therapy.  Surgical Options in Heart Failure.  Surgical Clinics of North America 84:45-59, 2004

78. **Gorman RC**, Jackson BM, Gorman JH III, Edmunds LH Jr. The Mechanics of the Remodeled/Fibrosed Heart in Villarreal F, ed. Interstitial Fibrosis in Heart Failure, pp.149-166, Kluwer Academic Publishers, Boston 2004.

79. Jackson BM, Gorman III JH, **Gorman RC**. Increased Border-Zone Stress in Bulging Ventricular Aneurysms.  Annals of Thoracic Surgery 77: 1876, 2004

80. Parish LM, Jackson BM, Enomoto Y, **Gorman RC**, Gorman III JH. The Dynamic Anterior Mitral Annulus. Annals of Thoracic Surgery 78:1248-1255, 2004

81. **Gorman RC**, Gorman III JH, Parish LM, St. John-Sutton MG. Infarction Induced Ventricular Remodeling: Selected References. Annals of  Thoracic Surgery 78: 1507-1510, 2004

82. Dang ABC, Guccione JM, Zhang P, **Gorman RC**, Gorman III JH, Ratcliffe M. Effect of Ventricular Size and Patch Stiffness in Surgical Anterior Ventricular Restoration: A Finite Element Model Study. Annals of Thoracic Surgery 79:185-193, 2005

83. Gorman III JH, **Gorman, R C**, Rosato EF.  Surgical Therapy for End-Stage Achalasia. Annals of Thoracic Surgery 79: 756, 2005

84. Gorman III JH, **Gorman, R C**.  Chronic Ischemic Mitral Regurgitation: Toward a Solution or Still an Enigma? Annals of Thoracic Surgery 79: 752-753, 2005

85. Enomoto Y, Gorman III JH, Moainie SL, Jackson BM, Parish LM, Plappert T, Zeeshan A, St. John-Sutton MG, **Gorman RC**. Early Ventricular Restraint after Myocardial Infarction: Extent of the Wrap Determines the Outcome of Remodeling. Annals of  Thoracic Surgery 79:881-887, 2005

86. Enomoto Y, Gorman III JH, Moainie SL, Guy TS, Jackson BM, Parish LM, Plappert T, Zeeshan A, St. John-Sutton MG, **Gorman RC**. Surgical Treatment of Ischemic Mitral Regurgitation May not Influence Ventricular Remodeling. Journal of Thoracic and Cardiovascular Surgery 129:504-511, 2005

87. Narula N, Narula J, Zhang PJ, Haider N, Raghunath PN, Gorman III JH, **Gorman RC**, Tomaszewski JE. Is the Myofibrillarlytic Myocyte a Forme Fruste Apoptotic Myocyte? Annals of Thoracic Surgery 79:1333-1337, 2005

88. Dang ABC, Guccione JM, Mishell JM, Zhang P, Wallace AW, **Gorman RC**, Gorman III JH, Ratcliffe MB. Akinetic Myocardial Infarcts Must Contain Contracting Myocytes: Finite Element Model Study. American Journal of Physiology (Heart and Circulatory Physiology) 288: H1844-H1850, 2005

89. Baumgartner WA, Burrows S, del Nido PJ, Gardner TJ, Goldberg S, **Gorman RC**, Letsou GV, Mascette A, Michler RE, Puskas JD, Rose EA, Rosengart TK, Sellke FW, Shumway SJ, Wilke N. Special Report: Recommendations of the National Heart, Lung, and Blood Institute Working Group on Future Direction in Cardiac Surgery. Circulation 111: 3007 – 3013, 2005

90. Valettas N, Gorman JH, **Gorman RC**. Pathophysiology and Percutaneous Coronary Sinus Repair of Mitral Regurgitation in Herrmann HC, ed. Interventional Cardiology: Percutaneous Non-Coronary Intervention, pp.49-68. Humana Press, Totawa NJ, 2005

91. Blom AS, Pilla JJ, **Gorman RC**, Gorman III JH, Mukherjee R, Spinale FG, Acker MA. Infarct Size Reduction and Attenuation of Global Left Ventricular Remodeling with the CorCap™ Cardiac Support Device Following Acute Myocardial Infarction in Sheep. Heart Failure Reviews 10: 125-139, 2005

92. Blom AS, Mukherjee R, Pilla JJ, Lowry AS, Yarbrough WM, Mingoia JT, Hendrick JW, Stroud RE, McLean JE, Affuso J. Gorman III JH, **Gorman RC**, Acker MA, Spinale FG. A Cardiac Support Device Modifies Left Ventricular Geometry and Myocardial Structure After Myocardial Infarction. Circulation 112:1274-1283, 2005

93. Jackson BM, Parish LM, Gorman III JH, Enomoto Y, Sakamoto H, Plappert T, St. John Sutton MG, Salgo I, **Gorman RC**. Borderzone Geometry After Acute Myocardial Infarction: A Three-Dimensional Contrast Enhanced Echocardiographic Study. Annals of Thoracic Surgery 80:2250-2256, 2005

94. Pilla JJ, Blom AS, Gorman III JH, Brockman DJ, Affuso J, Parish LM, Sakamoto H, Jackson BM, Acker MA, **Gorman, RC**. Early Post Infarction Ventricular Restraint Improves Borderzone Wall Thickening Dynamics during Remodeling. Annals of Thoracic Surgery 80:2257-2262, 2005

95. **Gorman RC**, Gorman III JH. Why Should We Repair Ischemic Mitral Regurgitation? Annals of Thoracic Surgery 81: 785, 2006

96. **Gorman RC**. Mitral Valve Surgery for CHF: A Failed Concept? Journal of the American College of Cardiology (Cardiosource Spotlight) 47:CS2-CS5, 2006

97. Leshnower BG, Sakamoto H, Zeeshan A, Parish LM, Hinmon R, Plappert T, Gorman III JH, **Gorman RC**. The Role of Acetaminophen in Acute Myocardial Infarction. American Journal of Physiology-Heart and Circulatory Physiology. 290:2424-2431, 2006

98. Kheradvar A, Milano M, **Gorman RC**, Gorman III JH, Gharib M. Assessment of Left Ventricular Elastic and Viscous Components Based on Ventricular Harmonic Behavior. Cardiovascular Engineering. 6: 31-40, 2006

99. St. John Sutton MG, **Gorman RC**. Surgery for Asymptomatic Severe Mitral Regurgitation in the Elderly: Early Surgery or Wait and Watch. Circulation 114:258-260, 2006

100. Sacks MS, Enomoto Y, Graybill JR, Merryman WD, Zeeshan A, Yoganathan AP, Levy R, **Gorman RC**, Gorman III JH. In-Vivo Dynamic Deformation of the Mitral Valve Anterior Leaflet. Annals of Thoracic Surgery 82:1369-1377, 2006

101. Ikonomidis JS, Jones JA, Barbour JR, Stroud RE, Clark LL, Kaplan BS, Zeeshan A, Bavaria JE, Gorman III JH, Spinale FG, **Gorman RC**. Expression of Matrix Metalloproteinases and Endogenous Inhibitors within Ascending Aortic Aneurysms of Patients with Marfan syndrome. Circulation 114(1 Supplement): I365-I370, 2006

102. Gorman III JH, Ryan LP, **Gorman RC**. Pathophysiology of Ischemic Mitral Insufficiency: Does Repair Make a Difference? Heart Failure Reviews 11:219-229, 2006

103. Sakamoto H, Parish L, Hamamoto H, Enomoto Y, Zeeshan A, Plappert T, Jackson B, St. John-Sutton M, **Gorman RC**, Gorman, III JH. Effect of Hemodynamics on Dynamic Mitral Leaflet Curvature. Journal of Thoracic and Cardiovascular Surgery 132:1414-1419, 2006

104. **Gorman RC**. Innovations in Valve Surgery: Introduction. Seminars in Thoracic and Cardiovascular Surgery. 18: 114, 2006

105. Ryan LP, Salgo IS, **Gorman RC**, Gorman III JH. The Emerging Role of Three-Dimensional Echocardiography in Mitral Valve Repair. Seminars in Thoracic & Cardiovascular Surgery. 18: 126-134, 2006

106. Gorman III JH, **Gorman RC**. Mitral Valve Surgery for CHF: A Failed Innovation? Seminars in Thoracic & Cardiovascular Surgery 18: 135-138, 2006

107. Ranji M, Kanemoto S, Matsubara M, Grosso M, Gorman III J, **Gorman RC**, Jaggard D, Chance B. Fluorescence Spectroscopy and Imaging of Myocardial Apoptosis. Journal of Biomedical Optics 11(6), 064036; 2006

108. Rapoport SH, Connolly JM, Fulmer J, Dai N, Murti BH, **Gorman RC**, Gorman III JH, Alferiev I, Levy RJ. Mechanisms of the In Vivo Inhibition of Calcification of Bioprosthetic Porcine Aortic Valve Cusps and Aortic Wall with Triglycidylamine/Mercapto Bisphosphonates. Biomaterials 28:690-699, 2007

109. Ryan L, Jackson B, Parish L, Sakamoto H, Plappert T, St. John Sutton M, Gorman III JH, **Gorman RC**. Quantification and Localization of Mitral Valve Tenting in Ischemic Mitral Regurgitation Using Real-Time Dimensional Echocardiography. European Journal of Cardiothoracic Surgery 31: 840-845, 2007

110. Clark-Greuel JN, Connolly JM, Sorichillo E, Narula NR, Rapport HS, Mohler ER, Gorman III JH, **Gorman RC**, Levy RJ Transforming Growth Factor-β1 Mechanisms in Aortic Valve Calcification: Increased Alkaline Phosphatase and Related Events Annals of Thoracic Surgery Annals of Thoracic Surgery. 83:946-953, 2007

111. Ikonomidis JS, Jones JA, Barbour JR, Stroud RE, Clark LL, Kaplan BS, Zeeshan A, Bavaria JE, Gorman III JH, Spinale FG, **Gorman RC**. Expression of Matrix Metalloproteinases and Endogenous Inhibitors within Ascending Aortic Aneurysms of Patients with Bicuspid or Tricuspid Aortic Valves. Journal of Thoracic and Cardiovascular Surgery 133:1028-1036, 2007

112. Ryan LP, Jackson BM, Enomoto Y, Parish L, Plappert TJ, St. John-Sutton MB, **Gorman RC**, Gorman III JH. Description of Regional Mitral Annular Non-planarity in Healthy Human Subjects: A Novel Methodology. Journal of Thoracic and Cardiovascular Surgery 134:644-648, 2007

113. Leshnower BG, Sakamoto H, Hamamoto H, Zeeshan A, Gorman III JH, **Gorman RC**. The Progression of Myocardial Injury during Coronary Occlusion in the Collateral Deficient Heart: A Non-Wavefront Phenomenon. American Journal of Physiology-Heart and Circulatory Physiology 293: H1799-H1804, 2007

114. Ranji M, Matsubara M, Grosso MA, Jaggard DL, Chance B, **Gorman RC**, Gorman III JH. Fluorescence spectroscopy to assess apoptosis in myocardium. Progress in Biomedical Optics and Imaging (Proceedings of SPIE) 6438: 64380J1-64380J4, 2007

115. Ryan LP, Jackson BM, Parish LM, Plappert TJ, St. John-Sutton MG, Gorman III JH, **Gorman RC**. Regional and Global Patterns of Annular Remodeling in Ischemic Mitral Regurgitation. Annals of Thoracic Surgery 84:553-559, 2007

116. Jones JE, Stroud RE, Kaplan BS, Leone AM, Bavaria JE, Gorman III JH, **Gorman RC**, Ikonomidis JS. Differential Protein Kinase C Isoform Abundance in Ascending Aortic Aneurysms from Patients with Bicuspid versus Tricuspid Aortic Valves. Circulation 116: I144-I149, 2007

117. Ryan LP, Jackson BM, Parish LM, Sakamoto H, Plappert TJ, St. John –Sutton M, Gorman III JH, **Gorman RC**. Mitral Valve Tenting Index: A Novel Assessment of Sub-Valvular Remodeling. Annals of Thoracic Surgery 84:1243-1249, 2007

118. Szeto WY, **Gorman RC**, Gorman III JH, Acker MA. Ischemic Mitral Regurgitation. In: Cardiac Surgery in the Adult. Cohn LH (ed.): McGraw-Hill, New York, pp. 785- 802, 2007

119. Sacks MS, Hamamoto H, Connolly JM, **Gorman RC**, Gorman III JH, Levy RJ. In Vivo Biomechanical Assessment of Trigycidylamine Crosslinked Pericardium. Biomaterials 28: 5390–5398, 2007

120. Ryan LP, Opotowski AR, Joseph H. Gorman III JH, **Gorman RC**. Management of Mitral Regurgitation in the Elderly Patient. Aging Health 3: 637-646, 2007

121. Sakamoto H, Parish L, Hamamoto H, Ryan LP, Eperjesi TJ, Plappert T, Jackson BM, St John-Sutton MG, Gorman III JH, **Gorman RC**. The Effect of Reperfusion on Left Ventricular Regional Remodeling Strains after Myocardial Infarction. Annals of Thoracic Surgery 84:1528 –1537, 2007

122. Croft LR, **Gorman RC**, Gorman III JH, Jimenez JH, Yoganathan AP. Efficacy of the Edge – to – Edge repair in the setting of a dilated ventricle. Annals of Thoracic Surgery 84:1578– 1584, 2007

123. Blom A, Pilla J, Arkles J, Dougherty L, Ryan L, Gorman III JH, Acker M, **Gorman RC**. Early Ventricular Restraint Prevents Infarct Expansion and Improves Borderzone Function after MI: A Study Using MRI 3D Surface Modeling and Myocardial Tagging. Annals of Thoracic Surgery 84:2004 –2010, 2007

124. Jimenez JH, Liou SW, Padala M, He Z, Sacks MS, **Gorman RC**, Gorman III JH, Yoganathan AP. A Saddle Shaped Annulus Reduces Systolic Strain on the Central Region of the Mitral Valve Anterior Leaflet. Journal of Thoracic and Cardiovascular Surgery 134: 1562-1568, 2007

125. Ryan LP, Jackson BM, Eperjesi TJ, Plappert T, St. John-Sutton M, **Gorman RC,** Gorman III JH. Quantitative Description of Mitral Valve Geometry by Means of Real-Time Three-Dimensional Echocardiography. Innovations: Technology and Techniques in Cardiothoracic and Vascular Surgery 2:237-244, 2007

126. Atluri P, Hiesinger W, **Gorman RC**, Pochettino A, Jessup M, Acker MA, Morris RJ, Woo YJ. Cardiac retransplantation is an efficacious therapy for primary cardiac allograft failure. Journal Cardiothoracic Surgery 3:26-30, 2008

127. Zhang PJ, Brooks JS, Goldblum JR, Yoder B, Seethala R, Pawel B, Gorman III JH, **Gorman RC**, Huang JH, Acker MA, Narula N. Primary cardiac sarcomas: a clinicpathologic analysis of a series with follow-up information in 17 patients and emphasis on long-term survival. Human Pathology 39: 1385-1395, 2008

128. Ryan LP, Jackson BM, Hamamoto H, Eperjesi TJ, Plappert T, St. John Sutton M, **Gorman RC**, Gorman III JH. The Influence of Annuloplasty Ring Geometry on Mitral Leaflet Curvature. Annals of Thoracic Surgery 86: 749-760, 2008

129. Ryan LP, Jackson BM, Eperjesi TJ, Plappert T, St. John Sutton M, **Gorman RC**, Gorman III JH. Regional Assessment of Human Mitral Leaflet Curvature Using Real-Time Three-Dimensional Echocardiography. Journal of Thoracic and Cardiovascular Surgery 136: 726-734, 2008

130. Leshnower BG, Kanemoto S, Matsubara M, Sakamoto H, Hinmon R, Gorman III JH, **Gorman RC**. Cyclosporine Preserves Mitochondrial Morphology after Myocardial Ischemia/Reperfusion Independent of Calcineurin Inhibition. Annals of Thoracic Surgery 86:1286-1292, 2008

131. Gorman III JH, **Gorman RC**. Surgical Therapy for Functional Mitral Regurgitation: The Key to Preventing Heart Failure? Current Heart Failure Reports 5:211-215, 2008

132. Ryan LP, Matsuzaki K, Noma M, Jackson BM, Eperjesi TJ, Plappert T, St. John Sutton MG, Gorman III JH, **Gorman RC**. Dermal Filler Injection: A Novel Approach to Limiting Infarct Expansion. Annals of Thoracic Surgery 87: 148-156, 2009

133. Kanemoto S, Matsubara M, Noma M, Leshnower BG, Parish LM, Jackson BM, Hinmon R, Hamamoto H, Gorman III JH, **Gorman RC**. Mild Hypothermia to Limit Myocardial Ischemia-Reperfusion Injury: Importance of Timing. Annals of Thoracic Surgery 87: 157-163, 2009

134. Hamamoto H, Leshnower BG, Parish LM, Sakamoto H, Kanemoto S, Hinmon R, Miyamoto S, Gorman III JH, **Gorman RC**. Regional Heterogeneity of Myocardial Reperfusion Injury: Effect of Mild Hypothermia. Annals of Thoracic Surgery 87: 164-171, 2009

135. Hamamoto H, Sakamoto H, Leshnower BG, Parish LM, Kanemoto S, Hinmon R, Plappert T, Miyamoto, St. John-Sutton MG, Gorman III JH, **Gorman RC**. Very Mild Hypothermia During Ischemia and Reperfusion Improves Postinfarction Ventricular Remodeling. Annals of Thoracic Surgery 87: 172-177, 2009

136. Hamamoto H, Gorman III JH, Ryan LP, Hinmon R, Martens TP, Schuster MD, Plappert T, Kiupel M, St. John-Sutton MG, Itescu S, **Gorman RC**. Allogeneic Mesenchymal Precursor Cell Therapy to Limit Post-MI Remodeling: The Effect of Cell Dosage. Annals of Thoracic Surgery 87: 794-802, 2009

137. Pilla JJ, Gorman III JH, **Gorman RC**. Theoretical Impact of Infarct Compliance on Left Ventricular Function. Annals of Thoracic Surgery 87: 803-811, 2009

138. Parish LM, Gorman III JH, Kahn S, Plappert T, St. John-Sutton MG, Bavaria JE, **Gorman RC**. Aortic Size in Acute Type A Dissection: Implications for Preventive Ascending Aortic Replacement. European Journal of Cardiothoracic Surgery 35: 941-946, 2009

139. Ranji M, Matsubura M, Leshnower BG, Hinmon R, Jaggard DL, Chance B, **Gorman RC**, Gorman III JH. Quantifying Acute Myocardial Injury Using Ratiometric Fluorometry. IEEE-Transactions on Biomedical Engineering 56:1556-1563, 2009

