# Exhibit 11

**FILE PRODUCED NATIVELY**

Confidential - Attorneys' Eyes Only

WLG00310068

# A New Low Profile Nitinol — ePTFE Flexible Double Disc Occlusion Device

Neil Wilson—Royal Hospital for Sick Children, Glasgow, Scotland, UK • Larry A. Latson—The Cleveland Clinic Foundation, Cleveland, OH • Evan Zahn—Miami Children's Hospital, Miami, FL

## Abstract

A double disc nitinol framed expanded polytetrafluoroethylene (ePTFE) device has undergone evaluation for transcatheter closure of atrial septal defect (ASD). Mechanical in vitro testing of frame stress and failure was performed. In vivo delivery of the device, retrievability and 90 day biocompatibility was assessed in mature dogs. Computerised finite element analysis of the frame predicted no failure under normal physiological load. No device fractures have occurred in actual testing of 400 million cycles, comparable to approximately 10 years of life.

Fourteen implantations were performed in dogs with surgically created ASDs of approximately 10-12 mm diameter. Seven devices were implanted acutely to assess the delivery system and retrievability. Seven devices were deployed for chronic 90 day biocompatibility without incident. In the seven acute dogs, full external retrieval was possible in all after full deployment both before detachment from the delivery system or after release using a loop snare. Repositioning of the device is possible before detachment on either side of the atrial septum. At 90 day explant, endothelialisation was virtually complete even when oversizing led to incomplete apposition of the device against the atrial septum.

This GORE occlusion device demonstrates excellent structural integrity and biocompatibility, its flat profile and flexibility minimise tissue trauma and facilitate easy repositioning and removability. Ongoing chronic animal studies with a range of device sizes will pioneer early human studies.

## Computerized Finite Element Analysis

Finite element analysis is a computer simulation where the device is subjected to anticipated physiologic loads. This is accomplished by analysing the strain encountered by each of the small segments depicted in the diagram. The colour coding indicates the areas of maximal strain (red). Maximum predicted strains by this computer model are well below the critical fatigue limit of the wire material. Subsequent in vitro testing of intact devices has shown no structural failures when devices are subjected to differential pressures of 40 mm Hg for 400,000,000 cycles (estimated 10 years of life).



## Biocompatible Materials

The GORE SDCD consists of a single length of Nitinol wire with an attached ePTFE membrane. The membrane is bonded to and covers the entire length of the Nitinol wire except for the terminal curved eyelets. The ePTFE is an ultra-thin membrane manufactured with a microstructure that encourages cellular ingrowth. Corrosion studies have indicated less likelihood of nickel from this specially manufactured Nitinol wire than from the Nitinol utilized in currently available IVC filters.



## GORE Septal Defect Closure Device (SDCD)



## SDCD Shortly After Deployment in Canine Model of ASD

The device is round and very flexible to minimise the possibility of tissue trauma. Flexibility of the central portion allows excellent positioning of the device prior to release. The circumferential wire frame makes dislodgement of the device extremely unlikely even with device to defect ratios of 1.5 to 1.

*Left Disc*
*Atrial Septal Defect*

## Safety Features

The SDCD is specifically designed with a high priority on safety and retrievability of the device. The device forms itself around a flexible mandrel. Even after both discs of the device are fully deployed, the device can be simply withdrawn back into the catheter as long as the mandrel remains attached. After the mandrel is released, a retrieval cord remains attached to the device. In the event of position changes, the cord allows for removal of the device at the time of mandrel detachment and lock release.

*Retrieval Cord*
*RA Disc*

## Right Atrial Angiogram Demonstrating No Right to Left Shunt

Right atrial angiogram shows excellent apposition of the device to the right atrial side of the septum. The right ventricle and pulmonary arteries are filled. There is no angiographic evidence of right to left shunting. Transesophageal echocardiography also confirmed no right to left shunting by contrast echo.

*RV* *PA* *RA* *Device*

## Device Deployment

The left atrial side of the device has been deployed and has assumed its circular shape. The device is being pulled against the left atrial side of the atrial septum.

→ As demonstrated in the photograph to the left, the device is very resistant to pulling through the ASD.

*Device*

## Left Atrial Contrast Injection Shows No Left to Right Shunt

Contrast has been injected through a catheter in the left atrium inserted through the left atrial appendage. Filling of the left atrium and left ventricle is apparent. No left to right shunting was visible angiographically or by echocardiography with echo contrast injection in the left atrium.

*LA* *LV* *Device*

## Acute Deployment of SDCD

   

*Left Atrial View* *Right Atrial View*

Photographs of the left and right atrial sides of a SDCD deployed approximately 30 minutes prior to sacrifice. Note the flat profile and excellent apposition of the device to the septal surface (15 mm device in 10 mm ASD).

## SDCD 90 Days After Implantation

  

*Right Atrial Side View* *Left Atrial View* *Right Atrial View*

By 90 days after deployment, there is excellent tissue covering of the device. The Nitinol frame can be seen through the translucent ultra-thin GORE-TEX® ePTFE covering, but is not exposed to the vascular system except for the eyelets of the locking and attachment mechanisms. There were no mobile thrombi attached to any of the devices recovered to date.

## 90 Day Histology, 25 mm SDCD

*Low Power View* *High Power View*

*RA* *Septum* *LA* *ASD*

The ASD was created via thoracotomy using a 1.25 cm punch. The defects were allowed to heal for approximately 21 days before device placement.

The 25 mm diameter devices were found to be too large for the atrium of the 20-25 kg canine model. The large crista terminalis in this model held the devices away from the septum preventing complete tissue attachment. The example above demonstrates the device and septal defect covered with a cellular fibrocollagenous matrix. Examples of adherent and non-adherent regions can be seen in this section.

At high power, the tissue response is characterized by a benign cellular attachment without inflammation or thrombus attachment at the surface.

Presented at British Cardiac Society Meeting • May 25 – 27, 1999.

Not available in the U.S.