UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| AGA MEDICAL CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>W. L. GORE & ASSOCIATES, INC.,<br><br>    Defendant. | Civil 10-3734 (JNE/JSM)<br><br>GORE'S MOTION FOR<br>SUMMARY JUDGMENT |

Defendant, W. L. Gore & Associates, Inc. ("Gore") hereby moves the Court pursuant to Federal Rule of Civil Procedure 56 for summary judgment on the following grounds:

1. Summary judgment of noninfringement of claims 23 and 30 of U.S. Patent No. 5,944,738 ("the '738 patent");

2. Summary judgment of invalidity of claims 23 and 30 of the '738 patent for lack of written description under 35 U.S.C. § 112(a);

3. Summary judgment of invalidity of claims 23 and 30 of the '738 patent for anticipation under 35 U.S.C. § 102(e).

This motion is based on the files, records, and proceedings herein, including this Motion; Gore's Notice of Hearing on Motion; Gore's Memorandum in Support of its Motion for Summary Judgment; the Declaration of Katherine S. Razavi and accompanying exhibits; as well as an anticipated reply brief to be filed at a later date; the

1

argument of counsel at hearing; and all submissions and proceedings in this case. A proposed order granting this Motion will be emailed to the Court's chambers.

| | |
|---|---|
| Dated:  April 10, 2013 | **W.L. GORE & ASSOCIATES, INC.** |
| | */s/ Katherine S. Razavi* |

James W. Poradek (#290488)
Kevin P. Wagner (#034008X)
Katherine S. Razavi (#388958)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
Telephone:  612-766-7000
Facsimile:  612-766-1600
E-mail: james.poradek@faegrebd.com
E-mail: kevin.wagner@faegrebd.com
E-mail: kate.razavi@faegrebd.com

Nina Y. Wang (*pro hac vice*)
Jared B. Briant (*pro hac vice*)
Leslie B. Prill (*pro hac vice*)
FAEGRE BAKER DANIELS LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203
Telephone:  303-607-3500
Facsimile:  303-607-3600
E-mail: nina.wang@faegrebd.com
E-mail: jared.briant@faegrebd.com
E-mail: leslie.prill@faegrebd.com

Andrew M. McCoy (*pro hac vice*)
FAEGRE BAKER DANIELS LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204-1750
Telephone:  317-237-0300
Facsimile:  317-237-1000
E-mail: andrew.mccoy@faegrebd.com