# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| AGA MEDICAL CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>W. L. GORE & ASSOCIATES, INC.,<br><br>    Defendant. | Civil 10-3734 (JNE/JSM)<br><br>**PLACEHOLDER FOR GORE'S OPENING BRIEF IN SUPPORT OF SUMMARY JUDGMENT** |

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

**GORE'S OPENING BRIEF IN SUPPORT OF SUMMARY JUDGMENT**

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

___ Voluminous Document* (Document number of order granting leave to file conventionally: __)

___ Unable to Scan Documents (e.g., PDF file size of one page larger than 2MB, illegible when scanned)

___ Physical Object (description)

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Item Under Seal pursuant to a court order* (Document number of protective order: 292

___ Item Under Seal pursuant to the Fed. R. Civ. P. 5.2 and Fed. R. Crim. P. 49.1
    (Document number of redacted version: ___ )

___ Other (description):

* Filing of these items requires Judicial Approval.

E-file this place holder in ECF in place of the documents filed conventionally. File a copy of this Placeholder and a copy of the NEF with the Clerk's Office along with the conventionally filed item(s).