## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

|  |  |
|---|---|
| AGA MEDICAL CORPORATION,<br><br>　　　Plaintiff,<br><br>　v.<br><br>W. L. GORE & ASSOCIATES, INC.,<br><br>　　　Defendant. | )<br>) Civil 10-3734 (JNE/JSM)<br>)<br>)<br>) **DECLARATION OF**<br>) **KATHERINE S. RAZAVI**<br>)<br>)<br>)<br>)<br>)<br>) |

I, Katherine S. Razavi, declare as follows:

1.　　I am an attorney with the law firm of Faegre Baker Daniels LLP and counsel for Defendant W. L. Gore & Associates, Inc. ("Gore") in the above-referenced matter.  I submit this declaration in support of Gore's Motion for Summary Judgment.

2.　　Attached hereto as **Exhibit A** (FILED UNDER SEAL) is a true and correct copy of excerpts from the Expert Report of Kaushik Bhattacharya, Ph.D., dated January 5, 2013.

3.　　Attached hereto as **Exhibit B** (FILED UNDER SEAL) is a true and correct copy of excerpts from the Expert Report of Aimee Armstrong, M.D., dated January 14, 2013.

4.　　Attached hereto as **Exhibit C** (FILED UNDER SEAL) is a true and correct copy of excerpts from the Deposition of Aimee Armstrong, M.D., taken March 9, 2013.

5.　　Attached hereto as **Exhibit D** is a true and correct copy of U.S. Patent 5,944,738 (highlighted).

6.      Attached hereto as **Exhibit E** (FILED UNDER SEAL) is a true and correct copy of excerpts from the Invalidity Expert Report of Dr. Robert C. Gorman, dated January 14, 2013.

7.      Attached hereto as **Exhibit F** (FILED UNDER SEAL) is a true and correct copy of excerpts from the Expert Report of Professor Charles E. Mullins, dated February 15, 2013.

8.      Attached hereto as **Exhibit G** is a true and correct copy of U.S. Patent 5,725,552.

9.      Attached hereto as **Exhibit H**  (FILED UNDER SEAL) is a true and correct copy of excerpts from the Deposition of Charles E. Mullins, taken March 6, 2013.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.


Dated:  April 10, 2013                          */s/ Katherine S. Razavi*_____
                                                Katherine S. Razavi

dms.us.51902815.01