# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| AGA MEDICAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>W. L. GORE & ASSOCIATES, INC.,<br><br>Defendant. | Civil 10-3734 (JNE/JSM)<br><br>**DECLARATION OF<br>KEVIN P. WAGNER** |

I, Kevin P. Wagner, declare as follows:

1.  I am an attorney with the law firm of Faegre Baker Daniels LLP and counsel for Defendant W. L. Gore & Associates, Inc. ("Gore") in the above-referenced matter. I submit this declaration in support of Gore's Response to AGA's Motion to Exclude Certain Testimony Offered by Mr. Donald A. Gorowsky.

2.  Attached hereto as **Exhibit A** (FILED UNDER SEAL) is a true and correct copy of excerpts from the Expert Report of Dr. Timothy J. Nantell, dated January 14, 2013.

3.  Attached hereto as **Exhibit B** (FILED UNDER SEAL) is a true and correct copy of excerpts from the transcript of the deposition of Timothy Nantell, taken March 1, 2013.

4.  Attached hereto as **Exhibit C** is a true and correct copy of excerpts from the Transcript of Civil Motion held on February 14, 2013.

dms.us.51973788.01

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  May 1, 2013                             */s/ Kevin P. Wagner*
                                                Kevin P. Wagner