# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| AGA MEDICAL CORPORATION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>W. L. GORE & ASSOCIATES, INC.,<br><br>　　　　Defendant. | Civil 10-3734 (JNE/JSM)<br><br>**DECLARATION OF<br>KATHERINE S. RAZAVI** |

I, Katherine S. Razavi, declare as follows:

1.　I am an attorney with the law firm of Faegre Baker Daniels LLP and counsel for Defendant W. L. Gore & Associates, Inc. ("Gore") in the above-referenced matter. I submit this declaration in support of Gore's Response to AGA's Motion for Partial Summary Judgment.

2.　Attached hereto as **Exhibit A** is a true and correct copy of U.S. Patent 5,284,488.

3.　Attached hereto as **Exhibit B** is a true and correct copy of U.S. Patent 5,451,235.

4.　Attached hereto as **Exhibit C** (FILED UNDER SEAL) is a true and correct copy of excerpts from the Deposition of Charles E. Mullins, M.D., taken March 6, 2013.

5.　Attached hereto as **Exhibit D** (FILED UNDER SEAL) is a true and correct copy of excerpts from the Deposition of Kurt Amplatz, Ph. D., taken July 31, 2012.

      6.      Attached hereto as **Exhibit E** (FILED UNDER SEAL) is a true and correct copy of excerpts from the Expert Report of Kaushik Bhattacharya, Ph. D., dated January 5, 2013.

      7.      Attached hereto as **Exhibit F** (FILED UNDER SEAL) is a true and correct copy of bates-numbered document AGA_GORE0035435.

      8.      Attached hereto as **Exhibit G** (FILED UNDER SEAL) is a true and correct copy of bates-numbered document AGA_GORE0579249.

      9.      Attached hereto as **Exhibit H** is a true and correct copy of bates-numbered document AGA_GORE2041417 – AGA_GORE2041423.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  May 1, 2013              */s/ Katherine S. Razavi*
                                     Katherine S. Razavi