# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | |
|---|---|
| AGA Medical Corp., | **COURT MINUTES** |
| Plaintiff, | BEFORE: Joan N. Ericksen |
| | U.S. District Judge |
| v. | |
| W.L. Gore & Associates, Inc., | Case No: 10-cv-3734 (JNE/JSM) |
| | Date: June 27, 2013 |
| Defendant. | Deputy: Catherine B. Cusack |
| | Court Reporter: Maria V. Weinbeck |
| | Courthouse: Minneapolis |
| | Courtroom: 12W |
| | Time Commenced: 1:47 |
| | Time Concluded: 4:00 |
| | Time in Court: 2 Hours & 13 Minutes |

Hearing on: **Plaintiff's Motions to Exclude Expert Testimony [Docket Nos. 343 and 357], Plaintiff's Motion for Partial Summary Judgment [Docket No. 348], Defendant's Motion to Exclude Expert Testimony [Docket No. 353], Defendant's Motion for Summary Judgment [Docket No. 365] - Argued and Taken Under Advisement.**

APPEARANCES:

Plaintiff:    Jonathan D. Carpenter, Alan G. Carlson, J. Derek Vandenburgh, Tara C. Norgard, Samuel T. Lockner

Defendant:    James W. Poradek, Jared B. Briant, Kevin P. Wagner, Leslie B. Prill, Nina Y. Wang

**\*\*IT IS ORDERED**:

☒ **Submitted**        ☐ **Sustained**        ☐ **Overruled**
☐ Brief time set:
☒ Written order forthcoming.

s/Catherine B. Cusack<br>Courtroom Deputy