AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

AGA Medical Corp.,

       Plaintiff,

**JUDGMENT IN A CIVIL CASE**

V.

Case Number:  10-cv-03734-JNE-JSM

W.L. Gore & Associates, Inc.,

       Defendant,

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. AGA's Motion to Exclude Testimony Regarding Manipulations of ASO Devices by Dr. Alex Javois and Dr. Robert Gorman [Docket No. 343] is DENIED.
2. AGA's Motion for Partial Summary Judgment [Docket No. 348] is DENIED.
3. Gore's Motion to Exclude the Expert Report and Opinions of Dr. Timothy J. Nantell [Docket No. 353] is DENIED.
4. AGA's Motion to Exclude Certain Testimony Offered by Mr. Donald A. Gorowsky [Docket No. 357] is DENIED.
5. Gore's Motion for Summary Judgment [Docket No. 365] is GRANTED.
6. AGA's Complaint is DISMISSED WITH PREJUDICE.
7. Gore's counterclaims are DISMISSED WITHOUT PREJUDICE.

July 24, 2013                                                                        RICHARD D. SLETTEN, CLERK
Date

                                                                                             s/Gina Wooton
                                                               (By)                         Gina Wooton   Deputy Clerk