140. Phillippi JA, Klyachko EA, Kenny IV JP, Eskay MA, **Gorman RC**, Gleason TG. Basal and Oxidative Stress-Induced Expression of Metallothionein is Decreased in Ascending Aortic Aneurysms of Bicuspid Aortic Valve Patients. Circulation. 119:2498-2506, 2009

January 2013

141. Eckert CE, Vergnat M, Gorman III JH, **Gorman RC**, Sacks MS. In-Vivo Dynamic Deformation of the Mitral Annulus. Annals of Biomedical Engineering 37: 1757-1771, 2009

142. Connolly JM, Bakay MA, Fulmer JT, **Gorman RC**, Gorman III JH, Oyama MA, Levy RJ. Fenfluramine Disrupts the Mitral Valve Interstitial Cell Response to Serotonin. American Journal of Pathology. 175:988-997, 2009

143. Pilop C, Aregger F, **Gorman RC**, Brunishol R, Gerrits B, Schaffner T, Gorman III JH, Matyas G, Carrel T, Frey BM. Proteomic Analysis in Aortic Media of Patients with Marfan Syndrome Reveals Increased Activity of Calpain 2 in Aortic Aneurysms. Circulation. 120:983-991, 2009

144. Liu Y, Wen H, **Gorman RC**, Pilla JJ, Gorman III JH, Buckberg GD, Teague SD, Kassab GS. Reconstruction of Myocardial Tissue Motion and Strain Fields from Displacement-Encoded MR Imaging. American Journal of Physiology. 297: H1151-H1162, 2009

145. Dixon JA, **Gorman RC**, Stroud RE, Bouges S, Hirotsugu H, Gorman III JH, Martens TP, Itescu S, Schuster MD, Plappert T, John-Sutton MG, Spinale FG. Mesenchymal Cell Transplantation and Myocardial Remodeling Following Myocardial Infarction. Circulation 120:S220–S229, 2009

146. Padala M, Hutchison RA, Croft LR, Jimenez JH, **Gorman RC**, Gorman III JH, Sacks MS, Yoganathan AP. Saddle Shape of the Mitral Annulus Reduces Systolic Strain on the P2 Segment of the Posterior Mitral Leaflet. Annals of Thoracic Surgery. 88:1499-1505, 2009

147. Mahmood F, Subramanian B, Gorman III JH, **Gorman RC**, Levine RA, Maslow A, Panzica PJ, Hagberg RM, Karthik S, Khabbaz KR. Three-Dimensional Echocardiographic Assessment of Changes in Mitral Valve Geometry after Valve Repair. Annals of Thoracic Surgery 88:1838–1844, 2009

148. Xu C, Pilla JJ, Blom AS, Isaac G, Gorman III JH, **Gorman RC**, Dougherty L. Myocardial Deformation Analysis of 3D Tagged Cardiac Images Using an Optical Flow Method. Journal of Cardiovascular Magnetic Resonance 12:19, 2010

149. Matsubara M, Ranji M, Leshnower BG, Noma M, Ratcliffe SJ, Chance B, **Gorman RC**, Gorman III JH. In Vivo Fluorometric Assessment of Cyclosporine on Mitochondrial Function during Myocardial Ischemia and Reperfusion. Annals of Thoracic 89:1532-1537, 2010

150. Bouma W, Noma M, Kanemoto S, Matsubara M, Leshnower BG, Hinmon R, Gorman III JH, **Gorman RC**. Sex-Related Resistance to Myocardial Ischemia-Reperfusion Injury is Associated with High Constitutive ARC Expression. American Journal of Physiology 298: H1510-H1517, 2010

151. Herdrich BJ, **Gorman RC**. Progenitor Cells for the Treatment of Acute Myocardial Infarction. Advances in Wound Care 1: 519-525, 2010

152. Ifkovits JL, Tous E, Minakawa M, Morita M, Robb JD, Koomalsingh KJ, Gorman III JH, **Gorman RC**, Burdick JA. Injectable Hydrogel Properties Influence Extent of Post-Infarction Left Ventricular Remodeling in an Ovine Model. Proceedings of the National Academy of Science 107: 11507-11512, 2010

153. Matsuzaki K, Morita M, Hamamoto H, Noma M, Robb JD, Gillespie MJ, Gorman III JH, **Gorman RC**. Annuloplasty for Ischemic Mitral Regurgitation does not Influence Long-Term Ventricular Remodeling. Annals of Thoracic 90:788-795, 2010

154. Mahmood F, Gorman III JH, Subramanian B, **Gorman RC**, Panzica PJ, Hagberg RM, Lerner AB, Maslow A, Khabbaz KR. Changes in Mitral Valve Annular Geometry After Repair Saddle Shaped vs. Flat Annuloplasty Rings. Annals of Thoracic Surgery 90:1212-1220, 2010

155. Witschey WR, Pilla JJ, Ferrari G, Koomalsingh KJ, Harris M, Hinmon R, Zsido GA, Gorman III JH, **Gorman RC**, Reddy R. Rotating Frame Spin Lattice Relaxation In a Swine Model of Chronic Left Ventricular Myocardial Infarction. Magnetic Resonance in Medicine 64: 1454-1461, 2010

156. Herdrich BJ, Noma M, Danzer E, Davey MG, Lind RC, Plappert T, Radu A, Gorman III JH, **Gorman RC**, Liechty KW. Regenerative Healing Following Fetal Myocardial Infarction. European Journal of Cardiothoracic Surgery 38: 691-698, 2010

157. Xu C, Brinster CJ, Jassar AS, Vergnat M, Eperjesi TJ, **Gorman RC**, Gorman III JH, Jackson BM. A Novel Approach to in Vivo Mitral Valve Stress Analysis. American Journal of Physiology American Journal of Physiology 299: H1790-H1794, 2010

158. Matsubara M, Kanemoto S, Leshnower BG, Albone EF, Hinmon R, Plappert T, Gorman III JH, **Gorman RC**. Single Dose GLP-1-Tf Ameliorates Myocardial Ischemia/Reperfusion Injury. Journal of Surgical Research 165:38-45, 2011

159. Vergnat M, Jassar AS, Jackson BM, Ryan LP, Eperjesi TJ, Pouch AM, Weiss SJ, Cheung AT, Acker MA, Gorman III JH, **Gorman RC**. Ischemic Mitral Regurgitation: A Quantitative Three-Dimensional Echocardiographic Analysis. Annals of Thoracic Surgery 91:157-164, 2011

160. Jassar AS, Brinster CR, Vergnat V, Robb JD, Eperjesi TJ, Pouch AM, Weiss SJ, Cheung AT, Acker MA, Gorman III JH, **Gorman RC**, Jackson BM. Quantitative Mitral Valve Modeling using Real-Time 3D-Echocardiography –Technique and Repeatability. Annals of Thoracic Surgery 91:165-171, 2011

161. Jackson BJ, **Gorman RC**. Invited Commentary on Three-Dimensional Echocardiography for the Preoperative Assessment of Patients with Left Ventricular Aneurysm. Annals of Thoracic Surgery 91:113–22, 2011

162. Nathan DP, Xu C, Gorman III JH, Fairman RM, Bavaria JE, **Gorman RC**, Chandran KB Jackson BM. Pathogenesis of Acute Aortic Dissection: A Finite Element Stress Analysis. Annals of Thoracic 91:458-464, 2011

163. **Gorman RC**, Jackson BM, Burdick JA, Gorman III JH. Infarct Restraint to Limit Adverse Ventricular Remodeling. Journal of Cardiovascular Translational Research 4:73–81, 2011

164. Jermihov PN, Lu J, Sacks MS, **Gorman RC**, Gorman III JH, Chandran KB. Effect of Geometry on the Leaflet Stresses in Simulated Models of Congenital Bicuspid Aortic Valves. Cardiovascular Engineering and Technology 2: 48-56, 2011

165. Robb JD, Harris MA, Minakawa M, Rodriguez E, Koomalsingh KJ, Shuto T, Jassar AS, Allukian M, Shin D, Dori Y, Glatz AC, Rome JJ, **Gorman RC**, Gorman III JH, Gillespie MJ. Bilateral Branch Pulmonary Artery Melody® Valve Implantation Reduces Pulmonary Regurgitation in an Ovine Model of Postoperative Tetralogy of Fallot. Circulation: Cardiovascular Interventions 4: 80-87, 2011

166. Ekhterae D, Hinmon R, Matsuzaki K, Noma Mio, Zhu W, Xiao RP, **Gorman RC**, Gorman III JH. Infarction Induced Myocardial Apoptosis and ARC Activation. Journal of Surgical Research 166: 59-67, 2011

167. **Gorman RC**, Gillespie MJ, Gorman III JH. Percutaneous Repair or Surgery for Mitral Regurgitation. New England Journal of Medicine 365:189, 2011

168. Morita M, Eckert CE, Matsuzaki K, Noma Mio, Ryan LP, Burdick JA, Jackson BM, Gorman III JH, Sacks MS, **Gorman RC**. Modification of Infarct Material Properties Limits Adverse Ventricular Remodeling. Annals of Thoracic Surgery 92:617-625, 2011

169. Vergnat M, Jackson BM, Cheung AT, Weiss SJ, Ratcliffe SJ, Gillespie MJ, Woo YJ, Bavaria JE, Acker MA, **Gorman RC**, Gorman III JH. Saddle-Shape Annuloplasty Increases Mitral Leaflet Coaptation after Repair for Flail Posterior Leaflet. Annals of Thoracic Surgery 92:797– 804, 2011

170. Connolly JM, Bakay MA, Alferiev IS, **Gorman RC**, Gorman III JH, Kruth HS, Ashworth PE, Kutty JK, Schoen FJ, Bianco RW, Levy RJ. Triglycidylamine Cross-linking Combined with Ethanol Inhibits Bioprosthetic Heart Valve Calcification. Annals of Thoracic Surgery 92: 858–865, 2011

171. Wenk JF, Eslami P, Zhang Z, Xu C, Gorman III JH, Robb JD, Ratcliffe MB, **Gorman RC**, Guccione JM. A Novel Method for Quantifying the In-Vivo Mechanical Effect of Material Injected into a Myocardial Infarction. Annals of Thoracic Surgery 92:935-941, 2011

172. **Gorman RC**, Gorman III JH. A Clinical Commentary: Injectable Acellular Hydrogels for Cardiac Repair. Journal of Translational Cardiovascular Research 4:543-544, 2011

173. Dixon JA, **Gorman RC**, Stroud RE, Meyer EC, Baker NL, Morita M, Hamamoto H, Ryan LP, Gorman III JH, Spinale FG. Targeted Regional Injection of Biocomposite Microspheres Alters Post Myocardial Infarction Remodeling and Matrix Proteolytic Pathways. Circulation 124:S35-S45, 2011

174. Nathan DP , Xu C, Plappert T, Desjardins B, Gorman III JH, Bavaria JE, **Gorman RC**, Chandran KB, Jackson BM. Increased Ascending Aortic Wall Stress in Patients with Bicuspid Aortic Valves. Annals of Thoracic Surgery 92:1384-1390, 2011

175. Nathan DP, Xu Chun, Pouch AM, Chandran KB, Desjardins B, Gorman III JH, Fairman RM, **Gorman RC**, Jackson BM. Increased Wall Stress of Saccular versus Fusiform Aneurysms of the Descending Thoracic Aorta. Annals of Vascular Surgery 25: 1129-1137, 2011

176. Robb JD, Minakawa M, Koomalsingh KJ, Shuto T, Jassar AS, Jackson BM, Ratcliffe SJ, **Gorman RC**, Gorman III JH. Posterior Leaflet Augmentation Improves Leaflet Tethering in Repair of Ischemic Mitral Regurgitation. European Journal of Cardiothoracic Surgery 40: 1501-1507, 2011

177. Tous E, Ifkovits JL, Koomalsingh KJ, Shuto T, Kondo N, Gorman III JH, **Gorman RC**, Burdick JA. Injectable Hyaluronic Acid Hydrogel Degradation Behavior on Infarction Induced Ventricular Remodeling. Biomacromolecules 12:4127-4135, 2011

178. Shuto T, Kondo N, Dori Y, Koomalsingh KJ, Glatz AC, Rome JJ, Gorman III JH, **Gorman RC**, Gillespie MJ. Percutaneous Transvenous Melody® Valve-in-Ring Procedure for Mitral Valve Replacement. Journal of the American College of Cardiology 58: 2475-2480, 2011

179. Jones JA, Stroud RE, O'Quinn EC, Black LE, Barth JL, Elefteriades JA, Bavaria JE, Gorman III JH, Gorman RC, Spinale FG, Ikonomidis JS. Selective Micro-rna Suppression in Human Thoracic Aneurysms: Relationship of mir-29a to Aortic Size and Proteolytic Induction. Circulation: Cardiovascular Genetics 4:605-613, 2011

180. Atluri P, **Gorman RC**, Gorman III JH, Acker MA.  Ischemic Mitral Regurgitation.  In: Cardiac Surgery in the Adult. Cohn LH (ed): McGraw-Hill, New York, pp. 629-646, 2012

181. Ikonomidis JS, Ruddy JM, Benton SM, Arroyo J, Brinsa TA, Stroud RE, Zeeshan A, Bavaria JE, Gorman III JH, **Gorman RC**, Spinale FG, Jones JA. Aortic Dilatation With Bicuspid Aortic Valves: Cusp Fusion Correlates to Matrix Metalloproteinases and Inhibitors Annals of Thoracic Surgery 93:457-464, 2012

182. Jassar AS, Bavaria JE, Szeto WY, Moeller PJ, Maniaci J, Milewski RK, Gorman III JH, Desai ND, **Gorman RC**, Pochettino A. Graft Selection for Aortic Root Replacement in Complex Active Endocarditis: Does It Matter? Annals of Thoracic Surgery 93:480-487, 2012

183. Pouch AM, Xu C, Yushkevich PA, Jassar AS, Vergnat M, Gorman III JH, **Gorman RC**, Sehgal CM, Jackson BM. Semi-Automated Mitral Valve Morphometry and Computational Stress Analysis Using 3D Ultrasound. Journal of Biomechanics  45:903-907, 2012

184. Pouch AM, Yushkevich PA, Jackson BM, Jassar AS, Vergnat M, Gorman III JH, **Gorman RC**, Sehgal CM. Development of a Semi-Automated Method for Mitral Valve Modeling with Medial Axis Representation Using 3D Ultrasound. Medical Physics 39:933-950, 2012

185. Kondo N, Shuto T, McGarvey JR, Koomalsingh KJ, Takebe M, **Gorman RC**, Gorman III JH, Gillespie MJ. Transvenous Melody® Valve-In-Ring Procedure for Mitral Valve Replacement: Feasibility in Four Distinct Annuloplasty Rings. Annals of Thoracic Surgery 93:783-788, 2012

186. Gorman III JH, **Gorman RC**. Impact of Annuloplasty Device Aggressiveness on Leaflet Coaptation (Reply). Annals of Thoracic Surgery 93:1021, 2012

187. Sainger R, Grau JB, Branchetti E, Poggio P, Seefried WF, Field BC, Acker MA, **Gorman RC**, Gorman III JH, Hargrove III CW, Bavaria JE, Ferrari G. Human Myxomatous Mitral Valve Prolapse: Role of Bone Morphogenetic Protein 4 in Valvular Interstitial Cell Activation. Journal of Cellular Physiology 227: 2595-2604, 2012

188. Sainger R, Grau JB, Poggio P, Branchetti E, Bavaria JE, **Gorman RC**, Gorman III JH, Ferrari G. Dephosphorylation of Circulating Human Osteopontin Correlates with Severe Valvular Calcification in Patients with Calcific Aortic Valve Disease. Biomarkers 17:111-118, 2012

189. Robb JD, Harris MA, Minakawa M, Rodríguez E, Koomalsingh KJ, Shuto T, Dori Y, **Gorman RC**, Gorman III JH, Gillespie MJ. An Ovine Model of Pulmonary Insufficiency and Right Ventricular Outflow Tract Dilatation. Journal of Heart Valve Disease 21:247-252, 2012

190. Pouch AM, Yushkevich PA, Jackson BM, Gorman III JH, Gorman III JH , **Gorman RC**, Sehgal CM. Dynamic Shape Modeling of the Mitral Valve from Real-Time 3D Ultrasound Images Using Continuous Medial Representation. Progress in Biomedical Optics and Imaging (Proceedings of SPIE) 8320: 8320091-8320098, 2012

191. Xu C, Jassar AS, Nathan DP, Eperjesi TJ, Brinster CJ, Vergnat M, **Gorman RC**, Gorman III JH, Jackson BM. Augmented Mitral Valve Leaflet Area Decreases Leaflet Stress: A Finite Element Simulation. Annals of Thoracic Surgery 93: 1141-1145, 2012

192. Wenk JF, Klepach D, Lee LC, Zhang Z, Ge L, Tseng E, Martin A, Kozerke S, Gorman III JH, **Gorman RC**, Guccione JM. First Evidence of Depressed Contractility in the Borderzone of a Human Myocardial Infarction. Annals of Thoracic Surgery 93: 1188-1193, 2012

193. Siefert AW, Jimenez JH, West DS, Koomalsingh KJ, **Gorman RC**, Gorman III JH, Yoganathan AP. In-Vivo Transducer to Measure Dynamic Mitral Annular Forces. Journal of Biomechanics 45: 1514-1516, 2012

194. Kloner RA, Hale S, Dai W, **Gorman RC**, Shuto T, Koomalsingh KJ, Sloan RC, Fraiser CR, Watson CR, Bostian PA, Kypson AP Brown DA. Reduction of Ischemia/Reperfusion Injury with Bendavia, a Mitochondrial-Targeting Cytoprotective Peptide. Journal of the American Heart Association 1:e001644, 2012

195. Siefert AW, Jimenez JH, Koomalsingh KJ, West DJ, Aguel F, Shuto T, **Gorman RC**, Gorman III JH, Yoganathan AP. Dynamic Assessment of Mitral Annular Force Profile in an Ovine Model. Annals of Thoracic Surgery 94:59-65, 2012

34

196. Tous E, Weber HM, Lee LH, Koomalsingh KJ, Takashi S, Kondo N, Gorman III JH, Lee D, **Gorman RC**, Burdick JA. Tunable Hydrogel-Microsphere Composites that Modulate Local Inflammation and Collagen Bulking. Acta Biomaterialia 8:3218-3227, 2012

197. Vergnat M, Levack MM, Jassar AS, Jackson BM, Acker MA, Woo YJ, **Gorman RC**, Gorman III JH. The Influence of Saddle-Shaped Annuloplasty on Leaflet Curvature in Patients with Ischemic Mitral Regurgitation. European Journal of Cardiothoracic Surgery 42:493-499, 2012

198. Witschey WRT, Zsido GA, Koomalsingh KJ, Kondo N, Minakawa M, Shuto T, McGarvey JR, Levack MM, Contijoch F, Pilla JJ, Gorman III JH, **Gorman RC**. In Vivo Chronic Myocardial Infarction Characterization by Spin Locked Cardiovascular Magnetic Resonance. Journal of Cardiovascular Magnetic Resonance 14:37, 2012

199. Amini R, Eckert CE, Koomalsingh KJ, Minakawa M, Gorman III JH, **Gorman RC**, Sacks MS. On the In-Vivo Deformation of the Mitral Valve Anterior Leaflet: Effects of Annular Geometry and Referential Configuration. Annals of Biomedical Engineering 40: 1455-1467, 2012

200. Levack MM, Jassar AR, Shang EK, Vergnat M, Woo YJ, Acker MA, Jackson BM, Gorman III JH, **Gorman RC**. 3D-Echocardiographic Analysis of Mitral Annular Dynamics: Implication for Annuloplasty Selection. Circulation 126:S183-S188, 2012

201. Jassar AS, Minakawa M, Shuto T, Robb JD, Koomalsingh KJ, Levack MM, Vergnat M, Eperjesi TJ, Jackson BM, Gorman III JH, **Gorman RC**. Posterior Leaflet Augmentation in Ischemic Mitral Regurgitation Increases Leaflet Coaptation and Mobility. Annals of Thoracic Surgery Annals of Thoracic Surgery 94:1438-1445, 2012

202. Mahmood F, Warraich HJ, Gorman III JH, **Gorman RC**, Chen TH, Panzica P, Maslow A, Khabbaz K. Changes in Mitral Annular Geometry after Aortic Valve Replacement: A Three-Dimensional Transesophageal Echocardiographic Study. Journal of Heart Valve Disease 21:696-701, 2012

203. Levack MM, Vergnat M, Cheung AT, Acker MA, **Gorman RC**, Gorman III JH. Annuloplasty Ring Dehiscence in Ischemic Mitral Regurgitation. Annals of Thoracic Surgery 94:2132, 2012

January 2013

## In Press

204. Koomalsingh KJ, Witschey WRT, McGarvey JR, Shuto T, Kondo N, Xu C, Jackson BM, Gorman III JH, **Gorman RC**, Pilla JJ. Optimized Local Infarct Restraint Improves Left Ventricular Function and Limits Remodeling. Annals of Thoracic Surgery (In Press)

205. Khabbaz KR, Mahmood F, Shakil O, Warraich HJ, Gorman III JH, **Gorman RC**, Matyal R, Panzica P, Hess PE. Real-Time Three-Dimensional Echocardiographic Dynamic Analysis of Mitral Valve Annular Geometry. Annals of Thoracic Surgery (In Press)

206. Siefert AW, Jimenez JH, Koomalsingh KJ, Aguel F, Shuto T, Snow TK, **Gorman RC**, Gorman III JH, Yoganathan AJ. Contractile Mitral Annular Forces Are Reduced with Ischemic Mitral Regurgitation. Journal of Thoracic and Cardiovascular Surgery. (In Press)

207. Shang EK, Nathan DP, Sprinkle SR, Vigmostad SC, Fairman RM, Bavaria JE, **Gorman RC**, Gorman III JH, Chandran KB, Jackson BM. Peak Wall Stress Predicts Expansion Rate in Descending Thoracic Aortic Aneurysms. Annals of Thoracic Surgery (In Press)

208. Goldstone AB, Atluri P, Szeto WY, Trubelja A, Howard JL, MacArthur JW, Newcomb C, Donnelly JP, Kobrin DM, Sheridan MA, Powers C, **Gorman RC**, Gorman III JH, Pochettino A Bavaria JB Acker MA, Hargrove III WC, Woo YJ. Minimally Invasive Approach Provides at Least Equivalent Results for Surgical Correction of Mitral Regurgitation: A Propensity Matched Comparison. Journal of Thoracic and Cardiovascular Surgery (in Press)

209. Sainger R, Grau JB, Branchetti E, Poggio P, Lai E, Koka E, Vernick WJ, **Gorman RC**, Bavaria JB, Ferrari G. Comparison of Transesophageal Echocardiographic Analysis and Circulating Biomarker Expression Profile in Calcific Aortic Valve Disease. Journal of Heart Valve Disease (in Press)

210. Vergnat M, Levack MM, Jackson BM, Bavaria JE, Hermann HC, Cheung AT, Weiss SJ, Gorman JH III, **Gorman RC**. The Effect of Surgical and Transcatheter Aortic Valve Replacement on Mitral Annular Anatomy. Annals of Thoracic Surgery (In Press)

211. Levack MM, Bavaria JB, **Gorman RC**, Gorman III JH, Ryan LP. Rapid Aortic Arch Debranching Using the Gore Hybrid Vascular Graft. Annals of Thoracic Surgery (In Press)

212. Siefert AW, Rabbah, JP, Koomalsingh KJ, Touchton Jr. SA, Neelakantan S, McGarvey JR, Gorman RC, Gorman III JH, Yoganathan AP. In-Vitro Mitral Valve Simulator Mimics Systolic Valvular Function of Chronic Ischemic Mitral Regurgitation Ovine Model. Annals of Thoracic Surgery (In Press)

213. Branchetti E, Sainger R, Poggio P, Grau JB, Jeffery PF, Bavaria JB, Horny C, Lai E, Gorman III JH, **Gorman RC**, Levy RJ, Ferrari G. Antioxidant Enzymes Reduce DNA Damage and Early Activation of Valvular Interstitial Cells in Aortic Valve Sclerosis. Arteriosclerosis, Thrombosis, and Vascular Biology (In Press)

January 2013

### Submitted

1. Haris M, Singh A, Cai K, Zsido GA, Kogan F, Witschey WRT, Koomalsingh KJ, Nanga RPR, McGarvey JR, Pilla JJ, Chirinos JA, Ferrari VA, Gorman III JH, Hariharan H, **Gorman RC**, Reddy R. A Novel Technique for In Vivo Mapping of Myocardial Creatine Kinase Metabolism. (Submitted)

2. Shang EK, Xu C, Nathan DP, Pouch AM, Levack MM, Barker CF, Fairman RM, **Gorman RC**, Gorman III JH, Vigmostad SC, Sehgal CA, Jackson BM. Wall Thickness and Material Properties Affect Carotid Arterial Wall Stress Prediction: Implications for Bioengineering Analysis of Arterial Structures (Submitted)

3. Jassar AS, Levack MM, Ferrari G, Cheung AT, Eperjesi TJ, Ferrari VA, St. John-Sutton, Gorman III JH, **Gorman RC**, Jackson BM. Feasibility of In Vivo Human Aortic Valve Modeling Using Real-Time 3D Echocardiography. (Submitted)

4. Levack MM, Jassar AS, Ryan LP, Keane MG, Sutton M ST. J, Eperjesi TJ, Bavaria JE, Gorman JH III, **Gorman RC**, Jackson BM. Quantitative Three-Dimensional Analysis of Bicuspid Aortic Valves: A Single Modality Approach for Characterization of Valvular and Proximal Aortic Pathology. (Submitted)

5. Pouch AM, Wang H, Yushkevich PA, Takabe M, Jackson BM, Gorman III JH, **Gorman RC**, Sehgal CM. Fully Automatic Segmentation of the Mitral Leaflets in 3D Transesophageal Echocardiographic Images Using Multi-Atlas Joint Label Fusion and Deformable Medial Modeling. (Submitted)

6. Burdick JA, Mauck RL, Gorman III JH, **Gorman RC**. Acellular Biomaterials to Induce Endogenous Tissue Repair. (Submitted)

7. Pouch AM, Wang H, Yushkevich PA, Takabe M, Jackson BM, Gorman III JH, **Gorman RC**, Sehgal CM. Fully Automatic Segmentation of The Open Mitral Leaflets in 3D Transesophageal Echocardiographic Images Using Multi-Atlas Label Fusion and Deformable Medial Modeling. (Submitted)

8. Allukian M, Xu J, Morris M, Caskey R, Dorsett-Martin W, Plappert T, Griswold M, Gorman III JH, **Gorman RC**, Liechty KW. Mammalian Cardiac Regeneration Following Fetal Myocardial Infarction Requires Cardiac Progenitor Cell Recruitment. (Submitted)

January 2013

## Abstracts

1. Brolin RE, **Gorman RC**, Milgrim LM.  Use of Nutrition Support in Patients with AIDS. American Society for Parenteral and Enteral Nutrition. January 1988, Las Vegas, NV

2. Brolin RE, Kenler HA, **Gorman RC**, Milgrim LM.  Multivitamin Prophylaxis in Prevention of Post Gastric Bypass Micronutrient Deficiencies. American Society for Bariatric Surgery. June 1988, Iowa City, IA

3. Brolin RW, **Gorman RC**, Milgrim LM.  Use of Nutrition Support in Patients with AIDS. Tenth World Congress of the Collegium Internationale Chirurgiae Digestive. August 1988, Copenhagen Denmark.

4. Brolin RE, Kenler HA, **Gorman RC**, Milgrim LM.  Multivitamin Prophylaxis in Prevention of Post Gastric Bypass Micronutrient Deficiencies. Tenth World Congress of the Collegium Internationale Chirurgiae Digestive. August 1988, Copenhagen Denmark.

5. Paterson IS, Goldman G, Klausner JM, **Gorman RC**, Kobzik L, Shepro D, Hechtman HB. Lung Permeability After Remote Tissue Ischemia Involves Endothelial Cell Cytoskeletal Disruption.  Federation of Applied Science and Experimental Biology. March 1989, New Orleans, LA

6. Brolin RE, **Gorman RC**, Milgrim LM, George S, Abbott JM.  Use of Nutrition Support in Patients with AIDS.  A Four-Year Review.  American Society for Parenteral and Enteral Nutrition. January 1990, San Antonio, TX.

7. **Gorman RC**, Morris JB, Metz CA, Mullen JL.  The Button Jejunostomy for Long Term Enteral Feeding Access.  The Results of a Randomized Prospective Trial.  American College of Surgeons. October 1992, New Orleans, LA.

8. **Gorman RC**, McCaughan JS, Ratcliffe MB, Gupta KB, Streicher JT Ferrari V, St John Sutton MG, Bogen DK, Edmunds Jr LH. Pathogenesis of Acute Ischemic Mitral Regurgitation in Three Dimensions. American Association of Thoracic Surgery. April 1994, New York, NY

9. **Gorman RC**, McCaughan JS, Ratcliffe MB, Gupta KB, Guy TS, Edmunds Jr LH. A Three-dimensional Analysis of Papillary Muscle Spatial Relationships in Acute Post Infarction Mitral Insufficiency. Pennsylvania Thoracic Surgery Society. September 1994, Sarasota, FL

10. **Gorman RC**, McCaughan JS, Ratcliffe MB, Gupta KB, Guy TS, Edmunds Jr LH. A Three-dimensional Analysis of Papillary Muscle Spatial Relationships in Acute Post Infarction Mitral Insufficiency.  American College of Surgeons. October 1994,Chicago, IL

11. **Gorman RC**, Ziats NP, Rao AK, Gikakis NS, Sun L, Khan MM, Stenach N, Sapatnekar S, Chouhan Z, Gorman III JH, Niewiarowski S, Colman RW, Anderson, JM, Edmunds Jr LH. Surface-bound Heparin Fails to Reduce Thrombin Formation during Clinical Cardiopulmonary Bypass. American Association of Thoracic Surgery. April 1995, Boston, MA

38

January 2013

12. Gorman JH, **Gorman RC**. Pathogenesis of Ischemic Mitral Regurgitation. The International Surgical Group. October 1995, Philadelphia, PA

13. **Gorman RC**, Gorman III JH, Morris JB, Jackson BM, Rosato EF. Successful Surgical Treatment of Infected Pancreatic Necrosis. Society for Surgery of the Alimentary Tract. May 1996, San Francisco, CA.

14. Gorman III JH, **Gorman RC,** Jackson BM, Hiramatsu Y, Gikakis NS, Kelley ST, Edmunds Jr LH. Three-dimensional Annular Changes in Acute Ischemic Mitral Regurgitation. American College of Surgeons. October 1996. New Orleans, LA

15. Gorman III JH, **Gorman RC**, Jackson BM, Hiramatsu Y, Gikakis NS, Kelley ST, Edmunds Jr LH. Anterior and Posterior Papillary Muscle Discoordination, Not Annular Dilatation, Causes Acute Mitral Regurgitation after Posterior Infarction. American Heart Association. November 1996, New Orleans, LA

16. Jackson BM, Gorman III JH, **Gorman RC**, Hiramatsu Y, Gikakis NS, Kelley ST, Edmunds Jr LH. Three-dimensional Dynamics of the Papillary Muscle-Annular Relationship in Acute Ischemic Mitral Regurgitation. Association for Academic Surgery. November 1996, Chicago, IL

17. Gorman III JH, **Gorman RC**, Jackson BM, Hiramatsu Y, Gikakis NS, Kelley ST, Edmunds Jr LH. Distortions of the Mitral Valve in Acute Ischemic Mitral Regurgitation. The Society of Thoracic Surgeons. February 1997, San Diego, CA

18. Brolin RE, Gorman III JH, **Gorman RC**, Petschenik AJ, Bradley LJ, Kenler HA, Cody RP. Are Vitamin B-12 and Folate Deficiency Important After Roux-en-Y Gastric Bypass? Society for Surgery of the Alimentary Tract. May 1997.

19. Gorman III JH, **Gorman RC**, Jackson BM, Kelley ST, Gikakis NS, Plappert T, Llaneras MR, St John Sutton MG, Edmunds Jr LH. Relationship of Infarct Size and Location to Ischemic Mitral Regurgitation. The First International Congress on Coronary Heart Disease. September 1997. Prague Czech Republic

20. Kelley ST, Malekan R, Jackson BM, Gorman III JH, **Gorman RC**, Suzuki Y, Plappert T, Bogan DK, St John Sutton MG, Edmunds Jr., L.H. Material Properties of Completed Infarctions Affect Left Ventricular Remodeling and Function. The First International Congress on Coronary Artery Disease. September 1997,  Prague Czech Republic

21. Gorman III JH, **Gorman RC**, Jackson BM, Kelley ST, Gikakis NS, Edmunds Jr LH. The Effect of Inotropic State on the Size of the Mitral Valve Annulus. American College of Surgeons, Surgical Forum. October 1997, Chicago, IL

22. Gorman III JH, **Gorman RC**, Jackson BM, Kelley ST, Gikakis NS, Plappert T, St John Sutton MG, Edmunds Jr LH. Pathologic Geometry of Chronic Mitral Regurgitation after Posterior Infarction. American Heart Associations. November 1997,Orlando, FL

January 2013

23. Gorman III JH, **Gorman RC**, Jackson BM, Plappert T, Hiramatsu Y, Kelley ST, Gikakis NS, St John Sutton MG, Edmunds Jr LH.  Infarct Size and Location Determine the Development of Ischemic Mitral Regurgitation.  American Heart Association. November 1997,Orlando, FL

24. Kelley ST, Malekan R, Jackson BM, Gorman III JH, Plappert T, **Gorman RC**, St John Sutton MG, Edmunds Jr LH.  Stiffening Acute Myocardial Infarction Prevents Left Ventricular Aneurysm Formation and Preserves Stroke Work.  American Heart Association. November 1997, Orlando, FL

25. Gorman III JH, Kelley ST, Jackson BM, Malekan R, **Gorman RC**, Suzuki Y, Edmunds Jr LH.  Paradoxical Increase in Left Ventricular End Systolic Elastance after Acute Myocardial Infarction. Experimental Biology. April 1998., San Francisco, CA

26. Kelley ST, Gorman III JH, Jackson BM, Malekan R, **Gorman RC**, Suzuki Y, Edmunds Jr LH.  Measurement of Left Ventricular End Systolic Elastance by Partial and Complete Ascending Aortic Balloon Occlusion. Experimental Biology. April 1998, San Francisco, CA

27. Jackson BM, Gorman III JH, **Gorman RC**, Kelley ST, Edmunds Jr LH. Recruitment of the Non-Infarcted Borderzone Leads to Aneurysm Formation after Anteroapical Infarction. American College of Surgeons. Surgical Forum, October 1999, San Francisco, CA

28. Jackson BM, Gorman III JH, **Gorman RC**, Salgo IS, Edmunds Jr LH, St John Sutton MG.  Animation of Mechanical Complications in Experimental Ischemic Heart Disease. A New Technique for 3-D Cardiac Imaging. American College of Cardiology. March 2000, Anaheim, CA

29. Salgo IS, Gorman III JH, **Gorman RC**, Jackson BM, Bowen FW, Plappert T, Edmunds Jr LH, St John Sutton MG. Quantitative Echocardiographic Assessment of Border Zone Distribution in an Acute Infarct Model. American College of Cardiology. March 2000, Anaheim, CA

30. Pochettino A, **Gorman RC**, Stecker M, Weiss S, Bavaria J.  Acute Type A Dissection. Improved Results with Neurocerebral Monitoring.  Aortic Surgery Symposium VII. April 2000, New York, NY

31. Salgo IS, Gorman III JH, Jackson BM, **Gorman RC**, St John Sutton MG.  Automated Analysis of Myocardial Infarct Size by Contrast Echocardiography. The Effect of Myocardial Sample Size vs. Fourier Smoothing.  American Society of Anesthesia. September 2000

32. Bowen FW, Narula N, Hattori T, Plappert T, Khan M, Jackson BM, Gorman III JH, **Gorman RC**, St John Sutton M, Edmunds Jr LH. Late Infarct Reperfusion Attenuates Ventricular Dilatation by Affecting Collagen Remodeling in the Infarct Zone.  American College of Surgeons. October 2000, Chicago, IL

33. Jackson BM, Rosales A, Gorman III JH, Bowen FW, Plappert TM, Guy TS, Edmunds Jr LH, **Gorman RC**.  Increased Wall Stress Due to Altered Borderzone Geometry. A Mechanism of LV Remodeling.  American Heart Association. November 2000, New Orleans, IL

January 2013

34. Pilla JJ, Brockman DJ, Bowen FW, Plappert TA, St. John Sutton M, Gorman JH, **Gorman RC**, Edmunds LH, Acker MA. Passive ventricular constraint preserves left ventricular function in an ovine model of acute myocardial infarction.  Pennsylvania Association for Thoracic Surgery. October 2000, Bermuda

35. Jackson BM, Gorman III JH, Bowen FW, Kelley ST, Guy TS, Edmunds Jr LH, **Gorman RC**.  Progressive Borderzone Expansion leads to Heart Failure after Anteroapical Myocardial Infarction.  American Heart Association. November 2000, New Orleans, LA

36. Salgo IS, Gorman III JH, **Gorman RC**, Jackson BM, Bowen FW, Plappert T, Edmunds Jr LH, St John Sutton MG. Structural Implications of Mitral Annular Geometry and the Saddle Shape. A Finite Element Analysis.  American Heart Association. November 2000, New Orleans, LA

37. Jackson BM, Gorman III JH, **Gorman RC**, Guy TS, Edmunds Jr LH.  Progressive Borderzone Expansion Leads to Heart Failure after Anterior-Apical Myocardial infarction.  International Meeting of the Onassis Cardiac Surgery Center. December 2000, Athens Greece

38. **Gorman RC**, Jackson BM, Gorman III JH, Bowen FW, Plappert TM, Guy TS, Edmunds Jr LH.  Early Post-Infarction Mitral Regurgitation Requires Prompt Surgical Repair to Attenuate Ventricular Remodeling and Heart Failure.  American College of Cardiology. March 2001,Orlando, FL

39. Gorman III JH, Jackson BM, **Gorman RC**, Guy TS, Edmunds Jr LH.  The Effect of Inotropic State on the Size of the Mitral Valve Annulus.  American College of Cardiology. March 2001, Orlando, FL

40. Jackson BM, Gorman III JH, Bowen FW, Guy TS, Kelley ST, Edmunds Jr LH, **Gorman RC**.  Sonomicrometry Myocardial Tagging Quantifies Regional Remodeling After Anteroapical Infarction.  American College of Cardiology. March 2001, Orlando, FL

41. Bavaria J, Pochettino A, **Gorman RC**, Brinster D, Gardner TJ.  New Paradigms and Improved Results for the Surgical Treatment of Acute Type A Dissection.  American Surgical Association. April 2001,Manchester, MA

42. Stewart AS, O'Hara ML, Pochettino A, Rosengard BR, **Gorman RC**, Vahedi M, Carboni A, DeNofrio D, Kao A, Goldberg L, Jessup M, Brozena S, Blumberg E, Loh E, Acker MA.  Transplantation. A Definitive Treatment for Assist Device Infection.  International Society of Heart and Lung Transplantation. April 2001, Osaka Japan

43. Bavaria J, Pochettino A, Brinster D, **Gorman RC**, Wozniak T, Gardner TJ, Fehrenbacher J.  Prospective Randomized Study of Bioglue Tissue Adhesive During Repair of Acute Type A Aortic Dissection.  American Association of Thoracic Surgeons. May 2001, San Diego, CA

41

January 2013

44. Guy TS, Moainie SL, Gorman III JH, Hillyer P, Plappert T, St John Sutton M, Edmunds Jr LH, **Gorman RC**. Prevention of Mitral Regurgitation Does Not Affect Left Ventricular Remodeling in an Ovine Model of Chronic Ischemic Mitral Regurgitation. Pennsylvania Society of Thoracic Surgery. September 2001, Pennsylvania, PA

45. Brinster DR, Pochettino A, Gorman RC, Gorman III JH, Escherich A, Bavaria JE. Carbomedics Composite Graft: Early and Intermediate Clinical Results of a New Mechanical Valved. Pennsylvania Society of Thoracic Surgery. September 2001, Pennsylvania, PA

46. Blom AS, Pilla JJ, Brockman DJ, Bowen F, Yuan Q, Giammarco J, Gorman III JH, **Gorman RC**, Acker MA. Ventricular Constraint Using the Acorn Cardiac Support Device (CSD) Limits Post-Infarction Expansion After Myocardial Infarction. Pennsylvania Society of Thoracic Surgery. September 2001, Pennsylvania, PA

47. Moainie SL, Guy TS, Narula J, Edmunds Jr LH, **Gorman RC**. Myocardial Apoptosis Correlates with Regional Dysfunction during Ventricular Remodeling Following Anteroapical Infarction. Pennsylvania Society of Thoracic Surgery. September 2001, Pennsylvania, PA

48. Pilla JJ, Blom AS, Brockman DJ, Bowen F, Yuan Q, Giammarco J, Gorman III JH, **Gorman RC**, Acker MA. Ventricular Constraint Using the Acorn Cardiac Support Device (CSD) Limits Infarct Expansion in an Ovine Model of Acute Myocardial Infarction. Heart Failure Society of America. September 2001, Washington, DC

49. Pilla JJ, Brockman DJ, Blom AS, Yuan Q, Gorman III JH, **Gorman RC**, Acker MA. Prevention of Dilatation Using the Acorn Cardiac Support Device (CSD) Results in Reversed Remodeling and Improvement of Function in a Model of Heart Failure Secondary to Myocardial Infarction. Heart Failure Society of America. September 2001, Washington, DC

50. Moainie SL, Guy TS, Jackson BM, Bowen FW, Narula J, Edmunds Jr LH, Gorman III JH, **Gorman RC**. Strain Induced Apoptosis of Borderzone Myocardium Leads to Heart Failure Following Antero-Apical Infarction. American College of Surgeons. October 2001, New Orleans, LA

51. Guy TS, Moainie SL, Jackson BM, Bowen FW, Plappert TJ, St John Sutton M, Edmunds Jr LH, Gorman III JH, **Gorman RC**. Prophylactic Mitral Annuloplasty Prevents Mitral Regurgitation But Not Heart Failure After Posterolateral Myocardial Infarction. American College of Surgeons. October 2001, New Orleans, LA

52. Moainie SL, Guy TS, Bowen F, Edmunds Jr LH, Gorman III JH, **Gorman RC**. Normally Perfused Borderzone Myocardial Dysfunction Leads to Heart Failure Following Antero-Apical Infarction. American Heart Association. November 2001, Anaheim, CA

53. Pilla JJ, Blom AS, Brockman DJ, Bowen F, Yuan Q, Giammarco J, Gorman III JH, **Gorman RC**, Acker MA. Ventricular Constraint Using the Acorn Cardiac Support Device (CSD) Limits Infarct Expansion. American Heart Association. November 2001, Anaheim, CA

42

54. Pilla JJ, Brockman DJ, Blom AS, Yuan Q, Gorman III JH, **Gorman RC**, Acker MA. Prevention of Dilatation Using the Acorn Cardiac Support Device (CSD) Results in Reversed Remodeling and Improvement of Function. American Heart Association. November 2001, Anaheim, CA

55. Moainie SL, Guy TS, Gorman III JH, Jackson BM, Plappert T, St. John Sutton M, Edmunds JR LH, **Gorman RC**. Infarct Restraint Attenuates Ischemic Mitral Regurgitation Following Posterolateral Infarction. Society of Thoracic Surgeons. January 2002, Fort Lauderdale, FL

56. Blom AS, Pilla JJ, Brockman DJ, Bowen F, Yuan Q, Giammarco J, Ferrari VA, Gorman III JH, **Gorman RC**, Acker MA. Mechanical Ventricular Constraint Post Infarction Promotes Recovery of Stunned Myocardium. International Society for Magnetic Resonance in Medicine, February 2002

57. Moainie SL, Guy TS, Gorman III JH, Plappert T, St. John Sutton M, Edmunds Jr LH, **Gorman RC**. Infarct Restraint Ameliorates Degree of Ischemic Mitral Regurgitation. Society of University Surgeons. February 2002, Honolulu, HI

58. Gorman III JH, Jackson BJ, Moainie SL, Guy TS, St. John-Sutton M, Edmunds Jr LH, **Gorman RC**. Loss of Annular Saddle Shape is Associated with Acute Ischemic Mitral Regurgitation. American College of Cardiology. March 2002, Atlanta, GA

59. Naimark W, Klugherz BD, Lepore JJ, Guy TS, Moainie SL, **Gorman RC**, Palasis M, Wilensky R. Adenovirus-Catheter Compatibility Determines Gene Expression Following Delivery to Porcine Myocardium. American College of Cardiology. March 2002, Atlanta GA

60. Bowen F, Moainie SL, Gorman III JH, Salgo I, Guy TS, St. John-Sutton M, Edmunds Jr LH, **Gorman RC**. Early Microvascular Reflow Status After Infarct Reperfusion Determines Outcome of Post-Infarction Remodeling Independent Myocardial Salvage. American College of Cardiology. March 2002, Atlanta GA

61. Moainie SL, Guy TS, Gorman III JH, St. John-Sutton M, **Gorman RC**. Immediate Post-Infarction Shape Changes Predict the Outcome of the Remodeling Process. American College of Cardiology. March 2002, Atlanta GA

62. Woo YJ, Brinster D, Pochettino A, **Gorman RC**, Gardner T, Bavaria JE. Convergent Operative Strategies for Aortic Root Reconstruction. Aortic Surgery Symposium VII. May 2002, New York, NY

63. Bavaria JE, Brinster D, Pochettino A, Woo YJ, Gorman RC, Gardner T. Evolving Options for Total Proximal Thoracic Aortic Replacement. Aortic Surgery Symposium VII. May 2002, New York, NY

64. Bavaria JE, Pochettino A, Brinster D, **Gorman RC**, Carpenter J, Fairman R. Stent II Early Experience with Medtronic "TALENT" Endovascular Thoracic Aortic Stent Graft: Results from Phase I Study. Aortic Surgery Symposium VII. May 2002, New York, NY

65. Bavaria JE, Pochettino A, **Gorman RC**, Brinster D, Gardner T.  New Paradigms and Improved Results for the Surgical Treatment of Acute Type A Dissection. Aortic Surgery Symposium VII. May 2002, New York, NY

66. Moainie SL, Gorman JH III, **Gorman RC**. Ring, Restraint or Wrap: Novel Approaches for Early Treatment of Chronic Ischemic Mitral Regurgitation. Heart Failure Society of America. September 2002. Boca Raton, FL

67. Bowen FW, Gorman JH III, **Gorman RC**.  Early Microvascular Reflow Following Infarct Reperfusion Improves Ventricular Remodeling Independent of Myocardial Salvage.  Heart Failure Society of America. September 2002, Boca Raton, FL

68. Morris RJ, Pochettino A, **Gorman RC**, O'Hara ML, Gardner TJ, Acker MA:  Transplant Center Referral for Emergent Mechanical Support in the Community: Single Center Experience.  Heart Failure Society of America. September 2002, Boca Raton, FL

69. Zeeshan A, Guy TS, Moainie SL, Gorman III JH, **Gorman RC**.  Efficacy of Biphasic versus Monophasic Defibrillation for Treatment of Ventricular Fibrillation during Open Heart Surgery in an Ovine Model.  Pennsylvania Association for Thoracic Surgery. October 2002, Miami, FL

70. Childers H, Pochettino A, Gleason TG, **Gorman RC**, Moser GW, Bavaria JE.  Bioglue with Acute Type A Aortic Dissection: Results From 80 Consecutive Repairs. Pennsylvania Association for Thoracic Surgery. October 2002, Sky Top, PA

71. Moainie SL, Gorman JH III, **Gorman RC**.  Ring, Restraint or Wrap: Novel Approaches for Early Treatment of Chronic Ischemic Mitral Regurgitation.  American College of Surgeons. October 2002,  San Francisco, CA

72. Moainie SL, Gorman JH III, Gorman RC.  Ring, Restraint or Wrap: Novel Approaches for Early Treatment of Chronic Ischemic Mitral Regurgitation.  American Heart Association. November 2002, Chicago, IL

73. Wilson EM, Moainie SL, Baskin JM, Lowry AS, Guy TS, St. John Sutton MG, Gorman III JH, Edmunds Jr LH, **Gorman RC**, Spinale FG.  Region and Species Specific Induction of Matrix Metalloproteinases Occurs with Post Myocardial Infarction Remodeling.  American Heart Association. November 2002, Chicago, IL

74. Moainie SL, Narula N, Narula J, St. John-Sutton MG, Edmunds LH, **Gorman RC**.  Molecular Mechanism of Ventricular Remodeling.  American College of Cardiology.  March 2003, Chicago, IL

75. Jackson BM, Gorman III JH, Enomoto Y, St. John-Sutton MG, Edmunds Jr LH, **Gorman RC**. Changes in Borderzone Curvature Herald Adverse Remodeling After Myocardial Infarction: A Contrast Echocardiographic Study.  American College of Cardiology. March 2003,Chicago, IL

76. Dang AC, Guccione JM, **Gorman RC**, Ratcliffe M.  Influence of Patch Material Stiffness on Stroke Volume with Surgical Anterior Ventricular Endocardial Restoration in Ischemic Cardiomyopathy: A Finite Element Model Study.  American College of Cardiology.  March 2003, Chicago, IL

77. **Gorman RC**, Jackson BM, Parish L, Gorman III, JH. Contrast 3-D Echocardiography and Postinfarction Ventricular Remodeling. European Association for Cardiothoracic Surgery. September 2003,Vienna, Austria

78. Bavaria JE, Pochettino A, Moser GW, **Gorman RC**, Carpenter JP, Fairman R. Endovascular Repair of Thoracic Aortic Aneurysm: Results from Phase I Study with Medtronic "TALENT" Stent Graft.  Pennsylvania Association for Thoracic Surgery Meeting, October 2003

79. Jackson BM, Gorman III JH, Enomoto Y, St. John-Sutton MG, Edmunds Jr LH, **Gorman RC**. Real Time 3D Echocardiography to Assess Mitral Leaflet Curvature in Man. American Heart Association. November 2003, Orlando, FL

80. Bavaria JE, Pochettino A, Moser GW, **Gorman RC**, Carpenter JP, Fairman R. Endovascular Repair of Thoracic Aortic Aneurysm: Results from Phase I Study with Medtronic "TALENT" Stent Graft. Southern Thoracic Surgical Association. November 2003, Atlanta, GA

81. Moainie SL, Enomoto Y, Gorman III JH, Jackson BM, Plappert, T St. John-Sutton, Zeeshan A, **Gorman RC**. Early Ventricular Restraint after Myocardial Infarction: The Extent of the Wrap Determines the Outcome of Remodeling Society of Thoracic Surgeons. January 2004, San Antonio, TX

82. Moainie SL, Enomoto Y, Gorman III JH, Jackson BM, Plappert, T St. John-Sutton, Zeeshan A, **Gorman RC**. Ischemic Mitral Regurgitation Does Not Influence Postinfarction Ventricular Remodeling. American College of Cardiology. March 2004, New Orleans, LA

83. Pilla JJ, Blom AS, Affuso J,  Ferrari VA, Gorman III, JH, **Gorman RC**, Acker MA. Early Mechanical Restraint Improves Border Zone Functioning During Infarction Induced Ventricular Remodeling, International Society of Heart and Lung Transplantation. April 2004, Las Vegas, NV

84. Moainie SL,  Enomoto Y, Gorman III JH, Guy TS, Jackson BM, Parish LM, Plappert T, Zeeshan A,  St. John-Sutton MG, **Gorman RC**. Surgical Treatment of Ischemic Mitral Regurgitation will not Influence Ventricular Remodeling. American Association of Thoracic Surgeons. May 2004,  Toronto, Canada

85. Clark JN, Palmatory E, Brittin R, Narula NR, Gorman III JH, **Gorman RC**, Levy RJ. SiRNA Inhibition of MMP9 Expression Inhibits TGF Beta 1-Induced Calcification of Aortic Valve Interstitial Cells. Engineering in Medicine and Biology Society (EMBC). September 2004

86. Kheradvar A, **Gorman RC**, Gorman III, JH, Zeeshan, A, Gharib, M Evaluation of Isovolumic Relaxation Phase in the Process of Ventricular Remodeling Following Myocardial Infarction. Engineering in Medicine and Biology Society (EMBC). September 2004

87. Kheradvar A, **Gorman RC**, Gorman III JH, Zeeshan A, Gharib M. Assessment of Variations in Isovolumic Relaxation Phase during Post MI Cardiac Remodeling, Biomedical Engineering Society Annual Fall Meeting. October 2004, Philadelphia, PA,

88. Parish L, Jackson B, Gorman III JH, Sakamoto H, Zeeshan A, **Gorman RC**. Alignment of Mitral Valve Images under Deformation Using Three Distance Metrics. Biomedical Engineering Society Annual Fall Meeting. October 2004, Philadelphia, PA

89. Jackson B, Parish L, Gorman III JH, Sakamoto H, Zeeshan A, **Gorman RC**. Real-time Three-dimensional Echocardiography in Ischemic Mitral Regurgitation. Biomedical Engineering Society Annual Fall Meeting. October 2004, Philadelphia, PA

90. Parish L, Jackson B, Gorman III JH, Sakamoto H, Zeeshan A, Gorman RC. Stress in a Finite Element Model of Left Ventricular Geometry after Myosplint Device Application. Biomedical Engineering Society Annual Fall Meeting. October 2004,Philadelphia, PA

91. Parish LM, Jackson BM, Gorman III JH, Gorman RC. The Law of LaPlace: A Dangerous Assumption When Designing Devices for Heart Failure? American College of Surgeons. October 2004, New Orleans, LA

92. Jackson BM, Parish LM, Sakamoto H, Zeeshan A, Plappert T, St. John-Sutton MG, Gorman III JH, **Gorman RC**. Undersized Mitral Annuloplasty for Ischemic Mitral Regurgitation does not "Reverse Remodel" the Left Ventricle. American Heart Association. November 2004, New Orleans, LA

93. Jackson BM, Parish LM, **Gorman RC**, Gorman III JH. Real-time three-dimensional Echocardiography in Ischemic Mitral Regurgitation. American Heart Association. November 2004, New Orleans, LA.

94. Sacks MS, Graybill J, Enomoto Y, Zeeshan A, Yoganathan AP, Levy RJ, **Gorman RC**, Gorman III JH. An in-vivo method for determining dynamic mitral valve leaflet strain. American Heart Association. November 2004, New Orleans, LA

95. Pilla JJ, Dougherty L, Song H, Blom AS, Affuso J, Gorman JH III, **Gorman RC**. Dynamic KWIC for High Temporal Resolution of Regional Myocardial Perfusion. International Society for Magnetic Resonance in Medicine. May 2005, Miami, FL

96. Pilla JJ, Blom AS, Affuso J, Gorman III JH, Acker MA, **Gorman RC**. Early Passive Ventricular Restraint Post-MI Normalizes Borderzone Wall Thickening Dynamics as Assessed by Tissue Tagged MRI. International Society for Magnetic Resonance in Medicine. May 2005, Miami, FL

46

97. **Gorman RC**, Parish LM, Jackson BM, Plappert T, St. John Sutton MG, Gorman III JH.  The Effect of Afterload on Mitral Leaflet Shape.  Society of Heart Valve Disease June 2005,Vancouver, Canada

98. Gorman III JH, Jackson BM, Parish LM, Plappert T, St. John Sutton MG, **Gorman RC**.  Real-Time Three-Dimensional Echocardiography in Ischemic Mitral Regurgitation.  Society of Heart Valve Disease, June 2005, Vancouver, Canada

99. Gorman III JH, Parish LM, Jackson BM, Plappert T, St. John Sutton MG, Bavaria JB, **Gorman RC**.  Efficacy of Valve Resuspension for Type A Dissection with Significant Aortic Insufficiency.  Society of Heart Valve Disease, June 2005, Vancouver, Canada

100. Gorman III JH, Jackson BM, Parish LM, Plappert T, St. John Sutton MG, **Gorman RC**.  3D Echocardiography to Assess Mitral Annular Shape and Leaflet Curvature in Humans.  Society of Heart Valve Disease, June 2005, Vancouver, Canada

101. Gorman III JH, Jackson BM, Parish LM, Plappert T, St. John Sutton MG, **Gorman RC**.  The Anterior Papillary Muscle: An Ignored Contributor to Ischemic Mitral Regurgitation.  Society of Heart Valve Disease, June 2005, Vancouver, Canada

102. Pilla JJ, Arkles J, Blom AS, Gorman III JH, Acker MA, **Gorman RC**.  Ventricular Restraint Early after Myocardial Infarction Prevents Infarct Expansion and Remodeling.  Heart Failure Society of America. September 2005, Boca Raton, FL.

103. Leshnower BG, Sakamoto H, Kanemoto S, Hamamoto H, Zeeshan A, Brittin R, Plappert T, Gorman III JH, **Gorman RC**.  Mitochondrial Permeability Transition Pore Inhibition Attenuates Reperfusion-Induced Myocyte Apoptosis and Preserves Contractility in an In Vivo Model.  Heart Failure Society of America. September 2005, Boca Raton, FL

104. Parish LM, Jackson BM, Gorman III JH, **Gorman RC**.  Prophylactic Ventricular Wrapping Does Not Impair Diastolic Function.  Heart Failure Society of America. September 2005, Boca Raton, FL

105. Parish LM, Jackson BM, Gorman III JH, **Gorman RC**.  The Law of LaPlace: A Dangerous Assumption When Designing Devices for Heart Failure?  Heart Failure Society of America. September 2005, Boca Raton, FL

106. Jackson BM, Parish LM, **Gorman RC**, Gorman III JH.  Real-Time Three-Dimensional Echocardiography in Ischemic Mitral Regurgitation.  Heart Failure Society of America. September 2005, Boca Raton, FL

107. Pilla JJ, Blom AS, Gorman III JH, Brockman DJ, Affuso J, Parish LM, Sakamoto H, Acker MA, **Gorman RC**.  Early Post Infarction Ventricular Restraint Improves Borderzone Dynamics during Remodeling.  Heart Failure Society of America. September 2005, Boca Raton, FL

108. Jackson BM, Parish LM, Gorman III JH, **Gorman RC**.3D Contrast Echocardiography of the Left Ventricle. Heart Failure Society of America. September 2005, Boca Raton, FL

109. Amin KM, Gorman III JH, Parish LM, Jackson BM, Brittin R, Zeeshan A, Plappert T,
**Gorman RC**, St. John-Sutton MG.  Early Post-MI Ventricular Restraint Reduces Activation
of Signaling Proteins and Attenuates Remodeling.  Heart Failure Society of America.
September 2005, Boca Raton, FL

110. Parish LM, Sakamoto H, Jackson BM, Leshnower BG, Zeeshan A, Gorman III JH,
**Gorman RC**.  Delayed Regional Activation after Myocardial Infarction Increases
Borderzone Work: Can Regional Pacing Prevent Remodeling.  Heart Failure Society of
America. September 2005, Boca Raton, FL

111. Sakamoto H, Zeeshan A, Leshnower BG, Parish LM, Jackson BM, Plappert T, St. John-
Sutton MG, Gorman III JH, **Gorman RC**.  Infarct Reperfusion Reduces Infarct Expansion,
Improves Borderzone Function and Attenuates Remodeling.  Heart Failure Society of
America. September 2005, Boca Raton, FL

112. Parish LM, Jackson BM, Zeeshan A, Sakamoto H, **Gorman RC**, Gorman III JH. The
Anterior Papillary Muscle: An Ignored Contributor to Ischemic Mitral Regurgitation.  Heart
Failure Society of America. September 2005, Boca Raton, FL

113. Kheradvar A. Milano M, **Gorman RC**, Gorman III JH, Gharib M. LV dynamical model with
time varying coefficients resulted from annular plane displacement and LVP. Biomedical
Engineering Society. September 2005, Baltimore, MD

114. Parish LM, Enomoto Y, Zeeshan A, Jackson BM, **Gorman RC**, Gorman III JH.  The Effect
of Afterload on Mitral Leaflet Shape. American College of Surgeons. October 2005,
San Francisco, CA

115. Leshnower BG, Sakamoto H, Kanemoto S, Hamamoto H, Zeeshan A, Brittin R, Plappert T,
Gorman III JH, **Gorman RC**.  Mitochondrial Permeability Transition Pore Inhibition
Attenuates Reperfusion-Induced Myocyte Apoptosis and Preserves Contractility In An In
Vivo Model.  American College of Surgeons. October 2005, San Francisco, CA

116. Blom AS, Pilla JJ, Arkles J, Gorman III JH, **Gorman RC**, Acker MA.  Ventricular Restraint
Prevents Infarct Expansion and Ventricular Remodeling as Measured by 3D Surface
Modeling.  Pennsylvania Association of Thoracic Surgery. October 2005, Bermuda

117. Leshnower BG, Sakamoto H, Kanemoto S, Hamamoto H, Zeeshan A, Hinmon R, Plappert T,
Gorman III JH, **Gorman RC**.  Inhibition of the Mitochondrial Permeability Transition Pore
with Cyclosporine A: Histological and Functional Evidence of Attenuated Reperfusion-
Induced Myocyte Apoptosis.  Pennsylvania Association of Thoracic Surgery. October 2005,
Bermuda.

118. Ikonomidis JS, Barbour JR, Squires CE, Kaplan BS, Stroud RE, Clark LL, Zeeshan A,
Bavaria JE, Gorman III JH, **Gorman RC**.  Differential Matrix Metalloproteinase Profiles
Exist within Ascending Thoracic Aortic Aneurysms Between Patients with Bicuspid and
Tricuspid Aortic Valves.  American Heart Association. November 2005, Dallas, TX

119. Ikonomidis JS, Barbour JR, Squires CE, Kaplan BS, Stroud RE, Clark LL, Zeeshan A, Bavaria JE, Gorman III JH, **Gorman RC**. Differential and Unique Expression of Matrix Metalloproteinases within Ascending Thoracic Aortic Aneurysms of Patients with Marfan Syndrome. American Heart Association. November 2005, Dallas, TX

120. Ikonomidis JS, **Gorman RC**, Zeeshan A, Bavaria JE, Gorman III JH, Barbour JR, Squires CE, Kaplan BS, Stroud RE, Clark LL, Spinale FG. Differential Profiles of Matrix Metalloproteinases Inhibitors Within Ascending Thoracic Aortic Aneurysms of Patients with Bicuspid Aortic Valves, Tricuspid Aortic Valves and Marfan Syndrome. American Heart Association. November 2005, Dallas, TX

121. Parish LM, Enomoto Y, Zeeshan A, Jackson BM, **Gorman RC**, Gorman III JH. The Effect of Afterload on Mitral Leaflet Shape. American Heart Association. November 2005, Dallas, TX

122. Leshnower BG, Sakamoto H, Kanemoto S, Hamamoto H, Zeeshan A, Hinmon R, Plappert T, Gorman III JH, **Gorman RC**. Inhibition of the Mitochondrial Permeability Transition Pore with Cyclosporine A: Histological and Functional Evidence of Attenuated Reperfusion-Induced Myocyte Apoptosis. American Heart Association. November 2005, Dallas, TX

123. Leshnower BG, Sakamoto H, Zeeshan A, Parish LM, Kanemoto S, Hamamoto H, Gorman III JH, **Gorman RC**. The Progression of Myocardial Cell Death: A Non-Wavefront Phenomenon. Society of University Surgeons Annual Meeting. February 2006, San Diego, CA

124. Leshnower BG, Sakamoto H, Zeeshan A, Parish LM, Kanemoto S, Hamamoto H, Gorman III JH, **Gorman RC**. Gender Differences in Myocardial Salvage and Cardiomyocyte. Apoptosis after Reperfusion therapy for Acute MI. Society of University Surgeons February 2006, San Diego, CA

125. Kanemoto S, Leshnower BG, Brittin R, Sakamoto H, Zeeshan A, Hamamoto H, Plappert T, Gorman III JH, **Gorman RC**. "Normothermic Hypothermia" Limits Myocardial Reperfusion Injury and Attenuates Myocyte Apoptosis. Society of University Surgeons. February 2006, San Diego, CA

126. Parish LM, Gao S, Plappert T, Leshnower BG, St. John Sutton M, Bavaria, JE, Gorman III JH, **Gorman RC**. Efficacy of Valve Resuspension for Type A Dissection with Significant Aortic Insufficiency. Tenth Annual Hilton Head Workshop and the Second Biennial Heart Valve Meeting. March 2006, Hilton Head, SC

127. Ryan LP, Jackson, BM, Parish LM, Plappert T, St. John Sutton M, **Gorman RC**, Gorman III JH. Evaluation of Mitral Valve Geometry Using Real-Time 3D Echocardiography. Tenth Annual Hilton Head Workshop and the Second Biennial Heart Valve Meeting, March 2006, Hilton Head, SC

128. Parish LM, Jackson BM, **Gorman RC**, Gorman III JH.  The Anterior Papillary Muscle:  An Ignored Contributor to Ischemic Mitral Regurgitation.  Tenth Annual Hilton Head Workshop and the Second Biennial Heart Valve Meeting. March 2006, Hilton Head, SC

129. Kheradvar MM, **Gorman RC**, Gorman III JH, Gharib M.  Estimation of Classic and Viscous Properties of the Left Ventricle Based on Annulus Plane Harmonic Behavior. Transdisciplinary Conference on Distributed Diagnosis and Home Healthcare (D2H2) April 2006, Arlington, VA

130. Sacks MS, Levy R, **Gorman RC**, Gorman JH III.  A Novel Mitral Valvuloplasty Model for Heterograft Biomaterial In-Vivo Assessment.  Society for Biomaterials Annual Meeting and Exposition. April  2006, Pittsburgh, PA

131. Ranji M, Matschinsky F, **Gorman RC**, Gorman III JH, Glickson J, Li L, Chance B. Mitochondrial Redox Signals of Pancreatic Tissue.  NIDDK Meeting. April 2006

132. Ikonomidis JS, Jones JA, Barbour JR, Stroud RE, Clark LL, Kaplan BS, Zeeshan A, Bavaria JE, Gorman III JH, Spinale FG, **Gorman RC**.  Expression of Matrix Metalloproteinases and Endogenous Inhibitors within Ascending Aortic Aneurysms of Patients with Bicuspid or Tricuspid Aortic Valves.  American Association for Thoracic Surgery.  May 2006, Philadelphia, PA

133. Ryan LP, Hamamoto H, Jackson BM, Parish LM, Plappert T, St. John Sutton MG, **Gorman RC**, Gorman III JH.  Progressive Planarization and Dilatation of the Mitral Annulus Following Posterior Myocardial Infarction:  Loss of Mitral Annular Saddle Shape Occurs as Chronic Ischemic Mitral Regurgitation Develops.  International Society for Heart Research. June 2006, Toronto, Canada

134. Ryan LP, Jackson BM, Parish L, St. John Sutton MG, Gorman III JH, **Gorman RC**. Borderzone Myocardial Dyssynchrony Following Myocardial Infarction:  A Real-Time Three-Dimensional Echocardiographic Study.  International Society for Heart Research. June 2006, Toronto, Canada

135. Ekhterae D, Hinmon R, Amin K, Zeeshan A, Parish L, Grosso M, Xiao RP, **Gorman RC**, Gorman III JH.  Progression of Apoptosis and ARC Activation during Infarct Induced Ventricular Remodeling. Heart Failure Society of America. September 2006, Seattle, WA

136. Grosso M, Ranji M, Kanemoto S, Matsubara M, Chance B, **Gorman RC**, Gorman III JH. Real-Time In Vivo Detection of Myocyte Apoptosis. Heart Failure Society of America. September 2006, Seattle, WA

137. Kanemoto S, Matsubara M, Plappert T, Hamamoto H, Immanuel C, Milewski RK, St. John-Sutton M, Gorman III JH, **Gorman RC**.  Chronic In Vivo Model of Dilated Cardiomyopathy by Regional Left Ventricular Infarction.  A Rabbit Model of Infarction Induced Ventricular Remodeling. Heart Failure Society of America. September 2006, Seattle, WA

138. Milewski RK, Hamamoto H, Kanemoto S, Immanuel C, Plappert T, Parmacek MS, Gorman III JH, **Gorman RC**. Serum Response Factor is Regionally Expressed in Ischemic Cardiomyopathy. Heart Failure Society of America. September 2006, Seattle, WA

139. Ryan LP, Jackson BM, Parish LM, St John-Sutton MG, Plappert T, Gorman III JH, **Gorman RC**. Borderzone Myocardial Dyssynchrony Following Anteroapical Myocardial Infarction: A Real-Time Three-Dimensional Echocardiographic Study. Heart Failure Society of America. September 2006, Seattle, WA

140. Ryan LP, Jackson BM, Parish LM, Hamamoto H, St. John-Sutton MG, **Gorman RC**, Gorman III JH. Progressive Loss of Mitral Annular Saddle Shape Occurs as Chronic Ischemic Mitral Regurgitation Develops. Heart Failure Society of America. September, 2006, Seattle, WA

141. Ryan LP, Jackson BM, Parish LM, St. John-Sutton MG, **Gorman RC**, Gorman III JH. Conservation of Regional Mitral Annular Geometry: A Real-Time Three-Dimensional Echocardiographic Study. Heart Failure Society of America. September 2006, Seattle, WA

142. Ryan LP, Hamamoto H, Jackson BM, Parish LM, St. John-Sutton MG, Plappert T, Gorman III JH, **Gorman RC**. Real-Time Three-Dimensional Echocardiography to Quantify Remodeling After Infarction in Ovine Heart Failure Models. Heart Failure Society of America. September 2006, Seattle, WA

143. Ryan LP, Jackson BM, Parish LM, St. John-Sutton MG, Plappert T, **Gorman RC**, Gorman III JH. Why the Mid-Posterior Mitral Leaflet is Predisposed to Flail in Cases of Myxomatous Degeneration. Heart Failure Society of America. September 2006, Seattle, WA

144. Ryan LP, Jackson BM, Parish LM, St. John-Sutton MG, Plappert T, Gorman III JH, **Gorman RC**. Mitral Valve Tenting Volume Asymmetry in Chronic Ischemic Mitral Regurgitation: A Real-Time 3D Echocardiographic Study. Heart Failure Society of America. September 2006, Seattle, WA

145. Hamamoto H, Sakamoto H, Leshnower BG, Kanemoto S, Zeeshan A, Parish LM, Plappert T, St. John-Sutton MG, Gorman III JH, **Gorman RC**. Mild Hypothermia as an Adjunct to Reperfusion Therapy Improves Post Infarction Remodeling. Heart Failure Society of America. September 2006, Seattle, WA

146. Leshnower BG, Kanemoto S, Hamamoto H, Zeeshan A, Parish LM, Plappert T, Gorman III JH, **Gorman RC**. Gender Differences in Myocardial Salvage and Cardiomyocyte Apoptosis after Reperfusion Therapy for Acute MI. Heart Failure Society of America. September 2006, Seattle, WA

147. Leshnower BG, Sakamoto H, Zeeshan A. Parish LM, Kanemoto S, Hamamoto H, Gorman III JH, **Gorman RC**. The "Non Wavefront" Phenomenon of Myocardial Ischemic Cell Death during Acute Myocardial Infarction. Heart Failure Society of America. September 2006, Seattle, WA

148. Kheradvar A, Milano M, **Gorman RC**, Gorman III JH, Gharib M.  Estimation of Elastic and Viscous Properties of the Left Ventricle Based on Annulus Plane Harmonic Behavior. International Conference of the IEEE Engineering in Medicine and Biology Society. September  2006, New York, NY

149. Ryan L, Jackson B, Parish L, Sakamoto H, Plappert T, St. John Sutton M, Gorman III JH, **Gorman RC**. Quantification and Localization of Mitral Valve Tenting in Ischemic Mitral Regurgitation Using Real-Time Dimensional Echocardiography. European Association for Cardiothoracic Surgery. September 2006,Stockholm, Sweden

150. Ryan LP,  Jackson BM, Parish LM, Plappert TJ, St. John-Sutton MG, **Gorman RC**, Gorman JH III.  Why the Mid-Posterior Mitral Leaflet is Predisposed to Flail in Cases of Myxomatous Degeneration?  American College of Surgeons. October 2006, Chicago, IL

151. Parish LM, Ryan LP, Jackson BM, Plappert TJ, St. John-Sutton MG, Gorman JH III, **Gorman RC**.  Progression of borderzone myocardial dyssynchrony following anterior myocardial infarction: A real-time three-dimensional echocardiographic study. American College of Surgeons, October 2006, Chicago, IL

152. Jackson BM, Ryan LP, Parish LM, Plappert TJ, St. John-Sutton MG, **Gorman RC**, Gorman JH III.  Real-Time Three Dimensional Echocardiography to Quantify Mitral Valve Tenting in Ischemic Mitral Regurgitation.  American College of Surgeons. October 2006, Chicago, IL

153. Connolly JM, Oyama M, **Gorman RC**, Gorman III JH, Fulmer J, Ryan K, Levy RJ. Serotonin Transporter Blockade with Dexfenfluramine or Fluoxetine Increases Serotonin Mediated ERK1/2 Phosphorylation in Heart Valve Interstitial Cells:  Implications for Serotonin-Related Heart Valve Disease.  American Heart Association. November 2006, Chicago, IL

154. Ryan LP, Jackson BM, Parish LM, St. John Sutton MG, Plappert T, Gorman III JH, **Gorman RC**.  Progressive Borderzone Myocardial Dyssynchrony in an Experimental Model of Apical Myocardial Infarction: A Real-Time Three-Dimensional Echocardiographic Study. American Heart Association. November 2006, Chicago, IL

155. Ryan LP, Hamamoto H, Jackson BM, Parish LM, St. John-Sutton MG, Plappert T, **Gorman RC**, Gorman III JH.  Progressive Loss of Mitral Annular Saddle Shape Occurs as Chronic Ischemic Mitral Regurgitation Develops. American Heart Association. November 2006, Chicago, IL

156. Jones JA, Barbour JR, Stroud RE, Kaplan BS, Leone AM, Bavaria JE, Gorman III JH, **Gorman RC**, Spinale FG, Ikonomidis JS Differential Protein Kinase C Isoform Abundance in Ascending Aortic Aneurysms from Patients with Bicuspid versus Tricuspid Aortic Valves. American Heart Association. November 2006, Chicago, IL

January 2013

157. Ikonomidis JS, Jones JA, Barbour JR, Stroud RE, Kaplan BS, Leone AM, Bavaria JE, Gorman III JH, Spinale FG, **Gorman RC**. Profiling of Protein Kinase C Isoforms in Ascending Aortic Aneurysms in Patients with Marfan Syndrome. American Heart Association. November 2006, Chicago, IL

158. Jones JA, Barbour JR, Stroud RE, Kaplan BS, Leone AM, Bavaria JE, Gorman III JH, **Gorman RC**, Spinale FG, Ikonomidis JS. Elevated protein kinase C-theta predicts MMP-2 levels in ascending thoracic aortic aneurysm patients with a bicuspid valve. American Heart Association. November 2006, Chicago, IL

159. Matsubara M, Kanemoto S, Grosso M, Albone E, Gorman III JH, **Gorman RC**. Glucagon-Like-Peptiide-1 Fused to Transferrin: A Novel Approach to Myocardial Reperfusion Injury. American College of Cardiology. March 2007, New Orleans, LA

160. Sakamoto H, Hamamoto H, Ryan L, Parish L, Plappert T, St. John Sutton M, Gorman III JH, **Gorman RC**. Early Ventricular Restraint after MI: Cautionary Results. American College of Cardiology. March 2007, New Orleans, LA

161. Pilla JJ, Ryan LP, Dougherty L, Gorman III JH, **Gorman RC**. Border Zone Pacing Improves Global and Regional Function as Assessed by Tissue Tagged MRI. International Society for Magnetic Resonance in Medicine. May 2007, Berlin, Germany.

162. Ryan LP, Jackson BM, Eperjesi TJ, Plappert TJ, St. John Sutton M, **Gorman RC**, Gorman III JH. 3D Echocardiography as an Adjunct to Minimally Invasive Mitral Valve Surgery. International Society for Minimally Invasive Cardiothoracic Surgery. June 2007, Rome, Italy

163. Eckert CE, Gorman III JH, **Gorman RC**, Sacks MS. High Resolution Three-Dimensional Geometric Model of the Ovine Mitral Valve. Society for Heart Valve Diseases Biennial Meeting. June 2007, New York, NY

164. Zubiate B, Sacks MS, **Gorman RC**, Gorman III JH. In vivo Dynamic strains of the Mitral Valve Annulus. Society for Heart Valve Diseases Biennial Meeting. June 2007, New York, NY

165. Ryan LP, Jackson BM, Eperjesi TJ, Plappert TJ, St. John Sutton M, **Gorman RC**, Gorman III JH. Quantitative Description of Three-Dimensional Mitral Valve Geometry In Vivo. Society for Heart Valve Diseases Biennial Meeting, June 2007, New York, NY

166. Zubiate B, Sacks MS, **Gorman RC**, Gorman III JH. In Vivo Dynamic Strains of the Mitral Valve Annulus. Summer Bioengineering Conference, June 2007, Keystone, CO

167. Xu C, Isaac G, Pilla JJ, Gorman III JH, Dougherty L, **Gorman RC**. Left Ventricular 3D-Displacement Analysis Using an Optical Flow Method. International Society for Magnetic Resonance in Medicine Flow and Motion Study Group Workshop: Imaging Assessment of Cardiovascular and Tissue Mechanics, July 2007, Philadelphia, PA

168. Matsubara M, Albone E, Gorman JH III, **Gorman RC**. α-Melanocyte Stimulating Hormone Fused to Transferrin: a Novel Adjunct to Reperfusion Therapy for Acute MI. Heart Failure Society of America, September 2007, Washington, DC.

169. Matsubara M, Ranji M, Leshnower BG, Hinmon R, Jaggard DL, Chance B, **Gorman RC**, Gorman JH III. Optical Biopsy of Apoptosis in Ischemic Myocardium with Fluorometry. Heart Failure Society of America, September 2007, Washington, DC.

170. Ryan LP, Jackson BM, Eperjesi TJ, Plappert TJ, Enomoto Y, St. John Sutton M, **Gorman RC**, Gorman JH III. The Impact of Annuloplasty Ring Geometry on Mitral Leaflet Curvature. Heart Failure Society of America, September 2007, Washington, DC.

171. Parish LM, Ryan LP, Jackson BM, **Gorman RC**, Gorman JH III. Borderzone Pacing to prevent Adverse Remodeling after Myocardial Infarction. Heart Failure Society of America, September 2007, Washington, DC.

172. Croft LR, Jimenez JH **Gorman RC**, Gorman JH III, Yoganathan AP. Efficacy of the edge-to-edge repair in the setting of a dilated ventricle: an in vitro study. Biomedical Engineering Society, September 2007, Los Angeles, CA.

173. Ryan LP, Matsuzaki K, Jackson BM, Noma M, Eperjesi TJ, Plappert T, St. John-Sutton MG, Gorman III JH, **Gorman RC**. Intramyocardial Left Ventricular Restraint: A New Surgical Treatment for Acute Myocardial Infarction. European Association for Cardiothoracic Surgery. September 2007, Geneva, Switzerland

174. Sakamoto H, Ryan LP, Parish LP, Jackson BM, Plappert T, St. John-Sutton MG, Gorman III JH, **Gorman RC**. Early Ventricular Restraint after MI: Cautionary Results. American College of Surgeons. October 2007, New Orleans, LA

175. Ryan LP, Matsuzaki K, Jackson BM, Noma M, Eperjesi TJ, Plappert T, St. John-Sutton MG, Gorman III JH, **Gorman RC**. Infarct Thickening with Hydroxyapatite Gel Attenuates Left Ventricular Remodeling after MI. TCT 2007. October 2007, Washington, DC

176. Ryan LP, Matsuzaki K, Noma M, Plappert TJ, St. John-Sutton MG, Gorman III JH, **Gorman RC**. Dermal Filler Injection: A Novel Approach for Limiting Early Infarct Expansion. American Heart Association, November 2007, Orlando, FL

177. Ryan LP, Matsuzaki K, Noma M, Plappert TJ, St. John-Sutton MG, Gorman III JH, **Gorman RC**. Dermal Filler Injection: A Novel Approach for Preventing Infarct Expansion and Ventricular Remodeling. American Heart Association, November, 2007, Orlando, FL

178. Ranji M, Matsubara M, Leshnower BG, Hinmon R, Jaggard DL, Chance B, **Gorman RC**, Gorman III JH. Optical Biopsy of Apoptosis in Ischemic Myocardium with Fluorometry. American Heart Association, November 2007, Orlando, FL

179. Matsubara M, Albone E, Gorman III JH, **Gorman RC**. Synergistic Protective Effect of Glucagon-Like Peptide-1 and α-Melanocyte Stimulating Hormone Fused to Transferrin on Myocardial Reperfusion Injury. American Heart Association, November 2007, Orlando, FL

180. Ryan LP, Jackson B, Hamamoto H, Eperjesi TJ, Plappert TJ, St. John-Sutton M, **Gorman RC**, Gorman III JH. The Impact of Annuloplasty Ring Geometry on Mitral Leaflet Curvature. American Heart Association, November 2007, Orlando, FL

181. Ryan LP, Jackson BM, Hamamoto H, Eperjesi TJ, Plappert T, St. John Sutton M, **Gorman RC**, Gorman III JH. The Influence of Annuloplasty Ring Geometry on Mitral Leaflet Curvature. Society of Thoracic Surgeons, January 2008, Fort Lauderdale, FL

182. Ryan LP, Matsusaki K, Noma M, Jackson BM, Hamamoto H, Eperjesi TJ, Plappert T, St. John Sutton M, Gorman III JH, **Gorman RC**. Dermal Filler Injection: A Novel Approach to Limiting Early Infarct Expansion. Society of Thoracic Surgeons, January 2008, Fort Lauderdale, FL

183. Padala M, Hutchinson R, Croft L, Jimenez J, **Gorman RC**, Yoganathan Y, Gorman III JH. Saddle Shape of the Mitral Annulus Reduces Systolic Strain on the Mitral Valve leaflets. Biennial Heart Valve Biology and Tissue Engineering Meeting, May 2008, London, England

184. Eckert CE, Sacks MS, **Gorman RC**, Gorman III JH. Dynamic In Vivo Deformation of the Mitral Valve Leaflet and Annulus In Synchrony. Biennial Heart Valve Biology and Tissue Engineering Meeting, May 2008, London, England

185. Xu C, Isaac G, Pilla JJ, Blom AS, Joseph H. Gorman III JH, Dougherty L, **Gorman RC**. Optimization of 3-D Tag Sequence and OFM Using a Synthetic Tag Model. International Society for Magnetic Resonance in Medicine, May 2008, Toronto, Canada

186. Xu C, Pilla JJ, Blom AS, Isaac G, Gorman III JH, Dougherty L, **Gorman RC**. In-vivo 3-D left ventricular strain estimation from a 3-D Tag sequence using optical flow method. International Society for Magnetic Resonance in Medicine, May 2008, Toronto, Canada

187. Ifkovits JL, Noma M, Matsuzaki K, Ryan LP, Gorman III JH, Burdick JA, **Gorman RC**. Redox Initiated Injectable Hydrogels to Prevent Post-Infarction Ventricular Remodeling. World Congress on Biomaterials, May 2008, Amsterdam, Netherlands

188. Parish LM, Bavaria JE, Gorman III JH, **Gorman RC**. At What Size Should the Ascending Aorta be Replaced to Prevent Aortic Dissection. European Association for Cardiothoracic Surgery, September 2008, Lisbon, Portugal

189. Herdrich BJ, Noma M, Danzer E, Davey MG, Lind RC, Plappert T, Radu A, Gorman III JH, Liechty KW, **Gorman, RC**. Regenerative Healing Following Fetal Myocardial Infarction. Abcam Cardiac Development and Regeneration Symposium, October 2008, Boston, MA

190. Parish LM, Matsuzaki K, Noma M, Gorman III JH, **Gorman RC**. Borderzone Pacing to Prevent Adverse Remodeling After Myocardial Infarction. American College of Surgeons. October 2008, San Francisco, CA

January 2013

191. Blom AS, Xu C, Ryan LP, Jackson BM, Parish LM, Eperjesi TJ, Gorman III JH, **Gorman RC**. Saddle-Shaped Annuloplasty Reduces Mitral Leaflet Stress: A Real-Time 3D Echocardiographic Study.  American Heart Association, November 2008, New Orleans, LA

192. Dixon JA, Stroud RE, Shenikqua B, Hamamoto H, Gorman III JH, Martens JP, Itescu S, Schuster MD, Plappert T, St. John-Sutton MG, Spinale FG, **Gorman RC.** Concentration Dependent Effects of Mesenchymal Precursor Cell Injections on Structural Remodeling Following Myocardial Infarction. American Heart Association, November 2008, New Orleans, LA

193. Thacker D, St John Sutton MG, Ted Plappert T, Bavaria JE, Gorman III JH, MD, Weinberg PM, **Gorman RC**. Bicuspid Aortic Valve Morphology Does Not Affect Pathologic Phenotype. 12th Annual Update on Pediatric Cardiovascular Disease: New and Evolving Practices, February 2009, Nassau, Bahamas

194. Xu C, Pilla JJ, Blom AS, Gorman III JH, Dougherty L, **Gorman RC**. Alteration in Infarct Principal Strains Assessed by 3D Tag Analysis. International Society for Magnetic Resonance in Medicine (ISMRM), April 2009, Honolulu, HI

195. Ifkovits JL, Tous E, Morita M, Gorman III JH, Burdick JA, **Gorman RC**. Injectable Hyaluronic Acid Hydrogels to Attenuate Post-Infarction Left Ventricular Remodeling, The 2009 Summer Bioengineering Conference, June 2009, Lake Tahoe, CA

196. Eckert C, **Gorman RC**, Sacks MS, Gorman III JH. Synchronous Dynamic In-Vivo Deformation Of The Mitral Valve Leaflet And Annulus, The 2009 Summer Bioengineering Conference, June 2009, Lake Tahoe, CA

197. Vergnat M, Jackson BM, Brinster C, Weiss SJ, Cheung AT, Acker MA, Gorman III JH, **Gorman RC**.  Leaflet Curvature After Mitral Calve Repair: the Influence of Annuloplasty Shape.  Society of Heart Valve Disease, June 2009, Berlin, Germany

198. Vergnat M, Jackson BM, Brinster C, Weiss SJ, Cheung AT, Acker MA, Gorman III JH, **Gorman RC**.  Flat Ring Mitral Annuloplasty: does it Really Decrease Leaflet Stress? Society of Heart Valve Disease, June 2009, Berlin, Germany

199. Vergnat M, Jackson BM, Brinster C, Weiss SJ, Cheung AT, Acker MA, Gorman III JH, **Gorman RC**.  The Futility of Flexible Mitral Annuloplasty: A Dynamic 3D Echocardiographic Assessment of Normal and Pathologic Mitral Annuli.  Society of Heart Valve Disease, June 2009, Berlin, Germany

200. Vergnat M, Jackson BM, Brinster C, Weiss SJ, Cheung AT, Acker MA, Gorman III JH, **Gorman RC**.  Secondary Chordal Cutting for Ischemic Mitral Regurgitation: 3D Echocardiographic Guidance by Comprehensive Leaflet Geometric Analysis.  Society of Heart Valve Disease, June 2009, Berlin, Germany

201. Xu C, Jackson BM, Vergnat M, Ryan LP, Parish LM, Eperjesi T, **Gorman RC**, Gorman III JH.  Assessing Human Mitral Valve Stress Using Three-dimensional Echocardiography and Finite Element Analysis. Society of Heart Valve Disease, June 2009, Berlin, Germany

56

202. Vergnat M, Thacker D, St. John-Sutton M, Weinberg P, Plappert T, Bavaria JE, Gorman III JH, **Gorman RC**. Bicuspid Aortic Valve Morphology Does Not Affect Pathologic Phenotype. Society of Heart Valve Disease, June 2009, Berlin, Germany

203. Vergnat M, Jackson BM, Brinster C, Weiss SJ, Cheung AT, Acker MA, Gorman III JH, **Gorman RC**. Mitral Valve Tenting Index: a 3D Technique to Quantify Subvalvular Remodeling in Ischemic Mitral Regurgitation. Society of Heart Valve Disease, June 2009, Berlin, Germany

204. Vergnat M, Jackson BM, Brinster C, Weiss SJ, Cheung AT, Acker MA, Gorman III JH, **Gorman RC**. Direct Measurement Mitral Regurgitant Orifice Area and Morphology in Ischemic Mitral Regurgitation. Society of Heart Valve Disease, June 2009, Berlin, Germany

205. Schmidt DE, Vergnat M, **Gorman RC**, Gorman III JH, Sacks MS. Patient Specific 3D Geometric Reconstruction of the Normal and Bicuspid Aortic Valve. Society of Heart Valve Disease, June 2009, Berlin, Germany

206. Herdrich BJ, Noma M, Danzer E, Davey MG, Lind RC, Plappert T, Randu A, Gorman III JH, Liechty KW, **Gorman RC**. Regenerative Healing Following Fetal Myocardial Infarction. European Association for Cardiothoracic Surgery, October 2009, Vienna, Austria

207. Matsuzaki K, Noma M, Robb JD, Gorman III JH, **Gorman RC**. Annuloplasty for Ischemic Mitral Regurgitation does not Influence Long-Term Ventricular Remodeling. European Association for Cardiothoracic Surgery, October 2009, Vienna, Austria

208. Vergnat M, Minakawa M, Robb JD, Mori M, **Gorman RC**, Gorman III JH. Leaflet Tethering Not Annular Dilation is Responsible for Load-Dependent Exacerbations of Ischemic Mitral Regurgitation. Society of Thoracic Surgeons, January 2010, Fort Lauderdale, FL

209. Vergnat M, Cheung AT, Weiss SJ, Jackson BM, Acker MA, Gorman III JH, **Gorman RC**. Saddle-Shaped Mitral Annuloplasty Increases Leaflet Coaptation Area after Repair for Myxomatous Disease. Society of Thoracic Surgeons, January 2010, Fort Lauderdale, FL

210. Allukian M, Herdrich BJ, Stitelman DH, Bermudez DM, Davey MG, Gorman III JH, **Gorman RC**, Liechty KW. Restoration of Function Following in Utero Fetal MI is Associated with Increased Cardiac Progenitor Cell Recruitment. Society of University Surgeons, February 2010, San Antonio, TX

211. Vergnat M, Xu C, Ryan LP, Jackson BM, Weiss SJ, Cheung AT, Joseph H. Gorman III JH, **Gorman RC**. Does Mitral Flail in Myxomatous Disease Result of Individual Geometric Predisposition? American College of Cardiology, March 2010, Atlanta, GA

212. Vergnat M, Mahmood F, Cheung AT, Khabbaz K, Weiss SJ, Acker MA, **Gorman RC**, Gorman III JH. The Influence of Annuloplasty Ring Shape on Leaflet Curvature in Human Ischemic Mitral Regurgitation. American College of Cardiology, March 2010, Atlanta, GA

57

213. Vergnat M, Jackson BM, Bavaria JE, Herrmann H, Gorman III JH, **Gorman RC.** Transcatheter Aortic Valve Implantation Preserves Mitral Valve 3D Geometry Better than Standard AVR. American College of Cardiology, March 2010, Atlanta, GA

214. Milewski RK, Jassar AS, Pochettino A, Szeto WY, Desai ND, Moeller PJ, Gorman III JH, **Gorman RC**, Bavaria JE. The Reoperative Aortic Root: Degenerative Failure vs. Infectious Destruction – Outcomes of The "True Redo-Root" Reconstruction. Aortic Surgery Symposium, April 2010, New York, NY

215. Allukian M, Herdrich BJ, Stitelman DH, Bermudez DM, Davey MG, **Gorman RC**, Gorman III JH, Liechty KW. Cardiac Progenitor Cell Recruitment is Associated with Restoration of Cardiac Function in Fetal Regenerative Healing. Wound Healing Society, April 2010, Orlando, FL

216. Ifkovits JL, Tous E, Minakawa M, Morita M, Gorman III JH, **Gorman RC**, Burdick JA. Tunable and Injectable Hyaluronic Acid Hydrogels to Attenuate Post-Infarction Left Ventricular Remodeling. Society for Biomaterials, April 2010, Seattle, WA

217. Xu C, Koomalsingh KJ, Isaac G, Gorman III JH, Lawrence Dougherty L, Pilla JJ, **Gorman RC**, Orientation and Magnitude of the Left Ventricular Principal Strains are Sensitive to Ischemic Injury. International Society for Magnetic Resonance in Medicine, May 2010, Stockholm, Sweden

218. Witschey WR, Pilla JJ, Ferrari G, Koomalsingh KJ, Harris M, Hinmon R, Zsido GA, Gorman III JH, Reddy R, **Gorman RC**. Rotating Frame Spin Lattice Relaxation in a Swine Model of Late Ventricular Myocardial Infarction.  International Society for Magnetic Resonance in Medicine, May 2010, Stockholm, Sweden

219. Nathan D, Xu C, Fairman RM, Gorman III JH, **Gorman RC,** Jackson BM. Inhomogeneous Wall Stress Distribution in the Normal Human Thoracic Aorta: A Potential Etiology of Type B Aortic Dissections. Society of Vascular Surgery, May 2010, Boston, MA

220. Xu C, Koomalsingh KJ, Issac G, Gorman III JH, Dougherty L, Pilla JJ, **Gorman RC**.  Novel Approach to Quantify Alterations in Ventricular Principal Strains after Ischemic Injury. American Society of Mechanical Engineering  Summer Bioengineering Conference, June 2010, Naples, FL

221. Pilla JJ, Koomalsingh KJ, Gorman III JH, **Gorman RC**. Closed-Loop Lumped Parameter Cardiovascular Model of Infarct Border Zone Pacing.  American Society of Mechanical Engineering  Summer Bioengineering Conference, June 2010, Naples, FL

222. Eckert C, Morita M, Koomalsingh KJ, Minakawa M, **Gorman RC**, Gorman III JH, Sacks MS. Dynamic In Vivo Stresses of the Mitral Valve Anterior Leaflet in Normal and Annuloplasty States. 6th World Congress for Biomechanics, August 2010, Singapore

223. Robb JD, Minakawa M, Koomalsingh KJ, Shuto T, Jassar AS, Jackson BM, **Gorman RC**, Gorman III JH. Posterior Leaflet Augmentation Improves Leaflet Tethering in Repair of Ischemic Mitral Regurgitation. European Association for Cardiothoracic Surgery, September 2010, Geneva, Switzerland

224. Nathan DP, Xu C, Jassar AS, Brinster CJ, Plappert T, Gorman III JH, Fairman RM, Bavaria JE, **Gorman RC**, Jackson BM. Increased Ascending Aortic Wall Stress in Patients with Bicuspid Aortic Valves. European Association for Cardiothoracic Surgery, September 2010, Geneva, Switzerland

225. Nathan DP, Xu C, **Gorman RC**, Gorman III JH, Brinster CJ, Desjardins B, Wang GJ, Woo EY, Fairman RM, Jackson BM. Rupture Risk Of Saccular Descending Thoracic Aortic Aneurysms By Stress Modeling. American College of Surgeons, October 2010, Washington, DC

226. Xu C, Koomalsingh KJ, Issac G, Gorman III JH, Dougherty L, Pilla JJ, **Gorman RC**. Orientation and Magnitude of Left Ventricular Principal Strains as Indicator of Infarct Expansion. Heart Failure Society of America, September 2010, San Diego, CA

227. Pilla JJ, Koomalsingh KJ, Gorman III JH, **Gorman RC**. Modeling Border Zone Pacing as a Potential Method of Limiting Infarct Expansion. Heart Failure Society of America, September 2010, San Diego, CA

228. Koomalsingh KJ, Xu C, Minakawa M, Eperjesi TJ, Gorman III JH, Pilla JJ, **Gorman RC**. Alteration of Post Infarction Myocardial Strain with an Adjustable Pressure. Heart Failure Society of America, September 2010, San Diego, CA

229. Allukian M, Herdrich BJ, Stitelman DH, Bermudez DM, Davey MG, Mitchell ME, Gorman JH, **Gorman RC**, Liechty KW. Restoration of Function Following in Utero Fetal MI is Associated with Increased Cardiac Progenitor Cell Recruitment and Differentiation. American College of Surgeons, October 2010, Washington, DC

230. Eckert C, Morita M, Koomalsingh KJ, Minakawa M, **Gorman RC**, Gorman III JH, Sacks MS. Dynamic In Vivo Stresses of the Mitral Valve Anterior Leaflet in Normal and Annuloplasty States. Biomedical Engineering Society, October 2010, Austin, TX

231. Pouch AM, Yushkevich P, Jackson BM, Gorman III JH, **Gorman RC**, Sehgal C. A Semi-Automated Approach to Mitral Valve Morphometry Using Real-Time 3D Echocardiography. Biomedical Engineering Society, October 2010, Austin, TX

232. Jassar AS, Jackson BM, Vergnat V, Robb JD, Plappert TJ, Eperjesi TJ, Cheung AT, Weiss SJ, Acker MA, **Gorman RC**, Gorman JH. Direct Measurement of the Anatomic Regurgitant Orifice Using 3D Echocardiography in Patients with Degenerative Mitral Regurgitation. Pennsylvania Association for Thoracic Surgery, October 2010, Orlando, FL

January 2013

233. Milewski RK, Jassar AS, Pochettino A, Szeto WY, Desai ND, Moeller PJ, Gorman III JH, **Gorman RC**, Bavaria JE. The "True Redo-Root" Reconstruction: Outcomes of Degenerative Failure vs. Infectious Destruction. Pennsylvania Association for Thoracic Surgery October 2010, Orlando, FL

234. Xu C, Jassar AS, Nathan DP, Eperjesi TJ, Brinster CR, Vergnat M, Robert C. **Gorman RC**, Gorman III JH, Jackson BM. Mitral Valve Leaflet Coaptation Area Does Not Influence Leaflet Stress in Finite Element Simulation. American Heart Association, November, 2010, Chicago, IL

235. Dixon JA, **Gorman RC**, Stroud RE, Meyer EC, O'Quinn EC, Baker NL, Morita M, Hamamoto H, Ryan LP, Gorman III JH, Spinale FG. Targeted Regional Injection of Biocomposite Microspheres Alters Post Myocardial Infarction Remodeling and Matrix Proteolytic Pathways. American Heart Association, November, 2010, Chicago, IL

236. Jackson BM, Jassar AS, Eperjesi TJ, Xu C, Robb JD, Horak J, Acker MA, Gorman III JH, **Gorman RC**. Variable Morphology of P2 Flail in Degenerative MR: A 3D-Echocardiographic Study. American Heart Association, November, 2010, Chicago, IL

237. Robb JD, Harris MA, Minakawa M, Rodriguez E, Koomalsingh KJ, Shuto T, Jassar AS, Allukian M, Shin D, Dori Y, Glatz AC, Rome JJ, **Gorman RC**, Gorman III JH, Gillespie MJ. Bilateral Branch Pulmonary Artery Melody® Valve Implantation Reduces Pulmonary Regurgitation in an Ovine Model of Postoperative Tetralogy of Fallot. American Heart Association, November, 2010, Chicago, IL

238. Brinster CJ, Fairman RM, Woo EY, Eperjesi TJ, Davis JA, Nathan DP, Wiegers SE, Gorman III JH, **Gorman RC**, Jackson BM. Real-time Three-dimensional Ultrasound Accurately Diagnoses and Stages Carotid Occlusive Disease. American Heart Association, November, 2010, Chicago, IL

239. Nathan DP, Xu C, Jassar AS, Brinster CJ, Gorman III JH, Fairman RM, Bavaria JE, **Gorman RC**, Jackson BM. Increased Ascending Aortic Wall Stress in Patients with Bicuspid Aortic Valves. American Heart Association, November, 2010, Chicago, IL

240. Ikonomidis JS, Jones JA, O'Quinn EC, Elefteriades JA, Stroud RE, Bavaria JE, Gorman III JH, **Gorman RC**, Spinale FG. Direct Profiling of MicroRNA in Thoracic Aortic Aneurysms: Relationship to Aortic Expansion and Growth. American Heart Association, November, 2010, Chicago, IL

241. Jassar AS, Jackson BM, Eperjesi TJ, Vergnat M, Brinster CJ, Nathan D, Weiss SJ, Cheung AT, Acker MA, Gorman III JH, **Gorman RC**. Is Preservation of Mitral Annular Geometry with Flexible Annuloplasty Devices Optimal for Patients with Myxomatous Mitral Regurgitation? Society of Thoracic Surgeons, January 2011, San Diego, CA

242. Jassar AS, Pochettino A, Maniaci J, Moeller PJ, Szeto WY, Desai ND, Milewski RK, Gorman III JH, **Gorman RC**, Bavaria JE. Graft Selection for Aortic Root Replacement in Active Endocarditis: Does It Matter? Society of Thoracic Surgeons, January 2011, San Diego, CA

243. Allukian M, Herdrich BJ, Bermudez DM , Chin BC, Zhang L, Junwan X, Dorsett-Martin W, Mitchell ME, Gorman III JH, **Gorman RC**, Liechty KW. Cardiac Regeneration Following In Utero Fetal Sheep Myocardial Infarction is Associated with Increased Cardiac Progenitor Cell Recruitment and Nkx2.5 Gene Expression Compared to Adult Infarcts. Society of University Surgeons, February 2011, Huntington Beach, CA

244. Robb JD, Gillespie MJ, Gorman III JH, **Gorman RC**. An Ovine Model of Postoperative Dilated Right Ventricular Outflow Tract and Pulmonary Insufficiency. Society for Cardiothoracic Surgery in Great Britain and Ireland, March 2011, London, United Kingdom

245. Jassar AS, Jackson BM, Ryan LP, Eperjesi TJ, St. John-Sutton MG, Ferrari VA, Gorman III JH, **Gorman RC**. Novel Technique for Aortic Root Modeling Using Real-Time Three-Dimensional Echocardiography. American College of Cardiology, April 2011, New Orleans, LA

246. Allukian M, Herdrich BJ, Bermudez DM, Zhang L, Wu J, Chin BC, Dorsett-Martin W, Caskey RC, Mitchell ME, Gorman III JH, **Gorman RC**, Liechty KW. Cardiac Regeneration Following Fetal Myocardial Infarction Is Associated with Decreased Proinflammatory Cytokines, Decreased Inflammation, and Increased Reactive Oxygen Species Scavengers. American Pediatric Surgical Association, May 2011, Palm Desert, CA

247. Siefert AW,  Jimenez JH, Shuto T, West DS, Aguel F, **Gorman RC**, Gorman III JH, Yoganathan AP. In-Vivo Force Measurement of the Contractile Mitral Annulus. American Association for Thoracic Surgery – Mitral Conclave, May 2011, New York, NY

248. Minakawa M, Robb JD, Morita M, Shuto T, Koomalsingh KJ, Vergnat M, Eperjesi TJ, Gorman III JH, **Gorman RC**. A Surgically Created Model of Ischemic Mitral Regurgitation in Swine. American Association for Thoracic Surgery – Mitral Conclave, May 2011, New York, NY

249. Zsido G, Witschey WR, Koomalsingh KJ, Gorman JH, Hinmon R, Pilla JJ, Reddy R, Zaitev M, **Gorman RC**. A Comparison of Delayed Contract Enhanced and T1rho MRI for Assessment of LV Remodeling. International Society for Magnetic Resonance in Medicine, May 2011, Montreal, Canada

250. Amini R, Eckert CE, Carruthers CA, Koomalsingh KJ, Minakawa M, **Gorman RC**, Gorman III JH, and Sacks MS. Functional Dynamic In-Vivo Stresses of the Mitral Valve Anterior Leaflet. American Society of Mechanical Engineers Summer Bioengineering Conference, June 2011, Farmington, PA.

251. Jassar AS, Vergnat M, Nathan DP, Jackson BM, Eperjesi TE, Cheung AT, Weiss SJ, Hargrove WC, Acker MA, Gorman III JH, **Gorman RC**. Saddle-Shaped Annuloplasty for Myxomatous Mitral Regurgitation Restores Normal Annular Anatomy. Society of Heart Valve Disease, June 2011, Barcelona, Spain

252. Jassar AS, Ryan LP, Jackson BM, Nathan DP, Levack M, Eperjesi TE, St. John-Sutton MG, Ferrari VA,  Cheung AT, Weiss SJ, Bavaria JE, Gorman III JH, **Gorman RC**. Quantitative Aortic Root Modeling: Towards 3D assessment of the Aortic Valve. Society of Heart Valve Disease, June 2011, Barcelona, Spain

253. Robb JD, Harris MA, Minakawa M, Koomalsingh KJ, Rodriguez E, Shuto T, Shin DC, Dori Y, Glatz AC, Rome JJ, **Gorman RC**, Gorman III JH, Gillespie MJ. Melody® Valve Implantation into the Branch Pulmonary Arteries for Treatment of Pulmonary Insufficiency in an Ovine Model of Right Ventricular Outflow Tract Dysfunction following Tetralogy of Fallot Repair. Society of Heart Valve Disease, June 2011, Barcelona, Spain

254. Sacks MS, Good B, Carruthers C, D'Amore A, Rouzbeh A, **Gorman RC**, Gorman JH. Physiological Micromechanics of the Mitral Valve Anterior Leaflet. Society of Heart Valve Disease, June 2011, Barcelona, Spain

255. Akers J, Merrill DR, Nilsen TJ, Koomalsingh KJ, Minakawa M, Shuto T, Gorman III JH, Gillespie MJ, Merrill TL, **Gorman RC**. Localized Cooling Device for Myocardial Tissue Salvage. American Society of Mechanical Engineering  Summer Bioengineering Conference, June 2011, Farmington, PA

256. Amini R, Koomalsingh KJ, Carruthers CA, Shuto T,  **Gorman RC**, Gorman III JH, Sacks MS. Towards the Development of Meso and Micro-scale High Fidelity Models of the Mitral Valve. Biomedical Engineering Society, October 2011 Hartford, CT

257. Kondo N, Shuto T, McGarvey JR, Koomalsingh KJ, Takebe M, **Gorman RC**, Gorman III JH, Gillespie MJ. Transvenous Melody® Valve-In-Ring Procedure for Mitral Valve Replacement: Feasibility in Four Distinct Annuloplasty Rings. European Association for Cardiothoracic Surgery, October 2011, Lisbon, Portugal

258. Vergnat M, Levack MM, Jassar AS, Jackson BM, Acker MA, Woo YJ, **Gorman RC**, Gorman III JH. The Influence of Saddle-Shaped Annuloplasty on Leaflet Curvature in Patients with Ischemic Mitral Regurgitation. European Association for Cardiothoracic Surgery, October 2011, Lisbon, Portugal

259. Levack MM, Jassar AS, Jackson BM, Eperjesi TJ, Weiss SJ, Cheung AT, Kukafka JD, Gorman III JH, **Gorman RC**. Decreased Annular Dynamic Motion in Ischemic Mitral Regurgitation: Implication for Annuloplasty Selection. Pennsylvania Association of Thoracic Surgeons, October 2011, Washington, DC

260. Allukian M, Herdrich BJ, Bermudez DM, Caskey RC, Zhang L, Chin BC, Dorsett-Martin W, Mitchell ME, Gorman III JH, **Gorman RC**, Liechty KW. Decreased Inflammation During Cardiac Regeneration Following Fetal Myocardial Infarction is Associated with Decreased NF-kB Expression Compared to the Adult. American College of Surgeons, October 2011, San Francisco, CA

261. Jassar AS, Minakawa M, Shuto T, Robb JD, Koomalsingh KJ, Levack MM, Eperjesi TJ, Jackson BM, Gorman III JH, **Gorman RC**. A Technique to Increase Leaflet Coaptation without Undersized Annuloplasty in Ischemic Mitral Regurgitation. Southern Thoracic Surgical Association , November 2011, San Antonio, TX

262. Jassar AS, Levack MM, Jackson BM, Eperjesi TJ, Pouch AM, Xu C, Nathan DP, Cheung AT, Weiss SJ, Vernick WJ, Acker MA, Gorman III JH, **Gorman RC**. Echocardiographic Analysis of Degenerative Mitral Valve: Annular Dynamics are Deranged in Myxomatous Degeneration. American Heart Association, November, 2011, Orlando, FL

263. Witschey WR, Zsido GA, Pilla JJ, Gorman III JH, **Gorman RC**. Myocardial Infarct Characterization Using Magnetic Resonance Imaging without Contrast Agents. American Heart Association, November, 2011, Orlando, FL

264. Kloner RA, Hale SL, **Gorman RC**, Shuto T, Koomalsingh KJ, Gorman III JH, Sloan RC, Frasier CR, Kypson AP, Brown DA. Bendavia, a Novel Mitochondrial-Targeted Cytoprotective Compound Reduces Ischemia/Reperfusion Injury: Experience in 3 Independent Laboratories. American Heart Association, November, 2011, Orlando, FL

265. Levack MM, Jassar AS, Jackson BM, Eperjesi TJ, Weiss SJ, Cheung AT, Kukafka JD, Gorman III JH, **Gorman RC**. Decreased Annular Dynamic Motion in Ischemic Mitral Regurgitation: Implication for Annuloplasty Selection. American Heart Association, November, 2011, Orlando, FL

266. Levack MM, Witschey WR, McGarvey JR, Kondo N, Zsido II GA, Gorman III JH, Pilla JJ, **Gorman RC**. Mitral Leaflet Dynamics in Ischemic Mitral Regurgitation Using High Resolution MRI. SCMR/ISMRM Workshop, February 2012, Orlando, FL

267. Witschey WR, Contijoch F, Pilla JJ, Dougherty LH, Song HK, Levack M, McGarvey J, Kondo N, Zsido II GA, Gorman III JH, **Gorman RC**. Real Time Measurement of Cardiac Pressure Volume Relationships. SCMR/ISMRM Workshop, February 2012, Orlando, FL

268. Ingalls C, Baumann C, Gaholt N, Santamore W, Gorman III JH, **Gorman RC**. Junctophilin 2 Is Reduced in the Border Zone 3 Hours after a Myocardial Infarction in Sheep Heart. FASEB 2012, April 2012, San Diego, CA

269. Siefert AW, Jimenez JH, Koomalsingh KJ, Shuto T, West S, **Gorman RC**, Gorman III JH, Yoganathan AP. Quantification of Dynamic Annular Forces in an Ovine Model of Ischemic Mitral Regurgitation. American College of Cardiology, March 2012, Chicago, IL

270. Jassar AS, Levack MM, Eperjesi TJ, Weiss SJ, Cheung AT, Vernick WJ, Gorman III JH, **Gorman RC**, Jackson BM. Valve Morphology from 3D-Echocardiography. American College of Cardiology, March 2012, Chicago, IL

271. Branchetti E, Sainger R, Poggio P, Milewski KR, Grau JB, **Gorman RC**, Bavaria JE, Ferrari G. Thoracic Aortic Aneurysm and MicroRNAs expression in Bicuspid and Tricuspid Aortic Valve Patients: miR143/145 and miR133a/b correlates with VSMC phenotypic change and CTGF expression. American Heart Association, April 2012, Chicago, IL.

272. Levack MM, Jassar AS, Ryan LP, Jackson BM, Keane MG, St. John-Sutton MG, Gorman III JH, **Gorman RC**. Quantitative Three-Dimensional Analysis of Bicuspid Aortic Valves: A Single Modality Approach for Characterization of Valvular and Proximal Aortic Pathology. 4th Annual Joint Scientific Session of the Heart Valve Society of America and Society for Heart Valve Disease, April 2012, New York, NY.

273. Levack MM, Witschey WR, McGarvey JR, Kondo N, Zsido III GA, Barker A, Markl M, Gorman III JH, Pilla JJ, **Gorman RC**. Ischemic Mitral Regurgitation Contributes to Alterations in Three-Dimensional Intracardiac Flow Patterns. 4th Annual Joint Scientific Session of the Heart Valve Society of America and Society for Heart Valve Disease, April 2012, New York, NY.

274. Siefert AW, Jimenez JH, Koomalsingh KJ, West DS, **Gorman RC**, Gorman III JH, Yoganathan AP. Quantification of Dynamic Annular Forces in an Ovine model of Ischemic Mitral Regurgitation. American College of Cardiology, April 2012, Chicago, IL

275. Jassar AS, Levack MM, Eperjesi TJ, Weiss SJ, Cheung AT, Vernick WJ, Gorman III JH, Jackson BM, **Gorman RC**. Manual vs. Automated Quantitative Assessment of Mitral Valve Morphology from 3D-Echocardiography. American College of Cardiology, April 2012, Chicago, IL

276. Levack MM, Eperjesi TJ, Weiss SJ, Gorman III JH, Bavaria JE, **Gorman RC**, Ryan LP. Three-Dimensional Echocardiography as a Predictive Instrument for Repairability of Regurgitant Bileaflet Aortic Valves. AATS Aortic Symposium, April 2012, San Francisco, CA

277. Levack MM, Witschey WR, McGarvey JR, Koomalsingh KK, Zsido III GA, Kondo N, Takebe M, Xu C, Contijoch F, Barker A, Markl M, Gorman III JH, Pilla JJ, **Gorman RC**. Ischemic Mitral Regurgitation Contributes to Alterations in Left Ventricular Three-Dimensional Intracardiac Flow Patterns. ISMRM Annual Meeting, May 2012, Melbourne Australia

278. Contijoch F, Witschey WR, Levack M, McGarvey JM, Zsido III GA, Takebe M, Kondo N, Dillard C, Lau K, Song HK, Dougherty L, Gorman III JH, **Gorman RC**, Pilla JJ. Estimation of Cardiac Elastance and Compliance from Pressure-Volume Tracing During Inflow Occlusion Using Real Time Cardiac Imaging Technique. ISMRM Annual Meeting, May 2012, Melbourne Australia

279. Rovno HD, Xu C, Dougherty L, Pilla JJ, McGarvey J, **Gorman RC**, Gorman III JH, Witschey WR, Koomalsingh K, Zsido III GA, Kondo N, Takebe M, Dillard C, Lau K, Litt HI. Right Ventricular Strain Imaging with Single-Acquisition Simultaneous 3D SPAMM. ISMRM Annual Meeting, May 2012, Melbourne Australia

280. McGarvey J, Koomalsingh K, Kondo N, Takebe M, Witschey W, Zsido III GA, Dillard C, Lau K, Pilla G, Gorman III JH, **Gorman RC**, Pilla JJ. In Vivo Evaluation of a Novel Left Ventricular Mechanical Assist Device Using Cardiac MRI. ISMRM Annual Meeting, May 2012, Melbourne Australia

281. Mc Garvey J, Witschey WR, Koomalsingh K, Kondo N, Takebe M, Zsido III GA, Levack M, Dillard C, Lau K, Xu C, Contijoch F, Barker A, Markl M, Gorman III JH, **Gorman RC**, Pilla JJ. In Vivo Four-Dimensional Flow Analysis of Mechanically Assisted Ischemic Cardiomyopathy. ISMRM Annual Meeting, May 2012, Melbourne Australia

282. Poggio P, Sainger R, Grau JB, Branchetti E, Lai E, **Gorman RC**, Gorman III JH, Bavaria JE, Sacks MS, Ferrari G. Biomechanical Activation of Human Valvular Interstitial Cells from Early Stage of CAVD. 5th Biennial Meeting on Heart Valve Biology and Tissue Engineering, May 2012, Myconos, Greece

283. Amini R, Loosdregt I, Koomalsingh K, **Gorman RC**, Gorman III JH, Sacks MS. Integration if Microstructural Architecture of the Mitral Valve into an Anatomically Accurate Finite Element Mesh. 5th Biennial Meeting on Heart Valve Biology and Tissue Engineering, May 2012, Myconos, Greece

284. Govindarajan V, Udaykumar HS, Vigmostad SC, Levack MM, Gorman III JH, Jackson BM, Chandran KB, **Gorman RC**. Fluid Structural Interaction of a Patient Specific Congenital Bicuspid Aortic Valve. American Society of Mechanical Engineers Summer Bioengineering Conference, June 2012, Fajardo, PR

285. Tous E, Ifkovits JL, Dorsey SM, Szczesny SE, Koomalsingh KJ, Shuto T, Soeda T, Gorman III JH, Elliot DM, **Gorman RC**, Burdick JA. Tunable Hyaluronic Acid Hydrogels to Alter and Understand Left Ventricular Remodeling. American Society of Mechanical Engineers Summer Bioengineering Conference, June 2012, Fajardo, PR

286. Sacks MS, Amini R, Van Loosdregt I, Koomalsingh KJ, **Gorman RC**, Gorman III JH. Integration of Micro Structural Architecture of the Mitral Valve into an Anatomically Accurate Finite Element Mesh. American Society of Mechanical Engineers Summer Bioengineering Conference, June 2012, Fajardo, PR

287. Contijoch F, Witschey WRT, Levack MM, McGarvey JR, Ferrari VA, Kondo N, Takebe M, Zsido GA, Pilla JJ, Gorman III JH, **Gorman RC**. Regional Cardiac Strain Estimates via CMR during Transient Preload Reduction. Biomedical Engineering Society Annual Meeting, October 2012, Atlanta, GA

288. Contijoch F, Witschey WRT, Levack MM, McGarvey JR, Ferrari VA, Takebe M, Zsido GA, Pilla JJ, Gorman III JH, **Gorman RC**. Measurement of Load Independent Indices of Cardiac Function Using Real Time MRI during Inflow Occlusion. Biomedical Engineering Society Annual Meeting, October 2012, Atlanta, GA

289. Witschey WRT, Witschey WRT, Levack MM, McGarvey JR, Contijoch F, Markl M, Barker A, Kondo N, Takebe M, Zsido GA, Dillard C, Lau K, Pilla JJ, Gorman III JH, **Gorman RC**. Reduced Formation Rate of Cardiac Intraventricular Vortices Post-Myocardial Infarction. Biomedical Engineering Society Annual Meeting, October 2012, Atlanta, GA

290. Mahmood F, Hess PE, Shakil O, Warraich HJ, Gorman III JH, **Gorman RC**. Dynamic Analysis of Mitral Valve Geometry in Functional Mitral Regurgitation. American Society of Anesthesiologists Annual Meeting. October 2012, Washington, DC

291. Levack MM, Witschey WRT, McGarvey JR, Kondo N, Barker AJ, Markl M, Gorman III JH, Pilla JJ, **Gorman RC**. Alterations in Intracardiac Flow Patterns Affect Mitral Leaflet Dynamics in Ischemic Mitral Regurgitation. American College of Surgeons, October 2012, Chicago, IL

292. Morris Jr MW, Allukian M, Xu J, Caskey RC, Dorsett-Martin WA, Mitchell ME, Gorman III JH, **Gorman RC**, Liechty KW. Differential Inflammatory Response during Fetal Cardiac Regeneration Following Myocardial Infarction. American College of Surgeons, October 2012, Chicago, IL

293. Levack MM, Jassar AS, Ryan LP, Jackson BM, Keane MG, St. John-Sutton MG, Ferrari VA, Gorman III JH, **Gorman RC**. Quantitative Three-Dimensional Analysis of Bicuspid Aortic Valves: A Single Modality Approach for Characterization of Valvular and Proximal Aortic Pathology. American College of Surgeons, October 2012, Chicago, IL

294. Allukian M, Zhang L, Morris Jr MW, Xu J, Caskey RC, Herdrich BJ, Dorsett-Martin WA, Gorman III JH, Gorman RC, Liechty KW. Regeneration of Fetal Sheep Myocardial Infarction Occurs by Recruitment of Cardiac Progenitor Cells via a Stromal-Derived Factor-1a Dependent Mechanism. American College of Surgeons, October 2012, Chicago, IL

295. Levack MM, McCarthy FH, Takebe M, Cheung AT, Woo YJ, Acker MA, Gorman III JH **Gorman RC**, Jackson BM. Pre-operative Three-Dimensional Echocardiography Predicts Repair Failure In Ischemic Mitral Regurgitation. American Heart Association, November, 2012, Los Angeles, CA

296. Pouch AM, Levack MM, Jackson BM, Yushkevich PA, Gorman III JH, **Gorman RC**, Sehgal CA. Variability in Normal Mitral Annular Geometry and Its Impact on Annuloplasty Ring Selection and Design. American Heart Association, November, 2012, Los Angeles, CA

297. Sprinkle SR, Levack MM, Chao J, Keane MG, St. John-Sutton MG, Gorman III JH, **Gorman RC**, Jackson BM. Significant Decrease in Ascending Aortic Strain Detected by Speckle-Tracking Algorithms in Patients with Bicuspid Aortic Valve. American Heart Association, November, 2012, Los Angeles, CA

298. Shang EK, Nathan DP, Fairman RM, **Gorman RC**, Gorman III JH, Jackson BM. The Impact of Wall Thickness and Saccular Geometry on the Computational Wall Stress of Descending Thoracic Aortic Aneurysms. American Heart Association, November, 2012, Los Angeles, CA

January 2013

## **Moderated Sessions**

1. Moderator, Current Dilemmas in Valve Surgery. American College of Cardiology. Atlanta, GA. March 2002.

2. Moderator, Surgical Forum Session: Cardiothoracic Surgery II. American College of Surgeons. San Francisco, CA. October 2002.

3. Moderator, How to Repair the Mitral Valve: With or Without a Ring. American Heart Association. Chicago, IL. November 2002.

4. Moderator, Novel Approaches to Valve Surgery. American Heart Association. Chicago, IL. November 2002.

5. Moderator, Aortic and Mitral Valve Surgery. American College of Cardiology. Chicago, IL. March 2003.

6. Moderator, Surgery for Mitral Valve Disease. American Heart Association. Orlando, FL. November 2003.

7. Moderator, Surgical Forum Session: Cardiothoracic II. American College of Surgeons. New Orleans, LA. October 2004.

8. Moderator, Surgery for Mitral Valve Disease. American Heart Association. New Orleans, LA. November 2004.

9. Moderator, Skeletal Muscle Cardiac Assist Techniques 3rd International Cardiac Bioassist Meeting. Fort Collins, Colorado. November 2004.

10. Moderator, Percutaneous Valve Technology. American Heart Association. Dallas, TX, November 2005.

11. Moderator, CHF: Surgical Treatment Approaches in CHF. 9th Annual New Era Cardiac Care. Newport Beach, FL, January 2006.

12. Moderator, Surgical Forum Session: Cardiothoracic. American College of Surgeons. New Orleans, LA. October 2007.

13. Moderator, New Echocardiographic Technology and Methods. American Heart Association. Orlando, FL, November 2007.

14. Moderator, Surgery for Mitral Valve Disease. American Heart Association. New Orleans, LA. November 2008.

January 2013

## Grand Round Presentation/Visiting Professorships/Invited Lectures

1. Mitral Valve Repair. Cardiology Grand Rounds, Pennsylvania Hospital, Philadelphia PA, December, 1998

2. Mitral Valve Repair. Cardiology Grand Rounds, Presbyterian Hospital, Philadelphia PA, February, 1999

3. Mitral Valve Repair. General Surgery Grand Rounds, Chestnut Hill Hospital, Philadelphia PA, June, 1999

4. Mitral Valve Repair. Cardiology Grand Rounds, Chestnut Hill Hospital, Philadelphia PA, September, 1999

5. Remodeled Myocardium a New Concept in Heart Failure. Cardiac Surgery Grand Rounds, Hospital of the University of Pennsylvania, Philadelphia PA, September, 2001

6. How to Repair the Mitral Valve: With or Without a Ring. American Heart Association. Chicago, IL, November 2002.

7. Surgery for Heart Failure: Closing the Barn Door after the Horses Have Left. The John T. Moore, MD Visiting Professor Lecture, University of Texas Medical Branch, Galveston, TX, April 2003

8. Ovine Models of Postinfarction Ventricular Remodeling: The Influence of Ischemic Mitral Regurgitation. 2nd International Congress of the Cardiac Bioassist Association, Paris, France, October 2003

9. Ovine Models of Postinfarction Ventricular Remodeling: The influence of Ischemic Mitral Regurgitation. Guidant Corporation, Minneapolis, MN, November 2003

10. Progression and Prevention of Remodeling. American Heart Association Annual Meeting, New Orleans, LA, March 2004

11. Everything You Ever Wanted to Know about Ischemic Mitral Regurgitation but Were Afraid to Ask. Columbia College of Physicians and Surgeons. New York, NY, May 2004

12. From Geometry to Failure: Does MI Size and Location Matter? Bakken Scientific Encounter II. Missoula, MT, June 2004

13. Dynamics of the Mitral Valve. Advances in Tissue Engineering and Biology of Heart Valves. Florence, Italy September 2004.

14. Annular Dynamics and Remodeling: Implications for Surgical Therapy. The 8th Annual Heart Failure Summit. Cleveland, OH, October 2004

January 2013

15. <u>Infarction Induced Ventricular Remodeling.</u> Guidant Corporation.  St. Paul, MN, November 2004

16. <u>Ovine Infarct Models and Vagal Nerve Stimulation.</u> Guidant Corporation.  St. Paul, MN, November 2004

17. <u>Infarction Induced Ventricular Remodeling.</u> Medtronic Corporation Minneapolis, MN, November 2004

18. <u>Everything You Ever Wanted to Know about Ischemic Mitral Regurgitation but Were Afraid to Ask, Medical.</u> University of South Carolina, Charleston, SC,  December 2004

19. <u>Mitral Valve Repair for CHF: A Failed Concept?</u> Heart Failure Society of America, Hyde Park Session, Boca Raton, FL, September 2005

20. <u>Update on Passive Cardiac Restraint.</u> 3rd International Cardiac Bioassist Meeting, Fort Collins, CO, November 2005

21. <u>Mitral Valve Physiology in CHF.</u>9th Annual New Era Cardiac Care 2006, Newport Beach, CA, January 2006

22. <u>Percutaneous Mitral Valve Repair.</u> 4th Annual Trends in Cardiothoracic Surgery, Baylor College of Medicine, Houston, TX, June 2006

23. <u>Invited Discussant: Regional Remodeling Strain and Its Association with Myocardial Apoptosis Post-Myocardial Infarction in Ovine Model.</u> American Association for Thoracic Surgery Washington, DC, May 2007

24. <u>Novel Approaches to Prevent Remodeling after MI</u>. American Society of Artificial Internal Organs. Chicago, IL, June 2007

25. <u>Ovine Models of Postinfarction Ventricular Remodeling: The influence of Ischemic Mitral Regurgitation.</u> Cardiac Surgery Grand Rounds, Emory University, Atlanta, GA, August 2007

26. <u>Imaging the Mitral Valve with Real-Time Three-Dimensional Echocardiography.</u> Siemens Corporate Research (SCR), Princeton, NJ,  August 2007

27. <u>Mitral Valve Repair: Are We as Good as We Think?</u> Japanese Association of Thoracic Surgeons, Sendai Japan, October 2007

28. <u>Novel Approaches to Prevent Post MI Ventricular Remodeling.</u> Cardiac Surgery Grand Rounds Oita University, Oita, Japan, October 2007

January 2013

29. <u>Mitral Valve Repair for Ischemic Mitral Regurgitation.</u> Cardiac Surgery Grand Rounds Tsukuba University, Tsukuba, Japan, October 2007

30. <u>Borderzone Pre-activation to Limit Post-MI Ventricular Remodeling.</u> Medtronic Corporation Minneapolis, MN, December 2007

31. <u>Mitral Valve Repair for Ischemic Mitral Regurgitation.</u> Heart Failure Society of America, Toronto, Canada, September 2008

32. <u>Saddle-Shaped Annuloplasty: Conception, Design, Development and Clinical Implementation.</u> Medtronic Corporation Absecon, NJ, December 2008

33. <u>Novel Approaches to LV Remodeling after MI.</u> Medtronic Corporation, Santa Rosa, CA, February 2009

34. <u>Ischemic MR: The Surgeons Dilemma.</u> Department of Surgery Grand Rounds, Massachusetts General Hospital, Boston, MA,  May 2009

35. <u>Catheter Delivery of Microsphere-Based Dermal Fillers to Limit Post-MI Left Ventricular Remodeling.</u> TCT 2009, San Francisco, CA, September 2009

36. <u>Strategies to Reduce Infarct Size during Reperfusion Therapy.</u> TCT 2009, San Francisco, CA, September 2009

37. <u>Translational Research in Mitral Annuloplasty Ring Design.</u> American Heart Association, Orlando, FL, November 2009

38. <u>Pathologic Anatomy of Ischemic Mitral Regurgitation a 3D Echocardiographic Prospective.</u> Heart of Evolution Educational Symposium, Victoria, British Columbia, Canada, February 2010

39. <u>Three-Dimensional Echocardiography for Mitral valve Disease: Toy or Tool.</u> Cardiology-Radiology Research Seminar, University of Pennsylvania, Philadelphia, PA March 2010

40. <u>3D Echocardiography for Mitral Valve Disease: A Unique Approach.</u> Cardiovascular Imaging and Biomedical Image Computing and Informatics Retreat. University of Pennsylvania, Philadelphia, PA May 2010

41. <u>Experimental Design.</u> Grantsmanship Workshop. American Heart Association, Chicago, IL November, 2010

42. <u>Large Animal Myocardial Infarct Models.</u> American Association for Thoracic Surgery In Vivo Models Course, Bethesda, MD March, 2011

70

January 2013

43. <u>Biomaterials to Treat Heart Failure.</u> Clyde F. Barker 80th Birthday Scientific Symposium, Philadelphia, PA September 2012

## **Other Contributions**

1. Gorman RC. Do Doctors Really Sleep (Letter). New York Times, June 16, 2002, Late Edition-Final, Section 4, Column5, Page 12.

2. Gorman RC. When Doctors Make Mistakes (Letter). New York Times, December 23, 2002, Late Edition-Final, Section A, Column 4, Page 24.

3. Gorman RC. Abortion: Back in the Spotlight Again (Letter). New York Times, March 17, 2003, Late Edition-Final, Section A, Column 4, Page 22.

4. Gorman RC. No Letup in Abortion Debate (Letter). New York Times, November 9, 2003, Late Edition-Final, Section 4, Column 4, Page 10.

5. Gorman RC. My Health File, Our Health System (Letter). New York Times, May 10, 2004, Late Edition-Final, Section A, Column 3, Page 20.